UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. CC-4/43-BSS

IN RE: MOTION TO SEAL
ARREST WARRANT,
AFFIDAVIT IN SUPPORT OF
COMPLAINT AND COMPLAINT

FILED by ____ D.C.
JUN 1 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. OF.
S.D. OF FLA. FT. LAUD.

### UNDER SEAL

### MOTION TO SEAL

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully moves the Court for an Order sealing the Criminal Complaint, Supporting Affidavit, Arrest Warrant, this Motion and any Order granting this motion until further order of this Court, or the arrest of defendant. The United States submits this request because public disclosure of the complaint, supporting affidavit, and arrest warrant would seriously jeopardize the ongoing investigation, notify potential subjects, disclose information which could lead to the identification of cooperating witnesses, and undermine the public interest. Further, the defendant may evade arrest if the complaint, arrest warrants and related documents are made public.



**WHEREFORE**, the United States respectfully requests this Court to enter an Order sealing the Complaint, Supporting Affidavit, Arrest Warrant, this Motion and any Order granting this motion until further order of the Court or the arrest of the defendant.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
BERTHA MITRANI
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NUMBER: 88171
500 EAST BROWARD BLVD, Suite 700
FORT LAUDERDALE, FL 33394
(954) 356-7255
(954) 356-7228 (Fax)