UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO _00-4743-BSS_

IN RE: MOTION TO SEAL
ARREST WARRANT,
AFFIDAVIT IN SUPPORT OF
COMPLAINT AND COMPLAINT



## ORDER TO SEAL

This cause comes before the Court on the government's Motion to Seal. Considering the grounds raised in the Motion, and the Court being otherwise advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is granted. The Clerk of the Court will seal the Arrest Warrant, Affidavit and Complaint (except for copies to be given to law enforcement officers to use in connection with the arrest of the defendant), the Motion to Seal and this Order, until such further order of the Court or until the arrest of the defendant.

DONE AND ORDERED in chambers at Fort Lauderdale, Florida this 15th day of June, 2000.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc: S/A S. Jason Krout, USSS
    AUSA BERTHA MITRANI

