COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | |
|---|---|
| DEFT: Ken Richards (J)# | CASE NO: 00-4143-BSS |
| AUSA: Bertha Mitrani *Present* | ATTNY: |
| AGENT: Secret Service | VIOL: 18:371, 513 & 1344 |
| PROCEEDING: Initial Appearance | BOND REC: 250,000 Corp. Surety |
| BOND HEARING HELD - yes/no | COUNSEL APPOINTED: |

BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

FILED by _____ D.C.
JUN 16 200_
CLARENCE MADDOX
CLERK U.S. DIST CT
S.D. OF FLA. FT. LAUD

- Advised of charges
- Will hire his own atty
  Fred Sake
  Miami
  305-673-3700

Bond hrg will be
set at request of
d's atty

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | 6-19-00 | 11:00am | Snow |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. or REMOVAL | 6-26-00 | 11:00am | Snow |
| STATUS CONFERENCE: | | | |

DATE: 6-16-00  TIME: 11:00am  TAPE # 00-052 PG # 1/

1379-1680