UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-4143-BSS

UNITED STATES OF AMERICA
   Plaintiff,

Ken Richards
   Defendant.

ORDER ON INITIAL APPEARANCE

Language: English
Interpreter: 00- ___
AUSA: Mitrani
Agent: ___

The above-named defendant having been arrested on 6-16-00 having appeared before the court for initial appearance on 6-16-00 and proceedings having been held in accordance with F.R.Cr.P 5,

ORDERED as follows:

1. _____ appeared as permanent / temporary counsel of record
   Address
   Zip Code _____ Telephone: 305-373-3706

2. _____ appointed as permanent / temporary
   Address
   Zip Code _____ Telephone

3. The defendant shall attempt to retain counsel and shall appear before the court at _____ on _____

4. Arraignment / Preliminary / Removal / Identity hearing is set for 6-26-00

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f) because _____

   A detention hearing, pursuant to 18 U.S.C. 3142(f) is set for _____

6. The defendant shall be released from custody upon posting of the following type of appearance bond, pursuant to 18 U.S.C. 3142:

   250,000 Corp. Surety

   Bond mtg. to be set at request of D's atty.

This bond shall contain the standard conditions of bond printed in the form of this Court and, in addition, the defendant must comply with the special conditions checked below:

____ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court
____ b. Report to Pretrial Services as follows: ___ times a week by phone, ___ times a week in person, other
____ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law
____ d. Maintain or actively seek full-time gainful employment
____ e. Maintain or begin an educational program
____ f. Avoid all contact with victims of or witnesses to the crimes charged
____ g. Refrain from possessing a firearm, destructive device or other dangerous weapon
____ h. Comply with the following curfew _____

-- 1 --

_____  1. Comply with the following additional special conditions of this bond: _____
_____
_____

This bond was set    At Arrest    _____

On Warrant    _____

After Hearing    _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____
_____
_____

__ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at Ft. Lauderdale this __16__ day of __June__, 20__00__.

_____
UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION
   WHITE to Court file
   BLUE to defendant
   GREEN to Assistant U.S. Attorney
   YELLOW to Counsel
   PINK to U.S. Marshal
   GOLD to Pretrial Services