# COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: KEN RICHARDS (J)    CASE NO: 00-4143-BSS
AUSA: BERTHA MITRANI /pms/    ATTY: _____
AGENT: _____    VIOL: _____
PROCEEDING INQUIRY RE COUNSEL    RECOMMENDED BOND _____
BOND HEARING HELD - yes/no    COUNSEL APPOINTED _____

_____ BOND SET @ _____

_____ SPECIAL CONDITIONS: _____

1) To be cosigned by: _____
2) Rpt to PTS _____ x's a wk/month by phone; _____ x's a wk/month in person
3) Travel extended to: _____

Re-set for inquiry - deft has not spoken to an atty as yet. Mr. Sale is the atty he will be contacting

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL: 6-21 // LSS
                        PTD/BOND HRG: _____
                        PRELIM/ARRAIGN: 6-26 // LSS
                        REMOVAL HRG: _____
                        STATUS CONF: _____

Date: 6-19-00    Time 11:00    FTL/LSS TAPE #00- 028    Begin: 2355  End: 2448