# United States District Court

SOUTHERN DISTRICT OF FLORIDA

484048

UNITED STATES OF AMERICA

V.

KEN RICHARDS

**WARRANT FOR ARREST**

CASE NUMBER: 00-4143-BSS

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ Ken Richards _____
                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) With the intent to deceive, conspired to and actually made, uttered and possess counterfeit securities of an organization and knowingly executed and attempted to execute a scheme and artifice to defraud a financial institution; and, on or about August 13, 1997, did knowingly use a social security number which was not assigned to him:

in violation of Title __18__ United States Code, Section(s) 371, 513(a) and 1344 and
Title 42, United States Code, Section 408(a)(7)(B)

BARRY S. SELTZER
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

June 15, 1999 Fort Lauderdale, Florida
Date and Location

Bail fixed at $ 250,000 Corporate Surety with Nebbia

by UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, Fl | | |
| DATE RECEIVED 6/15/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 6/16/00 | FOR: USSS | Fred Depompa, SDUSM |