0-cr-06175-WJZ Document 9 Entered on FLSD Docket 06/21/2000 Pa

FILED by
JUN 20 2000
CLERENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA )  Case Number: CR 00-4143-BSS
           Plaintiff )
            )  REPORT COMMENCING CRIMINAL
    -vs- )  ACTION
            )
RICHARDS, KEN )  55349-004
        Defendant

*********************************************************

TO: Clerk's Office    MIAMI / FT. LAUDERDALE    W. PALM BEACH
     U.S. District Court     (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
       MAGISTRATES COURT ABOVE —

*********************************************************

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 0700 / 06/16/00 (am)/pm

(2) Language Spoken: English

(3) Offense(s) Charged: 18 USC 371, 513, 1344
                     42 USC 408

(4) U.S. Citizen [ ] Yes [X] No [ ] Unknown

(5) Date of Birth: 01/29/66

(6) Type of Charging Document: (Check one)
    [ ] Indictment [X] Complaint To be filed/Already filed
       Case # 311-724-4786-S
    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: Southern Florida, Broward

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ] NO

Amount of Bond: $250,000 w/ surety
Who set Bond: Barry S. Seltzer

(7) Remarks: _____

(8) Date: 06/16/00    (9) Arresting Officer: SA Kreut, Jason

(10) Agency: U.S. Secret Service    (11) Phone: 305-629-1780

(12) Comments: