COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: KEN RICHARDS (J)          CASE NO: 00-4143-BSS
AUSA: BERTHA MITRANI - pres     ATTY:
AGENT:                          VIOL:
PROCEEDING INQUIRY RE COUNSEL   RECOMMENDED BOND
BOND HEARING HELD - yes/no      COUNSEL APPOINTED
       BOND SET @
       SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS____ x's a wk/month by phone;____ x's a wk/month in person
3) Travel extended to:

Sworn for apptmt of counsel

not qualified for FPD

re-set for

NEXT COURT APPEARANCE: INQUIRY RE COUNSEL: 6-23 // LSS
                       PTD/BOND HRG:
                       PRELIM/ARRAIGN:
                       REMOVAL HRG:
                       STATUS CONF:

Date: 6/21/00   Time 11:00   FTL/LSS TAPE #00- 030   Begin: 1132   End: 1114

FILED by ___ D.C.
JUN 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.