-cr-06175-WJZ    Document 14    Entered on FLSD Docket 06/27/2000    P

COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: KEN RICHARDS (J)                CASE NO: 00-6175-CR-ZLOCH
AUSA: BERTHA MITRANI  *pres*          ATTY: Kathy Hamilton (temp)
AGENT:                                VIOL:
PROCEEDING INQ RE CNSL/ARRAIGN.       RECOMMENDED BOND 250,000 CSB
BOND HEARING HELD - yes/no            COUNSEL APPOINTED

    BOND SET @

    SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS ____ x's a wk/month by phone; ____ x's a wk/month in person
3) Travel extended to:

*Temp Counsel appeared
and requested bond hearing
set for June 26*

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL:  6-26   //   LSS
                        PTD/BOND HRG:         6-26   //   LSS
                        PRELIM/ARRAIGN:       6-26   //   LSS
                        REMOVAL HRG:
                        STATUS CONF:

Date: 6/23/00   Time 11:00   FTL/LSS TAPE #00- 033  Begin: 1574  End: 1668

FILED by D.C. JUN - 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.