COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: _KEN RICHARDS (J)_____ CASE NO:___00-6175-CR-Z_____

AUSA: _BERTHA MITRANI_/_mes___ ATTY:___KATHY HAMILTON_(temp)____

AGENT:_____ VIOL:_____

PROCEEDING _BOND HRG_/ IRC/ ARRAIGN. RECOMMENDED BOND_____

BOND HEARING HELD ⟋(yes)/no       COUNSEL APPOINTED_____

_____BOND SET @ _/50,000 CSB w/Nebbia_____

_____SPECIAL CONDITIONS:_____

1) To be cosigned by: _____

2) Rpt to PTS ___x's a wk/month by phone;___x's a wk/month in person

3) Travel extended to: _____

_____

_____

_Bond reduced to 150,000 CSB w/Nebbia_

_____

_____

_____

_____

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL:   _7-7___//__BSS___

_____  PTD/BOND HRG:_____

_____  PRELIM/ARRAIGN:   _7-7___//__BSS___

_____  REMOVAL HRG:_____

_____  STATUS CONF:_____

Date: 6/26/00   Time 11:00   FTL/LSS TAPE #00-_035_ Begin:_266_ End:_650_

LH
18