| | |
|---|---|
| DEFT: Ken Richards (J)# | CASE NO: 00-6175-CR-Zloch |
| AUSA: Bertha Mitrani | ATTNY: Kathy Hamilton |
| AGENT: | VIOL: |
| PROCEEDING: Inquiry re counsel/ Arraignment | BOND REC: |
| BOND HEARING HELD - yes/no | COUNSEL APPOINTED: |

____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by ___ D.C.
JUL 7 - 200?
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

Atty. not retained yet
Family needs more time

NEXT COURT APPEARANCE: DATE: TIME: JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: 7-17-00    11:00am    SNOW
STATUS CONFERENCE: _____

DATE: 7-7-00    TIME: 11:00am    TAPE # 00-054    PG # 3

2700-2774

/32