# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: KEN RICHARDS (J)   CASE NO: 00-6175-CR-ZLOCH

AUSA: BERTHA MITRANI  *pres*   ATTY: RICK FREEDMAN  *pres*

AGENT: ___   VIOL: ___

PROCEEDING: ARRAIGNMENT   RECOMMENDED BOND: ___

BOND HEARING HELD - yes / no   COUNSEL APPOINTED: ___

BOND SET @: ___   To be cosigned by: ___

*FILED by D.C. JUL 17 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: ___
- ☐ Travel extended to: ___
- ☐ Halfway House ___

Counsel requested more time for him to discuss fee and view documents

Granted

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 7-24 | 11 | BSS | |
| PTD/BOND HEARING: | | | | |
| (PRELIM/ARRAIGN) OR REMOVAL: | 7-24 | 11 | BSS | |
| STATUS CONFERENCE: | 8-1 | 11 | BSS | |

DATE: 7/17/00   TIME: 11:00   FTL/LSS TAPE # 00-   Begin: 130   End: 249

40