COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: KEN RICHARDS (FDC)    CASE NO: 00-6175-CR-zloch
AUSA: Bertha Mitrani    ATTNY: Rick Freedman
AGENT:    VIOL:
PROCEEDING: Inquiry Re Counsel/Arraignment    BOND REC:
BOND HEARING HELD - yes/no    COUNSEL APPOINTED:

FILED by _____ D.C.
JUL 2 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

___ BOND SET @
CO-SIGNATURES:
SPECIAL CONDITIONS: Defendant can not retain attorney due to financial situation.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services; Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

- CJA - Jack Blumenfeld assigned.
- Arraignment re-scheduled because of CJA attorney's unavailability.
- Indictment faxed to CJA attorney.

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN, OR REMOVAL: July 26, 2000 @ 11:00 a.m.
rescheduled    July 27, 2000 @ 11:00 a.m.  # new date
STATUS CONFERENCE:
DATE: July 24, 2000    TIME: 11:00 A.M.    TAPE # 00-58    PG #

41