FILED by ⟨sig⟩ D.C.
JUL 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6175-CR-Zloch

UNITED STATES OF AMERICA

vs

KEN RICHARDS

<u>ARRAIGNMENT INFORMATION SHEET</u>

    The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on July 27, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:     Address: *In Custody*

Telephone: _____

DEFENSE COUNSEL:     Name: *Jack Blumenfeld*

Address: _____

Telephone: _____

BOND SET/CONTINUED:    $ _____

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __27th__ day of __July__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: ⟨signature⟩
Deputy Clerk

Tape No. 00-060

cc: Copy for Judge
    U. S. Attorney