| | |
|---|---|
| DEFT: KEN RICHARDS (J) | CASE NO: 00-6175-CR-Zloch |
| AUSA: Bertha Mitrani by Kathleen Rice | ATTNY: Jack Blumenfeld (CJA) |
| AGENT: | VIOL: |
| PROCEEDING: Arraignment | BOND REC: |
| BOND HEARING HELD - yes/no | COUNSEL APPOINTED: |

BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by ___ D.C.
JUL 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) _____ Halfway House _____
_____ Electronic Monitoring _____

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Parties - AUSA will contact chambers to inform of the number of tapes.

NEXT COURT APPEARANCE: ___ DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: August 18, 2000 @ 11:00 a.m.

DATE: July 27, 2000   TIME: 11:00 A.M.   TAPE # 00-060   PG #

50