UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.  00-6175-CR-Zloch

UNITED STATES OF AMERICA,  :

vs.                        :    **RE-NOTICE**

KEN RICHARDS              :

_____

**Type of Case:  CRIMINAL**

_____

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

**PLACE:**

Federal Courthouse
299 E. Broward Boulevard
Fort Lauderdale, Florida  33301

**COURTROOM:  D**
**ROOM:** 203

**DATE & TIME**
**PREVIOUSLY SET:**  8/18/00 @ 11:00 A.M.

**CONTINUED TO DATE & TIME:**

August 18, 2000 @ 9:30 a.m.

_____

**TYPE OF PROCEEDING:**

STATUS CONFERENCE

_____

LURANA  S. SNOW
CHIEF UNITED STATES MAGISTRATE JUDGE

Date:  July 31, 2000

(By)    Deputy Clerk

Copies to:    AUSA Bertha Mitrani
              Jack Blumenfeld, Esq.