HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __KEN RICHARDS_____ CASE NO: __00-6175-CR-ZLOCH__
AUSA __BERTHA MITRANI__ /Powell ATTY __JACK BLUMENFELD__ - pres

Disc out - no pending motions
3 audio tapes - no video - will be a trial     00-044
col case 9-11.                                  @ 1

DEFT __ROBERT ESKIN_____ CASE NO: __~~00-6199-CR-FERGUSON~~__
AUSA __DON CHASE__ pres ATTY __NEAL LEWIS__ pres

Going to be a plea
                                               @ 119

DEFT __FABIAN JOSEPH_____ CASE NO: __~~00-6200-CR-ZLOCH~~__
AUSA __TOM LANIGAN__ /Powell ATTY __FPD__

Trial Sept 25 - Disc out
                                               @ 134

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DATE __8-18-00_____ TIME __9:30 AM._____

56