UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6175-CR-ZLOCH

UNITED STATES OF AMERICA,      :

    Plaintiff,             :

v.                              :

KEN RICHARDS,                   :

    Defendant.             :
_____

FILED by ___ D.C.
AUG 2 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**STATUS REPORT**

    A status conference was held in this cause on August 18, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery has been provided and a discovery conference has been set for August 22, 2000.

    2. Counsel for the defendant has requested tape transcripts, <u>Giglio</u> material and notice of expert witness testimony. In addition, counsel advises that he has received three audiotapes, but two appear to contain the identical conversation. These matters should be resolved at the discovery conference.

    3. This case will not be resolved by way of a plea.

    DATED at Fort Lauderdale, Florida, this **21st** day of August, 2000.

                                                         Lurana S. Snow
                                                         LURANA S. SNOW
                                            UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Bertha Mitrani (FLT)
Jack Blumenfeld, Esq.