**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6175-CR-ZLOCH(s)

UNITED STATES OF AMERICA

    Plaintiff,

v.

KEN M. RICHARDS,
JUDY MARQUIS,
PEGGY MEJIA,
DAVID HILL,
  a/k/a, "Miguel Ponce,"
ELIZABETH MAXIME,
MESCAL SMITH,
WALTER VERRA,
and
KELSA VIALVA

    Defendants.

_____/

**NIGHT BOX FILED**

AUG 2 4 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### NOTICE OF LIS PENDENS

**GRANTEE: KEN M. RICHARDS**

NOTICE IS HEREBY GIVEN, pursuant to the provisions of F.S. § 48.23, as made applicable hereto by the provisions of 28 U.S.C. § 1964, that on August 24, 2000 a SUPERSEDING INDICTMENT was returned by a Grand Jury sitting in the Southern District of Florida, charging the above defendant(s), and others known and unknown to the Grand Jury, with violation[s] of Title 18, U.S.C. §1344 and 513(a), and more particularly charging in the forfeiture section of the superseding indictment, that the following described real property, together with all appurtenances thereto, improvements thereon, furnishings and fixtures, has become and is condemned and forfeit to the United States of America under the provisions of 18 U.S.C. § 982 and 21 U.S.C. § 853:



All that lot or parcel of land, together with its building, improvements, fixtures, attachments and easements, located at 2462 Sable Palm Drive, Miramar, Florida 33023 and more particularly described as:

> Lot 3, Block 131, of Miramar Section 12, according to the Plat thereof, as recorded in Plat Book 52, Page 4, in the Public Records of Broward County, Florida.

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibits any claimant to the described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest subsequent to the indictment, except as provided by the provisions of 21 U.S.C. § 853(n) following the entry of any order of forfeiture.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: _____
WILLIAM H. BECKERLEG, JR.
Assistant United States Attorney
500 E. Broward Boulevard
Suite 700
Ft. Lauderdale, Fl 33394
Tel: (954)356-7314 ext. 3614
Fax: (954)356-7180
Fla. Bar No. A5500074