UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,   CASE NO. **00-6175-CR-ZLOCH**

vs.

**KEN M. RICHARDS,**

        Defendant.
_____/

## MOTION TO CONTINUE

COMES NOW the Defendant, KEN M. RICHARDS, by and through his undersigned counsel, and moves this Honorable Court for a continuance of trial and states as follows:

1. This matter is set for the trial period commencing September 12, 2000, with calendar call scheduled for September 11, 2000.

2. This setting was ordered on July 27, 2000.

3. On August 24, 2000, the grand jury returned a superceding indictment in this matter, adding both charges as well as defendants.

4. The arraignment on the superceding indictment is scheduled for August 29, 2000 and, thus, the trial setting is within the thirty day period following arraignment.

5. Additionally, a discovery conference was held at the office of the United States Attorney on Thursday, August, 24, 2000. At that time counsel for the Defendant observed that there were approximately three or four boxes full of documents which were either seized from the Defendant's house or secured during the period of the investigation. Under the circumstances of this case, it will be necessary to review all of these documents before the Defendant could be ready for trial. There

NON-COMPLIANCE OF S.D. fla. L.R. _____

**ENVELOPES NOT PROVIDED**

is insufficient time before the present setting of the trial to do same.

6. The Defendant, KEN RICHARDS, would request this Honorable Court to reschedule this matter for a status conference sometime during the early part of October. This is necessary because of the following:

   A. Counsel for the Defendant and for the government are endeavoring to reach an accord so that this matter may be resolved without a trial. If this is done prior to the setting of the status conference, then counsel would seek to set the matter down for entry of a plea. However, it is necessary that both counsel meet and negotiate along with the input from the case agent, as well as, possibly, the Defendant.

   B. In the event that it appears that this matter will proceed to trial, undersigned counsel may move to withdraw. This may be necessary because counsel is presently scheduled to commence trial on November 6, 2000 before the Honorable Judge Joan Lenard in United States vs. Antonio Guerrero, et al, 98-721-CR-LENARD. This case is generally referred to as the "Cuban Spy Case" and the client in that case is charged with, among other charges, conspiracy to commit espionage. This matter has been pending for approximately two years and involves the use of a great deal of classified information. The discovery process has been ongoing and continues to be ongoing up to the trial. That trial has been estimated to last anywhere from two to four months. As such, undersigned counsel would not be able to prepare and try this Defendant's case until the spring of 2001.

7. This is the first trial setting in this matter and this continuance is not sought for unnecessary delay but is, in fact and law, necessary to achieve the speedy administration of justice. As such, it is suggested that the speedy trial period should toll during the time of the filing of this motion and the setting of trial.

8. Counsel has discussed the circumstances of this motion with Assistant United States Attorneys Bertha R. Mitrani and Bruce Brown and they have indicated that they would not contest the granting of this motion.

WHEREFORE, the Defendant, KEN M. RICHARDS, moves this Honorable Court for a continuance of the trial presently scheduled for the period of September 12, 2000.

JACK R. BLUMENFELD, PA
Attorney for Defendant
2600 Douglas Road
Suite 911
Coral Gables, Florida 33134
Telephone: (305) 442 1731
Florida Bar #103577

_____
JACK R. BLUMENFELD

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by United States mail this 28th day of August, 2000, to: Bruce Brown, AUSA, United States Attorney's Office, 500 East Broward Boulevard, Fort Lauderdale, Florida 33394.

_____
JACK R. BLUMENFELD