AUG 2 9 2000

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6175-CR-Zloch (s)

UNITED STATES OF AMERICA

vs

Ken Richards

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 8-29-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT: Address: In Custody

Telephone: _____

DEFENSE COUNSEL: Name: Jack Blumenfeld

Address: _____

Telephone: _____

BOND SET/CONTINUED: $ Cont'd in custody

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this 29 day of August, 20 00

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No. 00-068

cc: Clerk for Judge
U. S. Attorney
Defense Counsel
Pre-Trial Services