DEFT: Ken Richards (J)#  
CASE NO: 00-6175-CR-Zloch (S)

AUSA: Bertha Mitrani / Bruce Brown  
ATTNY: Jack Blumenfeld  present

AGENT: _____  
VIOL: _____

PROCEEDING: Arraignment on SS  
BOND REC: _____

BOND HEARING HELD - yes/no   Indictment  
COUNSEL APPOINTED: _____

____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by ___ D.C.
AUG 2 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
___ Electronic Monitoring

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order **requested**

NEXT COURT APPEARANCE: DATE: TIME: JUDGE:

INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: N/A
STATUS CONFERENCE: _____

DATE: 8-29-00   TIME: 11:00am   TAPE # 00-068   PG # 4

510-

71