

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6175-CR-ZLOCH

UNITED STATES OF AMERICA

v.

KEN M. RICHARDS,
JUDY MARQUIS and
PEGGY MEJIA

        Defendants.
_____/

## GOVERNMENT'S SPEEDY TRIAL REPORT

The United States of America, by and through the undersigned Assistant United States Attorney, hereby submits its Speedy Trial Report pursuant to Local Rule 88.5.

1. The Speedy Trial Act, Section 3161(c)(1), mandates that the trial of a federal indictment must occur within seventy (70) days from the filing and making public of the indictment, or from the date of a defendant's initial appearance on the charges, whichever last occurs.

2. The defendant, Judy Marquis, was arraigned on the indictment on June 26, 2000. The defendant, Peggy Mejia, was arraigned on the indictment on July 10, 2000. The defendant, Ken M. Richards, was arraigned on the indictment on July 27, 2000. Therefore, the speedy trial clock was triggered on July 27, 2000.

3. On August 29, 2000, the defendant, Ken M. Richards, filed a motion for continuance of

trial. This motion remains pending before the Court. The United States submits that the date from the filing of the motion through the date of the disposition of said motion is excludable pursuant to Title 18, United States Code, Section 3161(h)(1).

4. On August 24, 2000, a superseding indictment was returned which included the three above-named defendants and five additional defendants. To date, only one defendant, Ken M. Richards on August 29, 2000, has been arraigned on the superseding indictment.

Based upon the foregoing, the United States submits that the speedy trial clock is presently tolled with 32 days of non-excludable time having elapsed, and 38 days remaining.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____

BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 999490
500 East Broward Blvd, 7th Floor
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255, ext. 3508
Facsimile: (954) 356-7336

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was hand-delivered this 11th day of September, 2000 to: Jack R. Blumenfeld, Esquire, 2600 Douglas Road, Suite 911, Coral Gables, Florida 33134; Edward G. Salantrie, Esquire, 633 Southeast Third Avenue, Suite 4F, Fort Lauderdale, Florida 33301; and Michael H. Bloom, Esquire, 3225 Aviation Avenue, Suite 300, Coconut Grove, Florida 33133.

BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY