UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
SEP 1 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER  00-6175-CR-Zloch   DATE 9-11-00
CLERK Carlene Newby   REPORTER Carl Schanzleh
PROBATION _____   INTERPRETER _____

UNITED STATES OF AMERICA v. Ken Richards

U. S. ATTORNEY Bruce Brown   DEFT COUNSEL NOT PRESENT
for Mitacaine

DEFENDANT:  PRESENT ___ NOT PRESENT ___ ON BOND ___ IN CUSTODY ___

REASON FOR HEARING Calendar Call

RESULT OF HEARING Deft Richards Mtn to Continue granted - all time excludable until trial actually commences.

JUDGMENT _____

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC  4-5 days