UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6175-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KEN M. RICHARDS,

    Defendant.
_____/

**ORDER GRANTING CONTINUANCE AND RESETTING TRIAL**

THIS MATTER is before the Court for Calendar Call on September 11, and upon the Defendant, Ken M. Richards', Motion To Continue, bearing Certificate of Service dated August 28, 2000, based upon the unavailability of counsel for said Defendant and the need of said counsel for additional time within which to prepare to properly defend this matter. The Court has carefully reviewed said Motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Defendant, Ken M. Richards', Motion To Continue be and the same is hereby **GRANTED**. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a Speedy Trial.

**IT IS FURTHER ORDERED AND ADJUDGED** that the above-styled cause is hereby removed from the trial calendar of September 12, 2000

and is hereby reset for the two-week trial calendar commencing on Tuesday, November 7, 2000, at 9:30 a.m., in Courtroom A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida. Calendar Call is hereby set for Monday, November 6, 2000, at 9:00 a.m. in Courtroom A, United States Courthouse, Fort Lauderdale, Florida.

**Any Motions For Continuance must be filed fourteen (14) days prior to Calendar Call.**

The Court further finds that the delay resulting from the date of this continuance, August 28, 2000, through and including November 7, 2000, the date set for trial, or the date the trial commences, whichever is later, shall be deemed excludable time under Title 18, United States Code, § 3161(h)(8).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of September, 2000.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Bertha Mitrani, Esq., AUSA

Jack R. Blumenfeld, Esq.
For Defendant Richards