UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,                CASE NO. **OO-6175-CR-ZLOCH**

        Plaintiff,

vs.

**KEN M. RICHARDS,**

        Defendant.
_____/



FILED by _____ D.C.

SEP 1 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## MOTION TO REDUCE BOND

COMES NOW the Defendant, KEN M. RICHARDS, by and through his undersigned counsel, and moves this Honorable Court to reduce bond and states as follows:

1. This Defendant is charged with numerous counts relating to a conspiracy to commit bank fraud in a superseding indictment filed on August 24, 2000.

2. Following a bond hearing in which the Defendant was represented by other counsel, this Court reduced his bond to One Hundred Fifty Thousand Dollars ($150,000) corporate surety with nebbia requirements.

3. Subsequent to counsel's appointment he has endeavored to assist the Defendant's family and friends with obtaining the necessary security and money so as to secure a bond.

4. The Defendant is unable to meet the financial requirements of a One Hundred Fifty Thousand Dollars ($150,000) corporate surety bond. Thus, the present bond, in effect, is the equivalent of no bond at all.

1

5. However, the Defendant has obtained assurances from close friends and family that they would co-sign a personal surety bond of the Defendant as well as pledge property. This includes a condominium owned by a close personal friend of his which has equity in the amount of at least Sixty Plus Thousand Dollars ($60,000+).[1] Additionally, the Defendant's children's grandmother has expressed her willingness to pledge her residence which has an equity of approximately Thirty Five Thousand Dollars ($35,000). Additionally, the Defendant's sister and other friends and family are attempting to raise up to Five Thousand Dollars ($5,000) to utilize toward a ten percent (10%) bond.

6. After weeks of attempting to raise as much money and find as much property as is possible, this appears to be the extent of the ability of the Defendant, his family and friends.

7. Accordingly, the Defendant would request that this Court reduce his bond to a Fifty Thousand Dollar ($50,000), ten percent (10%) bond coupled with a One Hundred Thousand Dollars ($100,000) personal surety bond to be co-signed by the property owners, whose property they are willing to pledge, along with his sister who is a resident of Broward County, Florida.

8. The Defendant would also agree to such other conditions as the Court may impose including, but not limited to, home confinement.

---

[1] This amount is obtained by utilizing the market value of the property as noted on a tax bill. However, as the court knows, market values on tax assessments are traditionally understated. At the present time, the owner of the property is seeking to obtain a more realistic appraisal.

WHEREFORE, the Defendant moves this Honorable Court to reduce the Defendant's bond.

JACK R. BLUMENFELD, PA  
Attorney for Defendant  
2600 Douglas Road  
Suite 911  
Coral Gables, Florida 33134  
Telephone: (305) 442 1731  
Florida Bar #103577  

_____
JACK R. BLUMENFELD

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by United States mail this 28th day of August, 2000, to: Bertha Mitrani, AUSA, and Bruce Brown, AUSA, United States Attorney's Office, 500 East Broward Boulevard, 7th Floor, Fort Lauderdale, Florida 33394.

_____
JACK R. BLUMENFELD

3

# This Indenture,

Made this 17th day of January, A. D. 19 83 **Between**
GORDON R. DICKIE & AURELA M. DICKIE, his wife

of the County of Dade in the State of Florida parties of the first part, and
JESFINA ANDERSON, an unmarried person and VIOLYN ANDERSON, an unmarried person
of the County of Dade in the State of Florida whose post office address is
4490 N.W. 171 Terrace, Miami, Florida 33054
parties of the second part,

**Witnesseth**, That the said parties of the first part, for and in consideration of the sum of
TEN DOLLARS AND OTHER GOOD AND VALUABLE CONSIDERATIONS----------------- Dollars
to them in hand paid by the said parties of the second part, the receipt whereof is hereby acknowledged, have granted, bargained and sold to the said parties of the second part, their heirs and assigns forever, the following described land, situate, and being in the County of Dade
State of Florida to-wit:

Lot 20, Block 46, FIRST ADDITION TO CAROL CITY, according to the Plat thereof, as recorded in Plat Book 60, Page 19, of the Public Records of Dade County, Florida.



RICHARD P. BRINKER
CLERK CIRCUIT COURT



Subject to conditions, restrictions, limitations of record, and taxes for 1983 and subsequent years; this reference to said restrictions shall not operate to reimpose the same.

And the said parties of the first part does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

**In Witness Whereof**, The said parties of the first part have hereunto set their hand s and seal s the day and year first above written.

Signed, sealed and delivered in the presence of.

GORDON R. DICKIE

AURELA M. DICKIE

STATE OF FLORIDA,
COUNTY OF DADE

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid to take acknowledgments, personally appeared
GORDON R. DICKIE & AURELA M. DICKIE, his wife
to me known to be the persons described in and who executed the foregoing instrument and they acknowledged before me, that they executed the same.
WITNESS my hand and official seal in the County and State last aforesaid this 17th day of January, A. D. 19 83

PREPARED BY: and RETURNED TO
Donnie J. Rosen, Home Title Co.
16451 N.E. 6th Ave.
North Miami Beach, Florida
under the Supervision of
ALAN S. WEISSMAN, Attorney

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is a true correct copy of the original on file in this office.
HARVEY RUVIN, CLERK, of Circuit and County Courts

**EquiCredit**
Corporation
P.O. Box 44133
Jacksonville, FL 32231-4133

ADDRESS SERVICE REQUESTED

JESTINA ANDERSON
4490 NW 171 TERRACE
OPA LOCKE FL 33055-4340

Mail Payments To: P.O. Box 17540
Baltimore, MD 21297-1540

**MORTGAGE STATEMENT** 08/20/2000
*Any activity after this date will appear on the next billing statement*

**Property Address:** 4490 NW 171 TERRACE
OPA LOCKE FL 33055
Payment Due Date 08/31/2000
**Balances**
Principal Balance * as of 08/18 $65,100.00
Corporate Advance Balance $.00
Suspense Balance $.00
Unpaid Late Charges $.00
Hazard Ins/Tax Advances $.00
**Payment Information**
Interest Rate 10.65000%
Principal & Interest $656.52
Optional Ins/Products $.00
Other $.00
**Current Payment Due** $656.52
If Paid After 09/15 pay $689.35
**Year to Date**
Principal Paid $.00
Interest Paid $.00
*This is not a payoff statement. Balances on this statement cannot be used to determine your payoff. Please fax your request to the number below*

**LOAN NUMBER**
8791036844

**Customer Service**
1-800-944-1212
Hours of Availability
8:30 am - 7:30 pm EST

**Payoff Request Fax**
1-877-409-2174

**Home Equity Loans & Refinance**
1-888-537-5520
Hours of Availability
8:30 am - 7:30 pm EST

## Activity Since Your Last Statement

| Date | Description | Principal | Interest | Corporate Advance | Optional Ins./ Products | Taxes/Haz. Ins. Advance | Late Charges/ Other | Total Payment Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Thank you for being an important part of EquiCredit Corporation.

Enclosed is a brochure to help you understand your new statement layout. Please refer to this brochure if you should have any questions.

We appreciate your business and value you as a customer.

MBF553NCP/7-00

(keep upper portion for your records)

*Please mail your payment so that it reaches us by the due date.*
*Please Return This Portion With Your Payment.*

**PAYMENT COUPON**

**EquiCredit**
Corporation
**Loan Number 8791036844**

JESTINA ANDERSON

☐ Check if change of address or special instructions (over).

Make Check Payable To:

EQUICREDIT CORPORATION
PO BOX 17540
BALTIMORE MD 21297-1540

| | |
|---|---|
| Past Due Payment(s) | $.00 |
| Unpaid Late Charges | $.00 |
| Other Fees | $.00 |
| **Payment Due Date** | **08/31/2000** |
| **Current Payment Due** | **$656.52** |
| Current Payment Due After 09/15 (Includes late charges) | $689.35 |
| Total Payment Amount Due (Includes unpaid late charges, other fees, and past due payments) | $656.52 |

Please specify additional funds below. Funds in excess of your current payment will be applied to outstanding fees and then to principal

| | |
|---|---|
| Additional Principal | $_____ |
| Other (specify) _____ | $_____ |
| **TOTAL ENCLOSED** | $_____ |

6530000 000008791036844 00689356 00656520

# ACORD INSURANCE BINDER

DATE: 08/15/00

THIS BINDER IS A TEMPORARY INSURANCE CONTRACT, SUBJECT TO THE CONDITIONS SHOWN ON THE REVERSE SIDE OF THIS FORM.

**PRODUCER**
Keniry Insurance Agency
3013 NE 6th Avenue
Wilton Manors
FL 33334

**COMPANY**
Lloyds of London

**BINDER #**: 00-0726

**EFFECTIVE DATE/TIME**: 08/15/00 12:01

**EXPIRATION DATE/TIME**: 08/15/01 NOON

THIS BINDER IS ISSUED TO EXTEND COVERAGE IN THE ABOVE NAMED COMPANY PER EXPIRING POLICY #

**INSURED**
Jestina Anderson
4490 NW 171st Terrace
Carol City
FL 33055

**DESCRIPTION OF OPERATIONS/VEHICLES/PROPERTY (Including Location)**
Hazard Ins 1 yr $1118.00

## COVERAGES

| TYPE OF INSURANCE | COVERAGE/FORMS | DEDUCTIBLE | COINS % | AMOUNT |
|---|---|---|---|---|
| PROPERTY CAUSES OF LOSS BASIC BROAD SPEC | Dwelling | 1,000 | 5% | 100,000 |
| | Contents | | | 50,000 |
| | Liability | | | 100,000 |

| COMMERCIAL GENERAL LIABILITY | | |
|---|---|---|
| CLAIMS MADE / OCCUR | EACH OCCURRENCE | $ |
| | FIRE DAMAGE (Any one fire) | $ |
| | MED EXP (Any one person) | $ |
| | PERSONAL & ADV INJURY | $ |
| | GENERAL AGGREGATE | $ |
| RETRO DATE FOR CLAIMS MADE | PRODUCTS - COMP/OP AGG | $ |

| AUTOMOBILE LIABILITY | | |
|---|---|---|
| ANY AUTO | COMBINED SINGLE LIMIT | $ |
| ALL OWNED AUTOS | BODILY INJURY (Per person) | $ |
| SCHEDULED AUTOS | BODILY INJURY (Per accident) | $ |
| HIRED AUTOS | PROPERTY DAMAGE | $ |
| NON-OWNED AUTOS | MEDICAL PAYMENTS | $ |
| | PERSONAL INJURY PROT | $ |
| | UNINSURED MOTORIST | $ |

| AUTO PHYSICAL DAMAGE DEDUCTIBLE | ALL VEHICLES | SCHEDULED VEHICLES | | |
|---|---|---|---|---|
| COLLISION | | | ACTUAL CASH VALUE | |
| OTHER THAN COL | | | STATED AMOUNT | $ |
| | | | OTHER | |

| GARAGE LIABILITY | | |
|---|---|---|
| ANY AUTO | AUTO ONLY - EA ACCIDENT | $ |
| | OTHER THAN AUTO ONLY | |
| | EACH ACCIDENT | $ |
| | AGGREGATE | $ |

| EXCESS LIABILITY | | |
|---|---|---|
| UMBRELLA FORM | EACH OCCURRENCE | $ |
| OTHER THAN UMBRELLA FORM | RETRO DATE FOR CLAIMS MADE | AGGREGATE | $ |
| | SELF-INSURED RETENTION | $ |

| WORKER'S COMPENSATION AND EMPLOYER'S LIABILITY | WC STATUTORY LIMITS |
|---|---|
| | E.L. EACH ACCIDENT $ |
| | E.L. DISEASE - EA EMPLOYEE $ |
| | E.L. DISEASE - POLICY LIMIT $ |

| SPECIAL CONDITIONS/ OTHER COVERAGES | FEES $ |
|---|---|
| | TAXES |
| | PREMIUM |

**NAME & ADDRESS**
Floridian Mortgage Corp
ISAOA
2700 N 29th Avenue #203
Hollywood
FL 33020

MORTGAGEE / LOSS PAYEE / ADDITIONAL INSURED
LOAN #

AUTHORIZED REPRESENTATIVE

ACORD 75-S (1/96)   NOTE: IMPORTANT STATE INFORMATION ON REVERSE SIDE   © ACORD CORPORATION 1993

RETURN TO: Kerry Soave at 47 Madrid L ne, Davie, FL 33324

ated for Lawyers' Title Guaranty Fund, Orlando, Florida

This instrument was prepared by:
Name ROGER D. HAAGENSON
Attorney at Law
Address 800 E. Broward Blvd
Ft. Lauderdale, FL
(305) 463-1331  3330)

# Warranty Deed (STATUTORY FORM—SECTION 689.02 F.S.)

his Indenture, Made this  1st  day of  June  19 78, Between

CARY GREENBERG and SUSAN M. GREENBERG, his wife,

the County of Dallas , State of Dallas , grantor*, and

KERRY SOAVE

hose post office address is 47 Madrid Lane, Plantation, Florida

the County of Broward , State of Florida , grantee*.

Witnesseth, That said grantor, for and in consideration of the sum of  TEN AND NO/100----------
-------------------------------------------------------------------------------- Dollars,
nd other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby
cknowledged, has granted, bargained and sold to the said grantee, and grantee's heirs and assigns forever, the following
scribed land, situate, lying and being in   Broward   County, Florida, to-wit:

Building 16, Townhouse #2, VALENCIA VILLAGE CONDOMINIUM,
PHASE ONE, a condominium, according to the Declaration of
Condominium thereof, as recorded in Official Records Book 5704
at Page 760 of the Public Records of Broward County, Florida,
together will all appurtenances thereto, including limited
common elements and an undivided interest in the common elements
of said condominium, as set forth in such Declaration of
Condominium.

SUBJECT TO taxes and assessments for the year 1978 and subsequent
years; and restrictions, reservations, easements and zoning of record
and the terms and conditions of the Declaration of Condominium.

SUBJECT TO a mortgage held by American Fletcher Savings and Loan
the approximate remaining balance of $32,965.89, which grantee
herein assumes and agrees to pay.
grantor does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all
whomsoever.
* "Grantor" and "grantee" are used for singular or plural, as context requires.

In Witness Whereof, Grantor has hereunto set grantor's hand and seal the day and year first above written.
gned, sealed and delivered in our presence:

_____ (Seal)
CARY GREENBERG

_____ (Seal)

_____ (Seal)
SUSAN M. GREENBERG, his wife

_____ (Seal)

OUNTY OF DALLAS

HEREBY CERTIFY that on this day before me, an officer duly qualified to take acknowledgments, personally appeared

CARY GREENBERG and SUSAN M. GREENBERG, his wife,

me known to be the person S described in and who executed the foregoing instrument and acknowledged before me that
hey executed the same.
ITNESS my hand and official seal in the County and State last aforesaid this  12TH  day of April

commission expires 6-1-82

_____
Notary Public

74-190161    CONDOMINIUM WARRANTY DEED    Deed No. 28

THIS INDENTURE, made this 4th day of September, 1974, by and between PASQUINELLI AND MACCARI CONSTRUCTION COMPANY, a Florida corporation, Grantor, and CARY GREENBERG & SUSAN GREENBERG, his wife, Grantee, whose address is 47 Madrid Lane, Davie, Florida 33314

## WITNESSETH:

That the Grantor, for and in consideration of the sum of TEN DOLLARS ($10.00), and other good and valuable consideration, to it in hand paid by the Grantee, the receipt of which is hereby acknowledged, has granted, bargained and sold to the Grantee, their heirs and assigns forever, those rights and interests as set forth below together with the following described property located and situate in Broward County, Florida, to-wit:

BUILDING NO. 16, TOWNHOUSE (unit) NO. 2, in the VALENCIA VILLAGE CONDOMINIUM, PHASE I, according to the Declaration of Condominium filed for record in Official Records Book 5704, Page 760 of the Public Records of Broward County, Florida, and any amendments thereto, TOGETHER WITH an undivided interest in the COMMON ELEMENTS declared in said Declaration of Condominium to be an appurtenance to the above-described TOWNHOUSE (unit).

Grantee, by acceptance hereof and by agreement with Grantor, hereby expressly assumes and agrees to be bound by and to comply with all of the covenants, terms, provisions and conditions set forth and contained in the aforedescribed Declaration of Condominium and the hereinafter referred to Recreation and Community Facility Lease, including but not limited to the obligation to make payments of assessments for common expenses, lease payments, maintenance and operation of VALENCIA VILLAGE CONDOMINIUM, PHASE I, which may be levied against the above-described TOWNHOUSE (unit).

This conveyance is made subject to the following:
1. Real estate taxes for the current year and subsequent years;
2. Applicable zoning regulations and ordinances;
3. All of the terms, provisions, conditions, rights, privileges, obligations, easements and liens set forth and contained in the Declaration of Condominium and all exhibits attached thereto;
4. All other covenants, conditions, restrictions, reservations and easements of record, if any, which may now affect the aforedescribed property;
5. All facts which an accurate survey or personal inspection of the property disclosed or would have disclosed.
6. That Recreation and Community Facility Lease entered into by and between THOMAS R. MACCARI, joined by his wife, CAROL E. MACCARI, ANTHONY R. PASQUINELLI, joined by his wife, MARY ANN PASQUINELLI, and BRUNO A. PASQUINELLI, joined by his wife, SALLIE S. PASQUINELLI, and VALENCIA VILLAGE CONDOMINIUM ASSOCIATION, INC., a Florida corporation not for profit, dated the 23rd day of February, 1974, a copy of which is attached to the Declaration of Condominium as an exhibit thereto.

and said Grantor does hereby fully warrant the title to said property, and will defend the same against the lawful claims of all persons whomsoever.

IN WITNESS WHEREOF, said Grantor has caused this Deed to be signed in its name its Vice President, and its corporate seal to be affixed, the day and year first above written.

PASQUINELLI AND MACCARI CONSTRUCTION COMPANY

Signed, sealed and delivered
in the presence of:

By _____
Vice President
(CORPORATE SEAL)

STATE OF FLORIDA  )
COUNTY OF BROWARD ) ss.

I HEREBY CERTIFY that on this day, before me, an officer duly authorized to take acknowledgments, personally appeared Michael J. Pasquinelli as Vice President of PASQUINELLI AND MACCARI CONSTRUCTION COMPANY, and he acknowledged executing the foregoing instrument in the presence of two witnesses, freely and voluntarily, under authority duly vested in him by said corporation, and that the true corporate seal is affixed thereto.

WITNESS my hand and official seal in the County and State last aforesaid, this 4th day of September, 1974.

NOTARY PUBLIC

My Commission Expires:

NOTARY PUBLIC STATE OF FLORIDA AT LARGE

This instrument prepared by:
ALAN J. GOLDBERG of

# isfaction of Mortgage

**y These Presents:** That

TERNATIONAL FIDELITY INSURANCE COMPANY

der the laws of the State of New Jersey
a certain mortgage deed executed by KERRY SOAVE , a single man

FIDELITY INSURANCE COMPANY

ay of   OCTOBER       , A.D. 19 90 , recorded in Official Records
0410, in the office of the Clerk of the Circuit Court of  BROWARD    County.
     certain note   In the principal sum of $ 1,000.00
   ONE THOUSAND DOLLARS AND NO/100

ises and obligations set forth in said mortgage deed, upon the property situate in said
bed as follows, to-wit:

ling 16, Townhouse  #2, VALENCIA VILLAGE CONDOMINIUM,
E ONE, a condominium, according to the Declaration of
ominium thereof, as recorded in official Records
5704, at Page 760, of the public Records of Broward
y, Florida, together with all appurtenances thereto,
uded limited common elements and an undivided interest
he common elements of said condominium, as set forth
he Declaration of Condominium.



RETURN OF COLLATERAL ON SURETY BOND
R NUMBER(S):   IA 376983
FOR:    SEAN WOLFER

yment and satisfaction of said note   and mortgage deed, and surrenders the
y directs the Clerk of the said Circuit Court to cancel the same of record.

**In Witness Whereof** the said corporation has caused these
presents to be executed in its name, and its corporate seal to be hereunto
affixed, by its proper officers thereunto duly authorized, the  7th
day of   December         . A. D. 19 90

                          INTERNATIONAL FIDELITY INSURANCE
t Secretary.              COMPANY
he presence of:

                          By............................................
                          DONALD VACCARO, Resident Vice-Pres.

fore me, an officer duly authorized in the State and County aforesaid to take acknowledgments, per-
nd Yvonne A. Vaccaro,

e President and Assistant Secretary, respectively, of
SURANCE COMPANY                                , a corporation.
ame in the presence of two subscribing witnesses freely and voluntarily under authority duly vested
d thereto is the true corporate seal of said corporation.
County and State last aforesaid this 7th    day of  December, A. D. 1990

O
N ROAD
, FLORIDA
              I.M.  CKRELL  NOTARY
              My c   ission expires:

# 2000 NOTICE OF PROPOSED PROPERTY TAXES AND PROPOSED OR ADOPTED NON-AD VALOREM ASSESSMENTS

**DO NOT PAY — THIS IS NOT A BILL**

Broward County Property Appraiser
Broward County Governmental Center, Room 111
115 South Andrews Avenue, Fort Lauderdale, Florida 33301-

REAL ESTATE NUMBER 0116 15 088
VALENCIA VILLAGE PHASE 1 CONDO
UNIT 2 BLDG 16

SOAVE, KERRY        0116 15 088
4455 SW 60 AVE
FT LAUDERDALE FL 33314-3234

The taxing authorities which levy property taxes against your property will soon hold PUBLIC HEARINGS to adopt budgets and tax rates for the next year.

The purpose of the PUBLIC HEARINGS is to receive opinions from the general public and to answer questions on the proposed tax change and budget PRIOR TO TAKING FINAL ACTION.

Each taxing authority may AMEND OR ALTER its proposals at the hearing

FAILURE TO PAY TAXES AND NON-AD VALOREM ASSESSMENTS WILL RESULT IN THE ISSUANCE OF A TAX CERTIFICATE AND MAY RESULT IN THE LOSS OF TITLE.

## Proposed Ad Valorem Taxes

| TAXING AUTHORITY | YOUR PROPERTY TAXES LAST YEAR | YOUR TAXES THIS YEAR IF PROPOSED BUDGET CHANGE IS MADE | A PUBLIC HEARING ON THE PROPOSED TAXES AND BUDGET WILL BE HELD | YOUR TAXES THIS YEAR IF NO BUDGET CHANGE IS MADE |
|---|---|---|---|---|
| COUNTYWIDE | | | | |
| CITY COMMISSION | 424.64 | 424.37 | PH 765-4697: COOPER CITY HIGH SCHOOL 9401 STIRLING ROAD, SEP 12, 7:00 PM | 406.03 |
| BROWARD PUBLIC SCHOOLS | | | | |
| BY STATE LAW | 368.68 | 360.98 | PH 765-6454: KATHLEEN C. WRIGHT ADM. BLDG. | 350.30 |
| BY LOCAL BOARD | 165.55 | 165.06 | 600 SE 3 AVE, FT. LAUD., SEPT 6, 5:30 PM | 157. |
| SFLA WATER MANAGEMENT | 36.78 | 36.78 | PH (561)686-8800: 3301 GUN CLUB RD, BLDG B-1 | |
| EVERGLADES CONST PROJ | 6.15 | 6.15 | W PALM BEACH, SEPT 12, 5:15 PM | 5.80 |
| INLAND NAVIGATION | 2.71 | 2.53 | PH (561)627-3386: LAKE WORTH LAGOON EDUC. CNTR. 2400 N FLAGLER DR, W PALM BCH, SEPT 7, 6:30 PM | 2.58 |
| MUNICIPAL | | | | |
| | 314.64 | 338.75 | PH 797-1050: DAVIE TOWN HALL 6591 ORANGE DR, SEPT 11, 5:30 PM | 297.54 |
| INDEPENDENT | | | | |
| BROWARD HOSPITAL | 153.33 | 153.33 | PH 355-5675: BROWARD GENERAL MEDICAL CENTER AUDITORIUM, 1600 S ANDREWS AVE, SEPT 13, 5:30 PM | 145.57 |
| BROW.WATER CONTRL | 3.08 | 4.00 | PH 432-5110: 8020 STIRLING RD, HOLLYWOOD SEPT 13, 6:30 PM; | 2.84 |
| ADD DEBT LEVY* | 125.08 | 120.06 | | 120. |
| AD VALOREM TAX | 1,600.64 | 1,612.01 | TELEPHONE FOR TAXING AUTHORITY IS SHOWN AS PH NNN-NNNN | 1,523.82 |

| | COLUMN 1 SEE REVERSE SIDE FOR EXPLANATION | COLUMN 2 | * FOR DETAILS ON INDEPENDENT SPECIAL DISTRICTS AND VOTER APPROVED DEBT, CONTACT YOUR TAX COLLECTOR AT (954)765-4697 | COLUMN 3 SEE REVERSE SIDE FOR EXPLANATION |
|---|---|---|---|---|
| | MARKET VALUE | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | SR CIT EXEMPTION | SR CIT TAXABLE |
| YOUR PROPERTY VALUE LAST YEAR | | 61,590 | | 61,590 | 0 | 0 |
| VALUE THIS YEAR | 61,590 | 61,590 | 0 | 61,590 | 0 | 61,590 |

IF MARKET VALUE OF YOUR PROPERTY IS INACCURATE OR DOES NOT REFLECT FAIR MARKET VALUE, CONTACT YOUR COUNTY PROPERTY APPRAISER 357-6830, GOVT CENTER RM 111, 115 S ANDREWS, FT. LAUDERDALE  WWW.BCPA.NET

IF THE APPRAISER'S OFFICE IS UNABLE TO RESOLVE THE MATTER AS TO MARKET VALUE, YOU MAY FILE A PETITION FOR ADJUSTMENT WITH THE VAB. PETITION FORMS ARE AVAILABLE FROM THE COUNTY PROPERTY APPRAISER AND MUST BE FILED ON OR BEFORE 2000.

YOUR BILL MAY CONTAIN NON-AD VALOREM ASSESSMENTS WHICH MAY NOT BE REFLECTED ON THIS NOTICE SUCH AS ASSESSMENTS FOR LIGHTING, DRAINAGE, WATER, SEWER, OR OTHER GOVERNMENTAL SERVICES AND FACILITIES WHICH MAY BE LEVIED BY YOUR COUNTY, SPECIAL DISTRICT AND POSSIBLE OR ADDITIONAL AD VALOREM PENALTIES.

## Proposed and/or Adopted Non-Ad Valorem Assessments

ALL GOVERNMENTS WILL SOON HOLD PUBLIC HEARINGS TO ADOPT NON-AD VALOREM ASSESSMENTS FOR THE NEXT YEAR. THE PURPOSE OF THE HEARINGS IS TO RECEIVE OPINIONS FROM AFFECTED PROPERTY OWNERS AND TO ANSWER QUESTIONS ON THE PROPOSED NON-AD VALOREM ASSESSMENTS OR TO TAKING ACTION. ALL AFFECTED PROPERTY OWNERS HAVE THE RIGHT TO APPEAR AT THE PUBLIC HEARING AND FILE WRITTEN OBJECTIONS THE NON-AD VALOREM ASSESSMENTS. THE WRITTEN OBJECTION MUST BE FILED WITH THE LOCAL GOVERNMENT WITHIN 20 DAYS OF THE FIRST CLASS ... BY SECT. 197.3632, FLA STAT. ... THIS FORM CONSTITUTES THE FIRST CLASS NOTICE REQUIRED BY SECT. 197.3632, FLA STAT. FOR ASSESSMENTS AND CERTAIN MUNICIPAL ASSESSMENTS LISTED BELOW.

| AUTHORITY NON-AD ASSESSMENT | YOUR NON-AD VALOREM ASSESSMENT LAST YEAR | YOUR NON-AD VALOREM ASSESSMENT IF PROPOSED CHANGE IS MADE | LEVY RATE PARCEL UNITS AND UNIT OF MEASUREMENT | DATE, TIME, AND LOCATION OF PUBLIC HEARING AND TOTAL ASSESSMENT REVENUE TO BE COLLECTED |
|---|---|---|---|---|
| | | | | |

| TOTAL OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS | 1,600.64 | 1,612.01 | 2000 NOTICE OF PROPOSED PROPERTY TAXES AND PROPOSED OR ADOPTED NON-AD VALOREM ASSESSMENTS |