JACK R. BLUMENFELD, P.A.

ATTORNEY AT LAW
2600 DOUGLAS ROAD
911 DOUGLAS CENTRE
CORAL GABLES, FLORIDA 33134

PHONE (305) 442-1731

FAX (305) 443-9716

September 29, 2000

U.S. Magistrate Judge Lurana S. Snow
299 East Broward Blvd.
Ft. Lauderdale, FL 33301

**NIGHT BOX FILED**

SEP 29 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

re: U.S. v Ken Richards, 00-6175-CR-Zloch

Dear Judge Snow:

Please consider this letter and the attachment as a supplement to the Defendant's Motion to Reduce Bond, filed on August 28th, 2000. (Docket entry # 77).

In the Motion, reference was made to the value of certain property owned by Kerry Soave at 47 Madrid Lane. While the market value was listed on the tax bill as $ 61, 590. We argued that the assessment was too low. Attached to this letter is a letter appraisal by Reggie Realty and Investments, Inc., indicating that the accurate market or sales value is between $ 86,000 and $ 89,000. It would appear, thus, that the value of the property at risk is only approximately $ 25,000 to $ 30,000 less than the amount of the bond sought to be reduced. This small difference, it is submitted, would not be sufficient to cause the Mr. Richards to flee.

The Government, in their Response, suggests that he is a flight risk, though, this Court found otherwise when rejecting pre-trial detention and in setting a monetary bond. While the Defendant may face deportation to Trinidad, it must be remembered that he has minor children who live with him and are cared for by him and their Grandmother. They mean so much to him that he would hardly risk losing them to become a fugitive from a potential sentence of a few years.

Accordingly, we again respectfully suggest that the Court grant the Motion to Reduce.

Respectfully Submitted

Jack R. Blumenfeld
Attorney for The Defendant
2600 Douglas Rd.
Suite 911

Coral Gables, FL 33134
(305) 442-1731

cc: Asst. U.S. Attorney Birtha Mitrani

Reggie
Realty &
Investments, Inc.

Reggie
Realty &
Investments, Inc.

10400 Griffin Road, Suite 108
Cooper City, FL 33328

Re: 47 Madris Lane
Davie, FL 33324
Velencia Village

To whom it may concern,

I have inspected the above mentioned property, a 3 bedroom 2 and a half bath condo/ townhouse located in Davie, Florida. The subject property is in above average condition with many upgrades. This property should sell at the market value. Based on my market analysis the value of this condo/townhouse is between $86,000 and 89,000.

Sincerely,

Reginald D. Lucas
President

LICENSED REAL ESTATE BROKER
Office: (954) 434-0411  Fax: (954) 434-6044