UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6175-CR-ZLOCH

UNITED STATES OF AMERICA,     :

    Plaintiff,     :

v.     :

KEN M. RICHARDS, et al.,     :

    Defendants.     :

_____

**O R D E R**

THIS CAUSE is before the Court on defendant **Ken M. Richards'** Motion to Reduce Bond (filed September 12, 2000), which was referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is DENIED.

DONE AND ORDERED at Fort Lauderdale, Florida, this 2 day of October, 2000.

                                             LURANA S. SNOW
                                             UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Berth Mitrani (FTL)
Jack Blumenfeld, Esq.