UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,                    CASE NO.  **OO-6175-CR-ZLOCH**

vs.

**KEN M. RICHARDS,**

Defendant.
_____/

## MOTION TO CONTINUE
## AND WITHDRAW

COMES NOW the Defendant, KEN M. RICHARDS, by and through his undersigned

counsel, and moves this Honorable Court to continue the trial, as to KEN RICHARDS, and to

permit the undersigned counsel, Jack R. Blumenfeld, Esquire, to withdraw as counsel of record

and states as follows:

1.    The trial for this Defendant is scheduled for the period beginning December 4,

      2000 with a calendar call scheduled for 9:00 a.m. on December 1, 2000.

2.    Undersigned counsel is presently scheduled to begin trial before the Honorable

      Joan Lenard in United States vs. Antonio Guerrero, et al, 98-721-CR-LENARD

      on November 20, 2000.  This trial is expected to take approximately three to four

      months.  This trial was scheduled long before the trial scheduled in this matter.

      Counsel for the Defendant has previously advised the Court of this conflict in his

      Motion to Continue filed before this Court on August 29, 2000 (Docket Entry

      Number 67)

3.    Undersigned counsel has endeavored to resolve this case expeditiously so as to

1

avoid the filing of this motion. To that end, counsel has negotiated with Assistant United States Attorney Bertha Mitrani and has presented to the Defendant a proposed plea agreement. It is to accomplish this that undersigned counsel stayed with this case, rather than withdrawing in favor of substitute counsel. Undersigned counsel believed that it was possible to enter into a plea agreement and to resolve this case as soon as possible to the benefit of both the government and the Defendant.

4.    Undersigned counsel met with Defendant on Sunday, November 12, 2000 and on Tuesday, November 14, 2000 to discuss the plea agreement proposed by the United States Attorney. Because of the Defendant's displeasure at some portions of the plea agreement, counsel negotiated with the Assistant United States Attorney and, thus, to the end that some changes beneficial to the Defendant were made in the plea arrangement. During the discussions with the Defendant on Sunday, November 12 and, more pointedly, on Tuesday, November 14, the Defendant made it clear to counsel that he was extremely displeased with counsel's representation of him in this matter. On November 14, the Defendant accused undersigned counsel of misleading him with respect to the effect of certain documents which he has signed in this matter and further accused counsel of conspiring with the government and against the Defendant. Additionally, he directly stated to undersigned counsel that the reason counsel had misrepresented him and had worked against him was twofold, *ie*,

A.    That counsel was court appointed and not being paid by the Defendant and

2

B.    That the Defendant is black and that counsel was prejudiced against him because of his race.

5.    Under these circumstances, it is clear that undersigned counsel cannot adequately and effectively represent this Defendant, at least in the Defendant's mind. To *require further representation of this Defendant is to invite collateral attack of any* resolution of this matter. Furthermore, in the event that the Defendant desires to enter a plea of guilty to this indictment, the Court's plea colloquy requires him to advise the Court whether he is satisfied with his representation. It is clear that the answer to that question would require the Court not to accept the plea, at least with this counsel representing him.

6.    Immediately upon leaving the Federal Detention Center on Tuesday, November 14, the undersigned counsel advised the Assistant United States Attorney Bertha Mitrani of his intention to file this motion and the grounds therefore.

WHEREFORE, the Defendant prays this Honorable Court to continue his trial presently scheduled for December 4, 2000 with calendar call on December 1, 2000 and to allow Jack R. Blumenfeld, Esquire to withdraw as counsel of record.

JACK R. BLUMENFELD, PA
Attorney for Defendant
2600 Douglas Road
Suite 911
Coral Gables, Florida 33134
Telephone: (305) 442 1731
Florida Bar #103577

_____
JACK R. BLUMENFELD

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by United

States mail this 15th day of November, 2000, to: Bertha Mitrani, AUSA, United States Attorney's

Office, 500 East Broward Boulevard, Fort Lauderdale, Florida 33394 and Ken M. Richards, Reg

#55349-004, P.O. Box 019120, Miami, Florida 33101-9120.

JACK R. BLUMENFELD

4