U.S. MAGISTRATE JUDGE BARRY S. SELTZER – FORT LAUDERDALE

DEFT: Ken Richards (J)#    CASE NO: 00-6175-CR-Zloch

AUSA: Bertha Mitrani / present    ATTNY: Jack Blumenfeld present

AGENT:    VIOL:

PROCEEDING: Motion to withdraw    BOND REC:

BOND HEARING HELD – yes/no    COUNSEL APPOINTED: CJA – Arthur Wallace

_____ BOND SET @

CO-SIGNATURES:    NOV 20 2000

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ K's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ____ Halfway House _____
     ____ Electronic Monitoring _____

Motion is Granted
CJA – Arthur Wallace
Atty Blumenfeld will send case to Atty. Wallace

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:

INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____

DATE: 11-20-00    TIME: 11:00am    TAPE # 00-091 PG # 419-925

171