UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,          CASE NO. 00-6175-CR-ZLOCH

vs.

**KEN M. RICHARDS,**

Defendant.
_____/

### ORDER GRANTING DEFENDANT'S
### MOTION TO CONTINUE AND WITHDRAW

THIS CAUSE having come before this Court on the Defendant's Motion to Continue and Withdraw and the Court having heard testimony from defense counsel, Defendant, and Assistant United States Attorney and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED:

1. That the Motion be and the same is hereby **GRANTED** in part and DENIED in part.

2. That Arthur Wallace, Esquire is hereby appointed as counsel for the Defendant, KEN M. RICHARDS.

3. The decision on continuing the trial of this cause is reserved for the District Judge.

DONE AND ORDERED at Broward County, Florida this 20th day of November, 2000.

BARRY SELTZER, United States Magistrate Judge

Copies furnished to:
Jack R. Blumenfeld, Esquire, 2600 Douglas Road, Suite 911, Coral Gables, Florida 33134
United States Attorney's Office, 500 East Broward Boulevard, Fort Lauderdale, Florida 33394
Ken M. Richards, Reg #55349-004, P.O. Box 019120, Miami, Florida 33101-9120.