IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLOIRDA

CASE NO. 00-6175-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

Vs.

KEN RICHARDS,

    Defendant.

_____/

### MOTION TO CONTINUE TRIAL

MAY IT PLEASE THE COURT;

Defendant asks the court to continue the trial of this case set for December 4, 2000. Defense counsel was just appointed last week and needs more time to get ready for trial. The government has no objection.

WHEREFORE defendant asks the court to grant the motion.

DATED this 28th day of November, 2000.

Respectfully submitted,

_____
ARTHUR L. WALLACE, III, ESQ.
Attorney for Defendant
Florida Bar No. 769479
3425 Collins Ave, Ste. 1501
Miami Beach, FL 33140
Tel. (305) 535-9957

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. mail on the United States Attorney, 99 N.E. 4th Street, Suite 600, Miami, Florida 33132 on this 28th day of November, 2000.

_____
ARTHUR L. WALLACE, III, ESQ.