UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

DEC 0 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER _CO-6175-CR-Zloch_ DATE _12-1-CC_

CLERK _Caroline Hunter_     REPORTER _Carl Schurtzel_

PROBATION                    INTERPRETER

UNITED STATES OF AMERICA V. _Ken Richards, et al_

U. S. ATTORNEY _Bertha M. Kacani_ DEFT COUNSEL _Arthur Wallace_
_Ana Jhones & Stuart_
_Adelstein_
DEFENDANT:  PRESENT    NOT PRESENT    ON BOND    IN CUSTODY

REASON FOR HEARING _Calendar Call_


RESULT OF HEARING _Deft's Richard, Maxine &_
_Smith's motus to Continue -_
_Court grants deft Maxine & Smith's_
_motns to continue - All time excludable_

JUDGMENT



CASE CONTINUED TO _____ TIME _____ FOR _____

MISC _____

183