UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6175-CR-ZLOCH


FILED by _____ D.C.
DEC 1 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES OF AMERICA

v.                                                              NOTICE

KEN RICHARDS,
ELIZABETH MAXINE
MESCAL SMITH

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE                                   COURTROOM A
299 E. BROWARD BLVD.                    DATE & TIME:
FT. LAUDERDALE, Fl, 33301               February 8, 2001, at 9:00 AM

CALENDAR CALL - RESET BY COURT

                                        CLARENCE MADDOX
                                        CLERK OF COURT

                                        _____
                                        BY DEPUTY CLERK

DATE: December 14, 2000

cc:
Bertha Mitrani, Esq., AUSA
Arthur Wallace, Esq.
Ana Jhones, Esq.
Mescal Smith, Esq.


201