FILED by _____ D.C.

JAN 1 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6175-CR-Zloch   DATE 1-16-01

CLERK Carline Newby   REPORTER Carl Schanzlee

PROBATION _____   INTERPRETER _____

UNITED STATES OF AMERICA v. Ken M. Richards

U. S. ATTORNEY Bertha Mitrani   DEFT COUNSEL Arthur Wallace

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Change of Plea to Count 1 of Superseding Indictment

RESULT OF HEARING Deft entered a plea of guilty to Count 1

JUDGMENT Court accepted plea & adjudged deft guilty of Count 1

CASE CONTINUED TO 3-30-01   TIME 10:00   FOR Sentencing

MISC Written Plea Agreement Forfeiture Consent Filed in Court

210