UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RECEIVED & FILED IN OPEN COURT.
ON _1 - 16 - 01_ AT
_Ft. Laud_, FLA.
Clarence Maddox, Clerk
United States District Court
Southern District of Florida

CASE NO. 00-6175-CR-ZLOCH/SELTZER(s)

UNITED STATES OF AMERICA, :
:
v. :
:
KEN RICHARDS, :
:
Defendant. :
_____/

## CONSENT TO JUDGEMENT OF FORFEITURE
## AND STIPULATION OF SETTLEMENT

Defendant, Ken Richards, hereby knowingly and voluntarily agrees to waive all defenses and to forfeit to the United States of America, all of his rights, title and interests in the following items:

- A.  Approximately $21,000.00 in account no. 656-101281-006 in the name of KEN M. RICHARDS, at Morgan Stanley Dean Witter;

- B.  Approximately $26,000.00 in account no. 706 608 13 in the name of KEN M. RICHARDS, at First Union National Bank;

- C.  Approximately $15,800.00 in account no. 706 705 92 in the name of KEN M. RICHARDS, at First Union National Bank;

- D.  1996 Honda Accord LX, VIN # 1HGCD5634TA133974, titled to KEN M. RICHARDS;

- E.  Approximately $1000.00 in account no. 1050001412345 in the name of KEN M. RICHARDS, at First Union National Bank;

211

F.  the items listed in the attached "Inventory of Items Seized Under Authority of a Warrant" which is incorporated herein.

Defendant Ken Richards stipulates and agrees that the above described property was obtained and/or derived with proceeds from the offense charged in Count I of the Superseding Indictment, Conspiracy to Commit Bank Fraud and to Utter Counterfeit Corporate Checks, in violation of Title 18, United States Code, Sections 513(a), 1344 and 371. As such they are forfeitable to the United States pursuant to 18 U.S.C. §§1344, 371 and 18 U.S.C. §982(a)(2).

Defendant Ken Richards hereby releases and forever discharges the United States of America, the United States Department of Treasury, including the United States Secret Service, and their employees, agents or assigns from any claims, arising form the seizure and forfeiture of defendant's property in connection with the occurrence and events which form the basis for this case.

Respectfully submitted,

DATED: 1-16-01

KEN M. RICHARDS
DEFENDANT

ARTHUR WALLACE, ESQ.
ATTORNEY FOR DEFENDANT

BY:

GUY A. LEWIS
UNITED STATES ATTORNEY

BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar # 88171
500 East Broward Blvd., Ste. 700
Fort Lauderdale, FL 33394
Tel: 954-356-7255
Fax: 954-356-7336

2

```
Inventory Of Items Seized Under -- AUTHORITY OF A WARRANT --   DATE 6/16/00
At 2642 SABLE PALM DRIVE                         In The City Of MIRAMAR, FL
===========================================================================
Case = KEN RICHARDS                    By S. JASON KROUT
---------------------------------------------------------------------------
Rm #   Description & Room              Where Found
---------------------------------------------------------------------------
A  1     {See Misc. Inventory}

B  1     MIS. BUSINESS DOCUMENTS
         Found in The FAMILY            - NEXT TO TV

B  2     {See Misc. Inventory}

B  3     {See Misc. Inventory}

B  4     {See Misc. Inventory}

B  5     {See Misc. Inventory}

B  6     {See Misc. Inventory}

B  7     {See Misc. Inventory}

B  8     {See Misc. Inventory}

C  1     BLACK BRIEF CASE WITH ASS. PAPERS
         Found in The FRONT BED         - CLOSET SHELF

C  2     {See Misc. Inventory}

C  3     {See Misc. Inventory}

C  4     {See Misc. Inventory}

C  5     PAGER MOTOROLA #0688225
         Found in The FRONT BED         - ON FLOOR

D  1     MIS. BUSINESS DOCUMENTS
         Found in The 2ND BED           - CLOSET

D  2     {See Misc. Inventory}

D  3     UMAX SCANNER #H860068CW0053??
         Found in The 2ND BED           - ON COMPUTER DESK
```

```
Inventory Of Items Seized Under -- AUTHORITY OF A WARRANT --   DATE 6/16/00
At 2642 SABLE PALM DRIVE                      In The City Of MIRAMAR, FL
==============================================================================
Case = KEN RICHARDS                   By S. JASON KROUT
------------------------------------------------------------------------------
Rm #   Description & Room              Where Found
------------------------------------------------------------------------------
D   4   EPSON COLOR PRINTER #AZN1156128
        Found in The 2ND BED            - ON FLOOR

G   1      {See Misc. Inventory}

H   1      {See Misc. Inventory}

H   2      {See Misc. Inventory}

H   3      {See Misc. Inventory}

H   4      {See Misc. Inventory}

H   5      {See Misc. Inventory}

H   6      {See Misc. Inventory}

H   7      {See Misc. Inventory}

H   8      {See Misc. Inventory}

H   9      ***********  VOIDED  ***********

H  10      {See Misc. Inventory}

H  11      {See Misc. Inventory}

H  12      {See Misc. Inventory}

I   1      {See Misc. Inventory}

I   2   BLACK TOTE BAG W/MIS. CHECK STOCK
        Found in The MASTERBED          - NE CORNER OF ROOM

I   3   MIS. DEPOIST SLIPS
        Found in The MASTERBED          - DRESSER
```

```
Inventory Of Items Seized Under -- AUTHORITY OF A WARRANT --   DATE 6/16/00
At 2642 SABLE PALM DRIVE                         In The City Of MIRAMAR, FL
===========================================================================
Case = KEN RICHARDS                   By S. JASON KROUT
---------------------------------------------------------------------------
Rm #   Description & Room              Where Found
---------------------------------------------------------------------------
I  4   BUSINESS STOCK STATEMENTS
       Found in The MASTERBED          - NIGHTSTAND

I  5   MISCELL. CREDIT CARDS
       Found in The MASTERBED          - SE WALL NIGHTSTAND

I  6   MIS. BUSINESS DOCUMENTS/CREDIT CARD
       Found in The MASTERBED          - CLOSET

I  7      {See Misc. Inventory}

I  8      {See Misc. Inventory}

I  9      {See Misc. Inventory}

J  1   ACER COMPUTER MONITOR #9170602001
       Found in The UTILITY ROOM       - OFFICE DESK

J  2   UMAX SCANNER #H890C28505723
       Found in The UTILITY ROOM       - OFFICE DESK

J  3   COMPAC KEYBOARD #B1C800BCPHQDH8
       Found in The UTILITY ROOM       - OFFICE DESK

J  4   SMITH CORONA TYPEWRITER NSN
       Found in The UTILITY ROOM       - DESK

J  5   APPLE LAPTOP COMPUTER FC445HJG2BG
       Found in The UTILITY ROOM       - DESK

J  6   XEROX COPY MACHINE #10019141
       Found in The UTILITY ROOM       -- DESK

J  7   HP LASER PRINTER #USBC049618
       Found in The UTILITY ROOM       - DESK

J  8   COMPAC HARDRIVE #1X96CL2Q123J
       Found in The UTILITY ROOM       - ON FLOOR UNDER DESK

J  9   HP COLOR PRINTER #JPDD044969
       Found in The UTILITY ROOM       - DESK

J 10   TECH SOLUTIONS PAPER SHREDDER NSN
       Found in The UTILITY ROOM       - DESK

J 11   BROTHER INTELLIFAX #G51485607
       Found in The UTILITY ROOM       - DESK
```

```
Inventory Of Items Seized Under -- AUTHORITY OF A WARRANT --   DATE 6/16/00
At 2642 SABLE PALM DRIVE                        In The City Of MIRAMAR, FL
==============================================================================
Case = KEN RICHARDS                 By S. JASON KROUT
------------------------------------------------------------------------------
Rm #  Description & Room            Where Found
------------------------------------------------------------------------------
J  12  ASSORTED COMPUTER HARDWARE/PROGRAMS
       Found in The UTILITY ROOM     - PLASTIC TRASH CANS

J  13  CABINET WITH ASSORTED PAPERWORK
       Found in The UTILITY ROOM     - FILING CABINET

J  14  CHECK STOCK
       Found in The UTILITY ROOM     - DESK

J  15  APPROX. 3 PACKAGES OF COPY PAPER
       Found in The UTILITY ROOM     - DESK

J  16  COMPUTER CONNECTORS/HARDWARE
       Found in The UTILITY ROOM     - DESK

J  17  MISC. PAPERS AND CKS
       Found in The UTILITY ROOM     - IN CABINET

L   1  NOKIA CELL PHONE ESN#25301437892
       Found in The OUTSIDE PATIO    - CHAIR
```

```
***  Inventory Of Miscellaneous Items Seized on the date of 6/16/00   *:
At 2642 SABLE PALM DRIVE                    In The City Of MIRAMAR, FL
=======================================================================
Case = KEN RICHARDS                   By S. JASON KROUT
-----------------------------------------------------------------------
Rm #   Description & Room              Where Found
-----------------------------------------------------------------------
A  1   ERRO
       Found in The COMP ROOM           - ERROR

B  1      {See Warrant Inventory}


B  2   SONY LARGE TV
       Found in The FAMILY              - LIVING ROOM

B  3   GE VCR #441551778
       Found in The FAMILY              - LIVING ROM

B  4   PANASONIC VCR #C45A40999
       Found in The FAMILY              - LIVING ROOM

B  5   STONEWARE SET 45PIECE
       Found in The FAMILY              - LIVING ROOM

B  6   HUFFY TRAIL BIKE
       Found in The FAMILY              - LIVING ROOM

B  7   PRESSURE PAIN SPARYER#AL244200CV
       Found in The FAMILY              - CLOSET

B  8   CHRISTMAS TREEE
       Found in The FAMILY              - CLOSET

C  1      {See Warrant Inventory}



C  3   ERROR
       Found in The FRONT BED           - ERROR

C  4   TV STAND 441190081
       Found in The FRONT BED           - ON FLOOR

C  5      {See Warrant Inventory}


D  1      {See Warrant Inventory}


D  2   MAGNAVOX COLOR TV 316435848
       Found in The 2ND BED             - ROOM

D  3      {See Warrant Inventory}
```

```
***   Inventory Of Miscellaneous Items Seized on the date of 6/16/00    ***
At 2642 SABLE PALM DRIVE                    In The City Of MIRAMAR, FL
==============================================================================
Case = KEN RICHARDS                         By S. JASON KROUT
------------------------------------------------------------------------------
Rm #   Description & Room                   Where Found
------------------------------------------------------------------------------
D  4     {See Warrant Inventory}


H  1     SONY RECEIVER #8804656
         Found in The DININGROOM             - DINING ROOM

H  2     2 SPEAKERS SONY SS SR-10
         Found in The DININGROOM             - DINING ROM

H  3     2SPEAKERS SONY SS-H605 LOT 950026
         Found in The DININGROOM             - DINING ROOM




H  9     ********** VOIDED **********

H 10     SPEAKERS SONY#950026-
         Found in The DININGROOM             - DINING ROOM

H 11     2 KENWOOD SPEAKERS #50207318
         Found in The DININGROOM             - DINING ROOM

H 12     2KENWOOD SPEAKERS #50200479
         Found in The DININGROOM             - DINING ROOM

I  1     ERROR
         Found in The MASTERBED              - ERROR

I  2     {See Warrant Inventory}

I  3     {See Warrant Inventory}
```

```
***    Inventory Of Miscellaneous Items Seized on the date of 6/16/00    **
At 2642 SABLE PALM DRIVE                In The City Of MIRAMAR, FL
===============================================================================
Case = KEN RICHARDS                By S. JASON KROUT
-------------------------------------------------------------------------------
Rm #   Description & Room           Where Found
-------------------------------------------------------------------------------
I  4   {See Warrant Inventory}

I  5   {See Warrant Inventory}

I  6   {See Warrant Inventory}

I  7   AWIA STEREO #A2082069
       Found in The MASTERBED       - BEDROOM

I  8   4 SPEAKERS
       Found in The MASTERBED       - BEDROOM

I  9   PRO SCAN COLOR TV#447366567
       Found in The MASTERBED       - ROOM

J  1   {See Warrant Inventory}

J  2   {See Warrant Inventory}

J  3   {See Warrant Inventory}

J  4   {See Warrant Inventory}

J  5   {See Warrant Inventory}

J  6   {See Warrant Inventory}

J  7   {See Warrant Inventory}

J  8   {See Warrant Inventory}

J  9   {See Warrant Inventory}

J 10   {See Warrant Inventory}

J 11   {See Warrant Inventory}
```

```
***   Inventory Of Miscellaneous Items Seized on the date of 6/16/00    **
At 2642 SABLE PALM DRIVE                      In The City Of MIRAMAR, FL
==========================================================================
Case = KEN RICHARDS                 By S. JASON KROUT
--------------------------------------------------------------------------
Rm #   Description & Room           Where Found
--------------------------------------------------------------------------
J  12    {See Warrant Inventory}

J  13    {See Warrant Inventory}

J  14    {See Warrant Inventory}

J  15    {See Warrant Inventory}

J  16    {See Warrant Inventory}

J  17    {See Warrant Inventory}

L   1    {See Warrant Inventory}
```

```
Inventory Of Items Seized Under -- AUTHORITY OF A WARRANT --   DATE 6/16/00
At 2642 SABLE PALM DRIVE                       In The City Of MIRAMAR, FL
==========================================================================
Case = KEN RICHARDS                   By S. JASON KROUT
--------------------------------------------------------------------------
Rm #    Description & Room            Where Found
--------------------------------------------------------------------------
B  1    MIS. BUSINESS DOCUMENTS
        Found in The FAMILY           - NEXT TO TV

D  1    MIS. BUSINESS DOCUMENTS
        Found in The 2ND BED          - CLOSET

I  1       {See Misc. Inventory}

I  2    BLACK TOTE BAG W/MIS. CHECK STOCK
        Found in The MASTERBED        - NE CORNER OF ROOM

I  3    MIS. DEPOIST SLIPS
        Found in The MASTERBED        - DRESSER

I  4    BUSINESS STOCK STATEMENTS
        Found in The MASTERBED        - NIGHTSTAND

I  5    MISCELL. CREDIT CARDS
        Found in The MASTERBED        - SE WALL NIGHTSTAND

I  6    MIS. BUSINESS DOCUMENTS/CREDIT CARD
        Found in The MASTERBED        - CLOSET

J  1    ACER COMPUTER MONITOR #9170602001
        Found in The UTILITY ROOM     - OFFICE DESK

J  2    UMAX SCANNER #H890C28505723
        Found in The UTILITY ROOM     - OFFICE DESK

J  3    COMPAC KEYBOARD #B1C800BCPHQDH8
        Found in The UTILITY ROOM     - OFFICE DESK

J  4    SMITH CORONA TYPEWRITER NSN
        Found in The UTILITY ROOM     - DESK

J  5    APPLE LAPTOP COMPUTER FC445HJG2BG
        Found in The UTILITY ROOM     - DESK

J  6    XEROX COPY MACHINE #10019141
        Found in The UTILITY ROOM     - DESK

J  7    HP LASER PRINTER #USBC049618
        Found in The UTILITY ROOM     - DESK

J  8    COMPAC HARDRIVE #1X96CL2Q123J
        Found in The UTILITY ROOM     - ON FLOOR UNDER DESK

J  9    HP COLOR PRINTER #JPDD044969
        Found in The UTILITY ROOM     - DESK
```

```
Inventory Of Items Seized Under -- AUTHORITY OF A WARRANT --   DATE 6/16/00
At 2642 SABLE PALM DRIVE                        In The City Of MIRAMAR, FL
========================================================================
Case = KEN RICHARDS                    By S. JASON KROUT
------------------------------------------------------------------------
Rm #   Description & Room              Where Found
------------------------------------------------------------------------
J  10  TECH SOLUTIONS PAPER SHREDDER NSN
       Found in The UTILITY ROOM        - DESK

J  11  BROTHER INTELLIFAX #G51485607
       Found in The UTILITY ROOM        - DESK

J  12  ASSORTED COMPUTER HARDWARE/PROGRAMS
       Found in The UTILITY ROOM        - PLASTIC TRASH CANS

J  13  CABINET WITH ASSORTED PAPERWORK
       Found in The UTILITY ROOM        - FILING CABINET

J  14  CHECK STOCK
       Found in The UTILITY ROOM        - DESK

J  15  APPROX. 3 PACKAGES OF COPY PAPER
       Found in The UTILITY ROOM        - DESK

J  16  COMPUTER CONNECTORS/HARDWARE
       Found in The UTILITY ROOM        - DESK
```

```
C 1   FRONT BED                <>
BLACK BRIEF CASE WITH ASS. PAPERS
CLOSET SHELF
CASE:KEN RICHARDS
Seized Under Warrant On 6/16/00
By S. JASON KROUT
At 2642 SABLE PALM DRIVE
In MIRAMAR, FL       <<EVIDENCE TAG>>

C 1   FRONT BED                <>
BLACK BRIEF CASE WITH ASS. PAPERS
CLOSET SHELF
CASE:KEN RICHARDS
Seized Under Warrant On 6/16/00
By S. JASON KROUT
At 2642 SABLE PALM DRIVE
In MIRAMAR, FL       *PHOTO CARD LABEL*

                     / | \
PUT PHOTO CARD LABEL ON 5 x 7 '' CARD
STORE IN BAG WITH EVIDENCE AFTER PHOTO
- - - - - - - - - - -
EVIDENCE TAG GOES ON OUTSIDE OF BAG
                     \ | /
```