UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE UNITED STATES OF AMERICA, )
                              )   CASE NUMBER
            PLAINTIFF,        )   00-6175-CR-ZLOCH
                              )
      VS.                     )
                              )
KEN M. RICHARDS,              )   THIS VOLUME:
                              )   PAGES 1 — 52
            DEFENDANT.        )
_____)

TRANSCRIPT OF PLEA COLLOQUY HAD BEFORE THE
HONORABLE WILLIAM J. ZLOCH, IN FORT LAUDERDALE, BROWARD
COUNTY, FLORIDA, ON TUESDAY, JANUARY 16, 2001, IN THE
ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT:    BERTHA MITRANI, A.U.S.A.

FOR THE DEFENDANT:     ARTHUR WALLACE, ESQ.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

224

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**