UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
MAR 30 2001
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6175-Cr-Zloch   DATE 3-30-01
CLERK Carlee Newby   REPORTER Carl Schanzlel
PROBATION Frances Weisberg   INTERPRETER _____

UNITED STATES OF AMERICA V. Ken Richards

U. S. ATTORNEY Bertha M. Zrani   DEFT COUNSEL Arthur Wallace

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Sentencing

RESULT OF HEARING Ct 1 - 27 months custody of BOP - 3 yrs supervised release - $100 assessment & $191,082.83 Restitution joint & several - Spec Conds of Sup. Rel -
JUDGMENT At completion of imprisonment be surrendered for deportation proceedings. If deport not reenter w/o prior express permission of A.G. - Not Report if deported - Full financial disclosure -
MISC No further debt w/o prior written permission of Probation. Arthur Wallace appointed for any appeal - Ct Recommends a facility in Florida -

CASE CONTINUED TO _____ TIME _____ FOR _____

255