UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6175-CR-ZLOCH/SELTZER(s)

UNITED STATES OF AMERICA

    Plaintiff,

v.

KEN RICHARDS,

    Defendant.

_____/



## PLAINTIFF'S MOTION FOR ENTRY OF
## JUDGMENT AND PRELIMINARY ORDER OF FORFEITURE

The United States requests entry of judgment and preliminary order of forfeiture pursuant to 21 U.S. §853, 18 U.S.C. §982 and Fed. R. Crim. P. 32 (d) (2). In support, the United States submits that:

1. On January 1, 2001, defendant Ken Richards ("defendant") plead guilty to Count One of the superseding indictment, which charged defendant with conspiracy to commit offenses against the United States, including bank fraud and the making, uttering and possession of counterfeit securities of an organization, in violation of 18 U.S.C. §§513(a), 1344 and 371.

2. The forfeiture portion of the superseding indictment filed with this Court on August 24, 2000 (D.E. 60) seeks the forfeiture, among other things, of defendants's interest, rights and title to:

A. Approximately $21,000.00 in account no. 656-101281-006 in the name of KEN M. RICHARDS, at Morgan Stanley Dean Witter;

B. Approximately $26,000.00 in account no. 706 608 13 in the name of KEN M. RICHARDS, at First Union National Bank;

  C. Approximately $15,800.00 in account no. 706 705 92 in the name of KEN M. RICHARDS, at First Union National Bank;

  D. 1996 Honda Accord LX, VIN# 1HGCD5634TA133974, titled to KEN M. RICHARDS;

  E. Approximately $1,000.00 in account no. 1050001412345 the name of KEN M. RICHARDS, at First Union National Bank;

 3. In his plea agreement (D.E. 209), defendant agreed at page 3, paragraph 9 to the forfeiture of all the above-listed property.

 4. Additionally, on January 16, 2001, defendant executed and filed with the Court, a consent to forfeiture and stipulation of settlement, wherein he agreed to the forfeiture of the items listed in the "Inventory of Items Seized Under Authority of a Warrant" attached thereto.

 5. Rule 32 (d)(2), Federal Rules of Criminal Procedure allows this Court to enter a preliminary order of forfeiture at any time after accepting a guilty plea.

 6. Title 21 United States Code §853[1] (g), provides.

> Upon entry of an order of forfeiture under this section the court shall authorize the Attorney General to seize all property ordered forfeited upon such terms and conditions as the court shall deem proper. Following entry of an order declaring the property forfeited, the court may, upon application of the United States, enter such appropriate restraining orders or injunctions, require the execution of satisfactory performance bonds, appoint receivers, conservators, appraisers, accountants, or trustees, or take any other action to protect the interest of the United States in the property ordered forfeited. Any income accruing to, or derived from, an enterprise or an interest in an enterprise which has been ordered forfeited under this section may be used to offset ordinary and necessary expenses to the property which are required by law, or which are necessary to protect the interests of the United States or third parties. (Emphasis added).

---

[1] 18 U.S.C. §982(b) provides that the seizure and disposition of property subject to forfeiture shall be governed by the provisions of 21 U.S.C. §853.

7.  Pursuant to 21 U.S.C. §853(g) and Fed. R. Crim. P. 32(d)(2), the United States requests that the Court enter the attached-preliminary order of forfeiture.

### ASSET SOUGHT TO BE FORFEITED

8.  Accordingly, the United States requests that this Court enter an order forfeiting the defendant's interest, rights and title to:

A.  Approximately $21,000.00 in account no. 656-101281-006 in the name of KEN M. RICHARDS, at Morgan Stanley Dean Witter;

B.  Approximately $26,000.00 in account no. 706 608 13 in the name of KEN M. RICHARDS, at First Union National Bank;

C.  Approximately $15,800.00 in account no. 706 705 92 in the name of KEN M. RICHARDS, at First Union National Bank;

D.  1996 Honda Accord LX, VIN# 1HGCD5634TA133974, titled to KEN M. RICHARDS;

E.  Approximately $1,000.00 in account no. 1050001412345 the name of KEN M. RICHARDS, at First Union National Bank;

F.  The items listed in the "Inventory of Items Seized Under Authority of a Warrant".

### NOTIFICATION PROCEDURE

9.  After the entry of the judgment and preliminary order of forfeiture, the United States shall promptly commence the notification and publication process required by 21 U.S.C. §853(n)(1). If any third party claims or petitions are filed with the Court within the applicable period, the United States shall apply to the Court to take the deposition of witnesses, and request documents, books and records, relating to the forfeited property, pursuant to 21 U.S.C. §853(m).

10. The Court has broad powers to take whatever steps are necessary to protect the interests of the United States and any interested parties in property forfeited pursuant to 21 U.S.C. §853(e). Pursuant to Federal Rule of Criminal Procedure 32(d)(2), the judgment and preliminary order of criminal forfeiture shall authorize the Attorney General to seize all the interest or properties subject to forfeiture, upon such terms and conditions as the court shall deem proper. United States v. Conner, 752 F.2d 566, 577 (11th Cir.), cert denied, 474 U.S. 821 (1985).

**WHEREFORE**, the United States requests the entry of the attached Judgment and Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. §853.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By
BERTHA R. MITRANI
ASSISTANT U.S. ATTORNEY
500 East Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Tel: (954)356-7255
FAX: (954) 356-7228
Bar No. 88171

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the above and foregoing was mailed this 5th day of April, 2001, to Arthur Wallace, Esq., Counsel for Ken Richards, 515 N. Flagler Dr., 3rd Floor, West Palm Beach, FL 33401-4321. FAX number (561) 802-4117.

BERTHA R. MITRANI
ASSISTANT U.S. ATTORNEY

4