**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | CASE NUMBER |
| PLAINTIFF, ) | 00-6175-CR-ZLOCH |
| ) | |
| VS. ) | |
| ) | |
| KEN M. RICHARDS, ) | THIS VOLUME |
| ) | PAGES 1 - 22 |
| DEFENDANT. ) | |
| _____) | |

TRANSCRIPT OF SENTENCING HAD BEFORE THE HONORABLE WILLIAM J. ZLOCH, IN FORT LAUDERDALE, BROWARD COUNTY, FLORIDA, ON FRIDAY, MARCH 30, 2001, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT: BERTHA MITRANI, A.U.S.A.

FOR THE DEFENDANT: ARTHUR WALLACE, ESQ.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

259

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**