FILING FEE
PAID NO
In Forma
Pauperis

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLOIRDA

CASE NO. 00-6175-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

Vs.

KEN RICHARDS,

    Defendant.

_____/



## NOTICE OF APPEAL

Notice is hereby given that KEN RICHARDS, defendant above-named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment and sentence entered in this proceeding on the 30th day of March, 2001.

DATED this 6th day of April, 2001.

Respectfully submitted,

ARTHUR L. WALLACE, III, ESQ.
CJA Panel Attorney for Defendant
Florida Bar No. 769479
3425 Collins Ave., Ste. 1501
Miami Beach, FL 33140
Tel. (305) 535-9957

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. mail on the United States Attorney, 99 N.E. 4th Street, Suite 600, Miami, Florida 33132 on this 6th day of April, 2001.

ARTHUR L. WALLACE, III, ESQ.