UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6175-CR-ZLOCH/SELTZER(s)

UNITED STATES OF AMERICA

        Plaintiff,

v.

KEN RICHARDS,

        Defendant.
_____/



FILED by _____ D.C.
APR 1 6 2001
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## JUDGMENT AND PRELIMINARY ORDER OF FORFEITURE

**THIS CAUSE** is before the Court upon the motion of the United States for entry of the judgment and preliminary order of forfeiture and upon the guilty plea entered by defendant Ken Richards ("Defendant") as to Count One of the Superseding Indictment which charged Defendant with conspiracy to commit offenses against the United States, including bank fraud and the making, uttering and possession of counterfeit securities of an organization, in violation of 18 U.S.C. §§513(a), 1344 and 371. This Court has reviewed the motion, the plea agreement and the record in this cause, and this Court being otherwise fully advised finds that there is substantial evidence supporting the forfeiture of the Defendant's rights, title and interest in the property described below. It is hereby,

**ORDERED and ADJUDGED** that all of the Defendant's rights, title and interest to:

A.     Approximately $21,000.00 in account no. 656-101281-006 in the name of KEN M. RICHARDS, at Morgan Stanley Dean Witter;

B.     Approximately $26,000.00 in account no. 706 608 13 in the name of KEN M. RICHARDS, at First Union National Bank;

261

  C. Approximately $15,800.00 in account no. 706 705 92 in the name of KEN M. RICHARDS, at First Union National Bank;

  D. 1996 Honda Accord LX, VIN# 1HGCD5634TA133974, titled to KEN M. RICHARDS;

  E. Approximately $1,000.00 in account no. 1050001412345 the name of KEN M. RICHARDS, at First Union National Bank;

  F. The items listed in the "Inventory of Items Seized Under Authority of a Warrant" attached to the consent to forfeiture and stipulation of settlement filed with the court on January 16, 2001,

are forfeited to the United States of America pursuant to 18 U.S.C. §982 and 21 U.S.C. §853.

**ORDERED and ADJUDGED** that this order shall serve as a judgment in favor of the United States of America regarding all of the defendant's rights, title and interest in the above property, and the United States of America shall immediately seize the asset set forth above, if necessary, to protect the interests in the property ordered forfeited by providing a copy of this order to any person or entity which has possession of or jurisdiction over the forfeited property and by taking all steps necessary and appropriate to protect the interests of the United States of America, including the taking of actual possession and custody.

It is further,

**ORDERED and ADJUDGED** that following the entry of this Order pursuant to 21 U.S.C. §853 (n)(1), the United States will provide, to the extent practicable, written notice to all third parties known to be asserting a legal interest in any of the above described property and shall publish notice of this Order and the intent of the United States to dispose of the property in such manner as the

2

Attorney General may direct. Within thirty (30) days following the expiration of the petition period described in the 21 U.S.C. §853(n)(1), the Court shall hold a status conference with all petitioners present for the purpose of setting tentative dates for the ancillary hearings regarding the claims of the petitioners and determining whether such hearings should be consolidated pursuant to 21 U.S.C. §853(n)(4). Five (5) days prior to the hearing, which shall be set by separate order, all petitioners and the United States shall file a joint status report specifying their respective positions on the above matters.

It is further,

**ORDERED and ADJUDGED** that if no claims are filed within the petition period described in 21 U.S.C. §853(n)(2), upon the filing by the United States of a Notice of Publication the above described property shall be deemed forfeited and title vested in the United States of America in accordance with 21 U.S.C. §853(n)(7).

**DONE and ORDERED** at Fort Lauderdale, Florida this 16th day of April, 2001.

HONORABLE WILLIAM J. ZLOCH
CHIEF UNITED STATES DISTRICT JUDGE

cc: AUSA Bertha R. Mitrani
AUSA William H. Beckerleg, Jr.
Arthur Wallace, Esq.
(Counsel for Defendant)