UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

01 MAY 30 PM 3:06

CASE NO. 00-6175-CR-ZLOCH(s)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEN RICHARDS,

    Defendant.

_____/

## MOTION FOR FINAL ORDER OF FORFEITURE

The United States requests that this Court enter a final order of forfeiture pursuant to 21 U.S. §853(n)(7). In support, the United States submits that:

1. On April 16, 2001, this Court entered a judgment and preliminary order of forfeiture against the defendant's interest in:

    A. Approximately $21,000.00 in account no. 656-101281-006 in the name of KEN M. RICHARDS, at Morgan Stanley Dean Witter;

    B. Approximately $26,000.00 in account no. 706 608 13 in the name of KEN M. RICHARDS, at First Union National Bank;

    C. Approximately $15,800.00 in account no. 706 705 92 in the name of KEN M. RICHARDS, at First Union National Bank;

    D. 1996 Honda Accord LX, VIN# 1HGCD5634TA133974, titled to KEN M. RICHARDS;

    E. Approximately $1,000.00 in account no. 1050001412345 the name of KEN M. RICHARDS, at First Union National Bank;

      F.      The items listed in the "Inventory of Items Seized Under Authority of a Warrant" attached to the consent to forfeiture and stipulation of settlement filed with the court on January 16, 2001.

2.      On April 30, 2001, the notice of forfeiture regarding the entry of the preliminary order of forfeiture against the property in this matter was published in the Broward Daily Business Review, a newspaper of general circulation.

3.      Proof of the publication was filed with this Court on May 4, 2001.

4.      No person has filed a petition pursuant to the notice of forfeiture and the deadline to do so has expired. The United States is not aware of any other person or entity having a remaining interest in the property listed in paragraph one.

5.      The United States is entitled to a final order of forfeiture against the above-mentioned property in this matter pursuant to 21 U.S.C. §853(n)(7).

WHEREFORE, the United States requests that this Court enter the attached Final Order of Forfeiture against the property in this matter.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____

WILLIAM H. BECKERLEG, JR.
ASSISTANT U.S. ATTORNEY
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 356-7314, ext. 3614
FAX: (954) 356-7180
Bar No. A5500074

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the above and foregoing was mailed this 30th day of May, 2001, to Arthur L. Wallace, III, Esq., 515 N. Flagler Dr., FL. 3, West Palm Beach, FL 33401-4321.

WILLIAM H. BECKERLEG, JR.
ASSISTANT U.S. ATTORNEY