DEFENDANT: **RICHARDS, KEN M.**
CASE NUMBER: **00-6175-CR-ZLOCH**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 27 months.

☒ The Court makes the following recommendations to the Bureau of Prisons: a facility in Florida.

☒ **The defendant is remanded to the custody of the United States Marshal.**

☐ The defendant shall surrender to the United States Marshal for this district.

  ☐ at _____ a.m. / p.m. on _____

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:.

  ☐ before 2:00 p.m. on _____

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on 4-26-2001 to FCC Coleman-Low

at Coleman, FL, with a certified copy of this judgment.

R.D. Swope, Warden
~~UNITED STATES MARSHAL~~

By N. Qudrinks, UE
~~Deputy U.S. Marshal~~

269