**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO.00-6175-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEN M. RICHARDS,

    Defendants.
_____/

### RELEASE OF LIS PENDENS

**GRANTEE: KEN M. RICHARDS**

**TO:   ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER ANY OF THE DEFENDANT(S) AND/OR GRANTEE(S) any interest in the real property described hereinunder.**

Notice is hereby given that a certain lis pendens recorded in the Broward County land records on August 25, 2000, official records Book Number 30796 Page Number 0358 giving notice of the pendency of forfeiture proceedings in the United States District Court for the Southern District of Florida in the above-referenced case is hereby released and discharged.

This release of lis pendens relates to all that lot or parcel of land, together with its buildings, improvements, fixtures, attachments and easements, located at 2462 Sable Palm Drive, Miramar, Florida 33023 and more particularly described as:

Lot 3, Block 131, of Miramar Section 12, according to the Plat thereof, as recorded in Plat book 52, at Page 4, of the Public Records of Broward County, Florida.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
WILLIAM H. BECKERLEG, JR.
Assistant United States Attorney
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Fla. Bar No. A5500074
Tel: (954) 356-7314, ext. 3614
FAX: (954) 356-7180