**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6175-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEN M. RICHARDS,

    Defendant.

_____/

### NOTICE OF SERVICE OF JUDGMENT AND PRELIMINARY ORDER OF FORFEITURE

The United States hereby notifies the Court that the defendant properties were arrested and served with a copy of the Judgment and Preliminary Order of Forfeiture on June 6, 2001. See attached process receipt and return forms.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
WILLIAM H. BECKERLEG, JR.
ASSISTANT U.S. ATTORNEY
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 356-7314, ext. 3614
FAX: (954) 356-7180
Bar No. A5500074



# Department of the Treasury
*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 00-6175-CR-ZLOCH |
| DEFENDANT | TYPE OF PROCESS |
| KEN RICHARDS | Judgment & Preliminary Order of Forfeiture |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE
$26,000.00 in account no. 706-608-13 at First Union National Bank

**AT** ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)
4299 NW 36th St. Miami Springs, FL 33166

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

William H. Beckerleg, Jr.
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394

NUMBER OF PROCESS TO BE SERVED IN THIS CASE: 1
NUMBER OF PARTIES TO BE SERVED IN THIS CASE: 1
CHECK BOX IF SERVICE IS ON USA:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Please seize the aboce mentioned property/currency ASAP in accordance with law.
CATS I.D. # 00-USS-001195

Signature of Attorney or other Originator requesting service on behalf of [XX] PLAINTIFF [ ] DEFENDANT
William H. Beckerleg, Jr.
TELEPHONE NO: (954) 356-7314
DATE: 5-7-01

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated. 1 of 3
District of Origin No. 311
District to Serve No. S.FL
SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER
DATE: 6/6/01

I HEREBY CERTIFY AND RETURN THAT I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS" THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.
[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE:
Virgen Palenzuela, Assistant V.P. Fraud Investigation
[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode

ADDRESS (Complete only if different than shown above)
4299 NW 36th St.
Miami Springs, FL 33166

DATE OF SERVICE: 6/6/01
TIME OF SERVICE: 10:25  [X] AM  [ ] PM
SIGNATURE, TITLE AND TREASURY AGENCY: Special Agent U.S. Secret Service

**REMARKS:**

TD F 90-22.48 (6/96)

**WHITE COPY - RETURN TO COURT**



# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 00-6175-CR-ZLOCH |
| **DEFENDANT** | **TYPE OF PROCESS** |
| KEN RICHARDS | Judgment & Preliminary Order of Forfeiture |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE

$15,800.00 in account no. 706-705-92 at First Union National Bank

**AT** ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)

4299 NW 36th St. Miami Springs, FL 33166

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William H. Beckerleg, Jr.
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394

| | |
|---|---|
| NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
| NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 1 |
| CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Please seize the above mentioned property/currency ASAP in accordance with law.

CATS I.D.# 00-USS-001196

| Signature of Attorney or other Originator requesting service on behalf of | [x] PLAINTIFF [ ] DEFENDANT | TELEPHONE NO. | DATE |
|---|---|---|---|
| William H. Beckerleg, Jr. | | (954) 356-7314 | 5-7-01 |

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. | District of Origin | District to Serve | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER | DATE |
|---|---|---|---|---|
| 3 of 3 | No. 311 | No. SFL | | 6/6/01 |

I HEREBY CERTIFY AND RETURN THAT I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE:

Virgen Palenzuela Assistant V.P. Fraud Investigation

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode

| ADDRESS (Complete only if different than shown above) | DATE OF SERVICE | TIME OF SERVICE | [X] AM [ ] PM |
|---|---|---|---|
| 4299 NW 36th St. Miami Springs, FL 33166 | 6/6/01 | 10:25 | |

SIGNATURE, TITLE AND TREASURY AGENCY

Special Agent U.S. Secret Service

**REMARKS:**

TD F 90-22.48 (6/96)

**WHITE COPY - RETURN TO COURT**



# Department of the Treasury
*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 00-6175-CR-ZLOCH |
| DEFENDANT | TYPE OF PROCESS |
| KEN RICHARDS | Judgment & Preliminary Order of Forfeiture |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE
$21,000.00 in account no. 656-101281-006 at Morgan Stanley Dean Witter

**AT** ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
William H. Beckerleg, Jr.
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394

NUMBER OF PROCESS TO BE SERVED IN THIS CASE: 1
NUMBER OF PARTIES TO BE SERVED IN THIS CASE: 1
CHECK BOX IF SERVICE IS ON USA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers and Estimated Times Available For Service):
Please seize the above mentioned property/currency ASAP.
CATS I.D. # 00-USS-001194

Signature of Attorney or other Originator requesting service on behalf of [x] PLAINTIFF [ ] DEFENDANT
William H. Beckerleg, Jr.
TELEPHONE NO: (954) 356-7314
DATE: 5-7-01

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS: 6/5/01

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated. District of Origin No. 311  District to Serve No. S.FL.
SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER
DATE: 6/5/01

I HEREBY CERTIFY AND RETURN THAT I [X] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.
[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE: Barry Olfern, Senior V.P.
[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode

ADDRESS (Complete only if different than shown above):
911 E. Hallandale Beach Blvd.,
Hallandale Beach, FL 33009

DATE OF SERVICE: 6/5/01
TIME OF SERVICE: 10:38 [X] AM [ ] PM
SIGNATURE, TITLE AND TREASURY AGENCY: Special Agent U.S. Secret Service

REMARKS:

TD F 90-22.48 (6/96)



# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 00-6175-CR-ZLOCH |
| DEFENDANT | TYPE OF PROCESS |
| KEN RICHARDS | Judgment & Preliminary Order of Forfeiture |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE
$1,000.00 in account no. 1050001412345 at First Union National Bank

**AT** ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)
4299 NW 36th St, Miami Springs, FL 33166

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

William H. Beckerleg, Jr.
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394

| | |
|---|---|
| NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
| NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 1 |
| CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Please seize the above mentioned property/currency ASAP in accordance with law.

CATS I.D. # 00-USS-001197

Signature of Attorney or other Originator requesting service on behalf of [x] PLAINTIFF  [ ] DEFENDANT
William H. Beckerleg, Jr
TELEPHONE NO: (954) 356-7314
DATE: 5-7-01

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated. 2 of 3
District of Origin No. 311
District to Serve No. 5, FL
SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER
DATE: 6/6/01

I HEREBY CERTIFY AND RETURN THAT I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS" THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE
Virgen Palenzuela, Assistant V.P. Fraud Investigator

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode

ADDRESS (Complete only if different than shown above)
4299 NW 36th St
Miami Springs, FL 33166

| DATE OF SERVICE | TIME OF SERVICE | [X] AM |
|---|---|---|
| 6/6/01 | 10:25 | [ ] PM |

SIGNATURE, TITLE AND TREASURY AGENCY
Special Agent U.S. Secret Service

**REMARKS:**

TD F 90-22.48 (6/96)