**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6175-CR-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KEN M. RICHARDS,

        Defendant.

_____/

**NIGHT BOX FILED**
JUN 2 1 2001
CLERK, USDC/SD/FL/FTL

### NOTICE OF SERVICE OF JUDGMENT AND PRELIMINARY ORDER OF FORFEITURE

The United States hereby notifies the Court that the defendant properties were arrested and served with a copy of the Judgment and Preliminary Order of Forfeiture on June 6, 2001. See attached process receipt and return form.

        Respectfully submitted,

        GUY A. LEWIS
        UNITED STATES ATTORNEY

By: _____

        WILLIAM H. BECKERLEG, JR.
        ASSISTANT U.S. ATTORNEY
        500 E. Broward Blvd., Suite 700
        Fort Lauderdale, Florida 33394
        Tel: (954) 356-7314, ext. 3614
        FAX: (954) 356-7180
        Bar No. A5500074



# Department of the Treasury
### Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 00-6175-CR-ZLOCH |
| DEFENDANT | TYPE OF PROCESS |
| KEN RICHARDS | Judgment & Preliminary Order of Forfeiture |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE

1996 Honda Accord LX, VIN # 1HGCD5634TA133974, titled to KEN M. RICHARDS

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)

United STates Secret Service

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William H. Beckerleg, Jr.
500 East Broward Blvd., SUite 700
Fort Lauderdale, FL 33394

| NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
|---|---|
| NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 1 |
| CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers and Estimated Times Available For Service)

Please seize the above mentioned vehicle ASAP in accordance with law.

CATS I.D. # 00-USS-001198

Signature of Attorney or other Originator requesting service on behalf of [x] PLAINTIFF [ ] DEFENDANT

William H. Beckerlg, Jr.

TELEPHONE NO: (954) 356-7314
DATE: 5-7-01

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated. District of Origin: No ____ District to Serve: No ____

SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER    DATE

I HEREBY CERTIFY AND RETURN THAT I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN 'REMARKS' THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE:

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode

ADDRESS (Complete only if different than shown above)

DATE OF SERVICE    TIME OF SERVICE    [ ] AM  [ ] PM

SIGNATURE, TITLE AND TREASURY AGENCY    ATSAIC

**REMARKS:**
1996 Honda Accord LX VIN#1HGCD5634TA133974, Titled Ken M. Richards was seized on 06-06-01.

TD F 90-22.48 (6/96)