UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6175-CR-ZLOCH

UNITED STATES OF AMERICA,

Plaintiff,

vs.

KEN RICHARDS,

Defendant.
_____/

**FINAL ORDER OF FORFEITURE**

This matter is before the Court upon the Plaintiff's Motion For Entry of Final Order Of Forfeiture (DE 266). The Court has carefully reviewed said Motion and the entire Court file and is otherwise fully advised in the premises.

The Court notes that on April 30, 2001, the notice of forfeiture regarding the entry of the preliminary order of forfeiture against the property in this matter was published in the Broward Daily Business Review, a newspaper of general circulation, and Proof of Publication (DE 265) was filed with this Court on May 4, 2001. The Court further notes that no person has filed a petition pursuant to the said Notice of Forfeiture.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that the Plaintiff, United States of America's Motion For Entry Of Final Order Of Forfeiture (DE 266) be and the same is hereby **GRANTED**. Pursuant to 21 U.S.C. § 853, the following properties:

(a) approximately $21,000.00 in Account No. 656-101281-006 in the name of Ken M. Richards at Morgan Stanley Dean Witter;

(b) approximately $26,000.00 in Account No. 706 608 13 in the



name of Ken M. Richards at First Union National Bank;

(c) approximately $15,800.00 in Account No. 706 705 92 in the name of Ken M. Richards at First Union National Bank;

(d) a 1996 Honda Accord LX, VIN #1HGCD5634TA133974, titled to Ken M. Richards;

(e) approximately $1,000.00 in Account No. 1050001412345 in the name of Ken M. Richards at First Union National Bank; and

(f) the items listed in the "Inventory of Items Seized Under Authority of a Warrant" attached to the Consent to Forfeiture and Stipulation of Settlement filed with the Court on January 16, 2001 are hereby **CONDEMNED, FORFEITED** and **VESTED** to the United States of America, and shall be disposed by the United States Secret Service in accordance with law.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _26 th_ day of June, 2001.

                                        WILLIAM J. ZLOCH
                                        Chief United States District Judge

Copies furnished:

William H. Beckerleg, Jr., AUSA
For Plaintiff

Arthur Wallace, III, Esq.
For Defendant