**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

CLARENCE MADDOX
Court Administrator/Clerk of Court

CLERK, U.S. COURT OF APPEALS
Eleventh Judicial Circuit
56 Forsyth Street
Atlanta, Georgia    30303

Date: <u>August 10, 2001</u>
USDC # <u>00-6175-CR-WJZ</u>
USCA # <u>01-11928-EE</u>

IN RE: **USA v. Richards**

=====================================================================

### Certificate of Readiness and Transmittal of Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal.   The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

<u>2</u> Volumes of Pleadings
<u>2</u> Volumes of Transcripts

<u>X</u> Exhibits:

<u>1</u> PSI (sealed)

Judge <u>The Honorable William J. Zloch</u>

Sincerely,

Clarence Maddox, Court Administrator/Clerk,

By: _____
Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

_____
Signature

_____

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

                                                    BSS    CLOSED
                                                    APPEAL
                    U.S. District Court
            Southern District of Florida (FtLauderdale)

        CRIMINAL DOCKET FOR CASE #: 00-CR-6175-ALL

USA v. Richards, et al                              Filed: 06/22/00

Other Dkt # 0:00-m -04143

Case Assigned to:  Judge William J. Zloch

KEN M. RICHARDS (1) , DOB:         Jack Ross Blumenfeld
1/29/66 PRISONER# 55349-004          [term  11/21/00]
aka                                FTS 443-9716
Ken Richards                       [COR LD NTC cja]
     defendant                     2600 Douglas Road
  [term  03/30/01]                 Suite 911
                                   Coral Gables, FL 33134
                                   305-442-1731

                                   Arthur Louis Wallace, III
                                     [term  03/30/01]
                                   305-535-9957
                                   Suite 1501
                                   [COR LD NTC cja]
                                   3425 Collins Avenue
                                   Miami Beach, FL 33140

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U S. District Court
Southern District of Florida
By
                    Deputy Clerk
Date    8/10/01

Pending Counts:                    Disposition

18:371.F CONSPIRACY TO DEFRAUD     Imprisoned for a total term of
THE UNITED STATES                  27 months.  Supervised
(1s)                               Release for a term of three
                                   years.  Assessment of $100 and
                                   Restitution in the amount of
                                   $191,092.83.
                                   (1s)


Offense Level (opening): 4


Terminated Counts:                 Disposition

18:371.F CONSPIRACY TO DEFRAUD     Dismissed on the motion of the
THE UNITED STATES:                 United States.
Counterfeiting                     (1)
(1)

18:513B.F POSSESSION OF            Dismissed on the motion of the
COUNTERFEITING INSTRUMENTS         United States.

Proceedings include all events.                                    BSS
0:00cr6175-ALL USA v. Richards, et al                      CLOSED APPEAL

(2 - 21)                          (2 - 21)

18:513A.F UTTER FORGED AND         Dismissed on the motion of the
COUNTERFEIT SECURITY               United States.
(2s - 66s)                         (2s - 66s)

18:513B.F POSSESSION OF            Dismissed on the motion of the
COUNTERFEITING INSTRUMENTS         United States.
(22 - 43)                          (22 - 43)


Offense Level (disposition): 4



Complaints                         Disposition

18:371,513 and 1344 Conspired
to utter and possess
counterfeit securities with
intent to defraud
[ 0:00-m -4143 ]


========================

Proceedings include all events.                                                    BSS
0:00cr6175-ALL USA v. Richards, et al                                    CLOSED APPEAL

Case Assigned to:  Judge William J. Zloch

JUDY MARQUIS (2) , DOB:              Edward George Salantrie, Jr.
7/11/1970                              [term  12/08/00]
Prisoner#: 55384-004                 FTS 764-2590
     defendant                       954-523-2100
  [term  12/08/00]                   Suite 4F
                                     [COR LD NTC cja]
                                     633 SE 3rd Avenue
                                     Fort Lauderdale, FL 33301


Pending Counts:                          Disposition

18:371.F CONSPIRACY TO DEFRAUD       Five years reporting probation.
THE UNITED STATES                    The sentence imposed
(1s)                                 herein is to run concurrently
                                     with case no. 99-23044CF10A
                                     and 99-18798CF10A, 17th
                                     Judicial Circuit for Broward
                                     County.  Assessment of $ 100
                                     and Restitution in the amount
                                     of $ 24,180.94
                                     (1s)


Offense Level (opening): 4


Terminated Counts:                       Disposition

18:371.F CONSPIRACY TO DEFRAUD       Dismissed on the motion of the
THE UNITED STATES:                   United States.
Counterfeiting                       (1)
(1)

18:513B.F POSSESSION OF              Dismissed on the motion of the
COUNTERFEITING INSTRUMENTS           United States.
(2 - 21)                             (2 - 21)

18:513A.F UTTER FORGED AND           Dismissed on the motion of the
COUNTERFEIT SECURITY                 United States.
(2s - 10s)                           (2s - 10s)

18:513B.F POSSESSION OF              Dismissed on the motion of the
COUNTERFEITING INSTRUMENTS           United States.
(22 - 43)                            (22 - 43)


Offense Level (disposition): 4



Docket as of August 10, 2001 11:32 am            Page 3

```
Proceedings include all events.                              BSS
0:00cr6175-ALL USA v. Richards, et al            CLOSED APPEAL
```

Complaints:

    NONE


========================

Case Assigned to:  Judge William J. Zloch

```
PEGGY MEJIA (3) , DOB:           Michael Henry Bloom
3/22/1980                          [term  02/12/01]
Prisoner# 55391-004              FTS 285-0699
    defendant                     [COR LD NTC ret]
 [term  02/12/01]                Michael H. Bloom
                                 3225 Aviation Avenue
                                 Suite 300
                                 Coconut Grove, FL 33133
                                 305-859-7373
```

Pending Counts:                          Disposition

18:371.F CONSPIRACY TO DEFRAUD    Probation for a term of five
THE UNITED STATES                 years reporting probation.
(1s)                              Assessment of $100 and
                                  Restitution in the amount of
                                  $25,800.26
                                  (1s)


Offense Level (opening): 4


Terminated Counts:                       Disposition

18:371.F CONSPIRACY TO DEFRAUD    Dismissed on the motion of the
THE UNITED STATES:                United States.
Counterfeiting                    (1)
(1)

18:513A.F UTTER FORGED AND        Dismissed on the motion of the
COUNTERFEIT SECURITY              United States.
(11s - 20s)                       (11s - 20s)

18:513B.F POSSESSION OF           Dismissed on the motion of the
COUNTERFEITING INSTRUMENTS        United States.
(22 - 43)                         (22 - 43)


Offense Level (disposition): 4

Proceedings include all events.                                    BSS
0:00cr6175-ALL USA v. Richards, et al              CLOSED APPEAL

Complaints:

    NONE


=======================

Case Assigned to:  Judge William J. Zloch

DAVID HILL (4) , DOB: 9/5/1960        Sandra Elaine Mullgrav
Prisoner#: 51224-004                    [term  02/27/01]
aka                                     [COR LD NTC cja]
Miguel Ponce                            2699 Stirling Road
      defendant                         Suite B-301
  [term  02/27/01]                      Fort Lauderdale, FL 33312
                                        954-962-3330


Pending Counts:                         Disposition

18:371.F CONSPIRACY TO DEFRAUD          Imprisoned for a total term of
THE UNITED STATES                       21 months.   The sentence
(1)                                     imposed is to be served
                                        concurrently with the sentence
                                        imposed in the Southern
                                        District of Florida Case No.
                                        98-655-cr-Middlebrooks.
                                        Supervised Release for a term
                                        of 3  years.  Assessment of
                                        $100
                                        (1)


Offense Level (opening): 4


Terminated Counts:                      Disposition

18:513A.F UTTER FORGED AND              Dismissed on the motion of the
COUNTERFEIT SECURITY                    United States.
(45 - 60)                               (45 - 60)


Offense Level (disposition): 4



Complaints:

    NONE


=======================

Docket as of August 10, 2001 11:32 am              Page 5

Proceedings include all events.                              BSS
0:00cr6175-ALL USA v. Richards, et al              CLOSED APPEAL


Case Assigned to:  Judge William J. Zloch

ELIZABETH MAXIME (5) , DOB:        Public Defender
7/8/1953                            [term  10/03/00]
Prisoner#: 61921004                FTS 536-4559
     defendant                     305-530-7000
  [term  05/30/01]                 [COR LD NTC pda]
                                   Federal Public Defender's
                                   Office
                                   150 W Flagler Street
                                   Miami, FL 33130-1556
                                   305-530-7000

                                   Ana Maria Jhones
                                    [term  05/30/01]
                                   FTS 374-3414
                                   305-374-4919
                                   Suite 625
                                   [COR LD NTC cja]
                                   330 Biscayne Boulevard
                                   Miami, FL 33132


Pending Counts:                    Disposition

18:4.F WITHHOLDING INFORMATION     Probation for a term of three
ON A CRIME                         years reporting probation.
(1s)                               Joint and several restitution
                                   in the amount of $8,387.77 to
                                   the victim.  Assessment of $100
                                   (1s)


Offense Level (opening): 4


Terminated Counts:                 Disposition

18:371.F CONSPIRACY TO DEFRAUD
THE UNITED STATES
(1)

18:513A.F UTTER FORGED AND
COUNTERFEIT SECURITY
(23)

18:513A.F UTTER FORGED AND
COUNTERFEIT SECURITY
(31 - 35)


Offense Level (disposition): 4

Docket as of August 10, 2001 11:32 am              Page 6

Proceedings include all events.                                    BSS
0:00cr6175-ALL USA v. Richards, et al                    CLOSED APPEAL


Complaints:

    NONE

========================

Case Assigned to:  Judge William J. Zloch

MESCAL SMITH (6) , DOB:              Stuart Adelstein
12/17/1958                             [term  04/24/01]
Prisoner#: 61928004                  FTS 358-1926
     defendant                        [COR LD NTC cja]
  [term  04/24/01]                   Adelstein & Matters
                                     1435 South Miami Avenue
                                     Miami, FL 33130
                                     305-358-9222


Pending Counts:                          Disposition

18:371.F CONSPIRACY TO DEFRAUD       Reporting Probation for a term
THE UNITED STATES                    of five years.  Assessment
(1)                                  of $100 and Restitution of $23,
                                     669.29
                                     (1)


Offense Level (opening): 4


Terminated Counts:                       Disposition

18:513A.F UTTER FORGED AND           Dismissed on the motion of the
COUNTERFEIT SECURITY                 United States.
(36 - 44)                            (36 - 44)


Offense Level (disposition): 4



Complaints:

    NONE

========================


Docket as of August 10, 2001 11:32 am              Page 7

Proceedings include all events.                                    BSS
0:00cr6175-ALL USA v. Richards, et al                      CLOSED APPEAL

Case Assigned to:  Judge William J. Zloch

WALTER VERRA (7) , DOB:            David Jonathon Joffe
6/7/1955                            [term  02/02/01]
Prisoner#: 61922 004              FTS 446-5856
      defendant                    [COR LD NTC cja]
   [term  02/02/01]               David J. Joffe
                                  2900 Bridgeport Avenue
                                  Suite 401
                                  Coconut Grove, FL 33133
                                  305-446-5886


Pending Counts:                          Disposition

18:371.F CONSPIRACY TO DEFRAUD    Probation for a term of five
THE UNITED STATES                 years reporting probation.
(1)                               Assessment of $100
                                  (1)


Offense Level (opening): 4


Terminated Counts:                       Disposition

18:513A.F UTTER FORGED AND        Dismissed on the motion of the
COUNTERFEIT SECURITY              United States.
(61 - 66)                         (61 - 66)


Offense Level (disposition): 4



Complaints:

   NONE


========================

```
Proceedings include all events.                              BSS
0:00cr6175-ALL USA v. Richards, et al              CLOSED APPEAL
```

Case Assigned to:  Judge William J. Zloch

```
KELSA VIALVA (8) , DOB:        Alvin Ernest Entin
4/24/1977                        [term  02/27/01]
Prisoner#: 66401-004           FTS 767-8343
    defendant                  [COR LD NTC cja]
 [term  02/27/01]              Entin Margules & Della Fera
                               200 E Broward Boulevard
                               Suite 1210
                               Fort Lauderdale, FL 33301
                               954-761-7201
```

Pending Counts:                     Disposition

```
18:371.F CONSPIRACY TO DEFRAUD   Probation for a term of five
THE UNITED STATES                years reporting probation.
(1)                              Assessment of $100
                                 (1)
```

Offense Level (opening): 4

Terminated Counts:                  Disposition

```
18:513A.F UTTER FORGED AND       Dismissed on the motion of the
COUNTERFEIT SECURITY             United States.
(21 - 30)                        (21 - 30)
```

Offense Level (disposition): 4

Complaints:

   NONE

```
Proceedings include all events.                                    BSS
0:00cr6175-ALL USA v. Richards, et al               CLOSED APPEAL
```

KEN M. RICHARDS, also known as Ken Richards, DOB: 1/29/66
PRISONER# 55349-004

      defendant


========================

JUDY MARQUIS, DOB: 7/11/1970 Prisoner#: 55384-004

      defendant


========================

PEGGY MEJIA, DOB: 3/22/1980 Prisoner# 55391-004

      defendant


========================

DAVID HILL, also known as Miguel Ponce, DOB: 9/5/1960
Prisoner#: 51224-004

      defendant


========================

ELIZABETH MAXIME, DOB: 7/8/1953 Prisoner#: 61921004

      defendant


========================

MESCAL SMITH, DOB: 12/17/1958 Prisoner#: 61928004

      defendant


========================

WALTER VERRA, DOB: 6/7/1955 Prisoner#: 61922 004

      defendant


========================

KELSA VIALVA, DOB: 4/24/1977 Prisoner#: 66401-004

      defendant

```
Proceedings include all events.                                    BSS
0:00cr6175-ALL USA v. Richards, et al                      CLOSED APPEAL
```

========================

USA

        plaintiff

U. S. Attorneys:

  Bertha R. Mitrani
  FTS 356-7336
  954-356-7255
  [COR LD NTC]
  United States Attorney's Office
  500 E Broward Boulevard
  7th Floor
  Fort Lauderdale, FL 33394-3002
  954-356-7255

  PTS Officer
  FTS 769-5669
  954-769-5600
  [COR LD NTC]
  Pretrial Services Office
  299 E Broward Boulevard
  Suite 301
  Fort Lauderdale, FL 33301
  954-769-5600

  Probation Officer
  FTS 769-5566
  954-769-5500
  [COR LD NTC]
  United States Probation Office
  299 E Broward Boulevard
  Room 409
  Fort Lauderdale, FL 33301-1865
  954-769-5500

6/15/00   1    MOTION by Ken Richards to seal complaint
               [ 0:00-m -4143 ] (dd) [Entry date 06/16/00]

6/15/00   2    ORDER as to Ken Richards  granting [1-1] motion to seal
               complaint as to Ken Richards (1) ( Signed by Magistrate
               Barry S. Seltzer on 6/15/00) CCAP [EOD Date: 6/16/00] CCAP
               [ 0:00-m -4143 ] (dd) [Entry date 06/16/00]

6/15/00   3    SEALED COMPLAINT as to Ken Richards
               [ 0:00-m -4143 ] (dd) [Entry date 06/16/00]

6/15/00   4     ARREST WARRANT issued as to Ken Richards .    Warrant
               issued by Magistrate Barry S. Seltzer   Bail fixed at
               $250,000 Corp. Surety w/nebbia
               [ 0:00-m -4143 ] (dd) [Entry date 06/16/00]

6/16/00   --   Complaint unsealed as to Ken Richards
               [ 0:00-m -4143 ] (dd) [Entry date 06/19/00]

6/16/00   5    Minutes of initial appearance held on 6/16/00  before
               Magistrate Barry S. Seltzer as to Ken Richards ; Tape #:
               00-052
               [ 0:00-m -4143 ] (pb) [Entry date 06/21/00]

6/16/00   6    ORDER on Initial Appearance as to Ken Richards Bond set to
               $250,000 corporate surety . Report re counsel set for 11:00
               6/19/00 ; Preliminary examination set for 11:00 6/26/00 ;
               before Magistrate Judge Lurana S. Snow, ,  ( Signed by
               Magistrate Barry S. Seltzer on 6/16/00) Tape # 00-052
               [ 0:00-m -4143 ] (pb) [Entry date 06/21/00]

6/19/00   7    Minutes of inquiry re counsel held on 6/19/00  before
               Magistrate Judge Lurana S. Snow as to Ken Richards ;
               Defendant still has not retained counsel. Requested more
               time. reset for 6/21/00 for inquiry. Tape #: 00-028
               [ 0:00-m -4143 ] (pb) [Entry date 06/21/00]

6/19/00   8     ARREST WARRANT Returned Executed as to Ken Richards on
               6/16/00
               [ 0:00-m -4143 ] (dd) [Entry date 06/21/00]

6/20/00   9    REPORT Commencing Criminal Action as to Ken Richards  DOB:
               1/29/66   Prisoner # 55349-004
               [ 0:00-m -4143 ] (dd) [Entry date 06/21/00]

6/21/00   10   Minutes of Inquiry re Counsel held on 6/21/00  before
               Magistrate Judge Lurana S. Snow as to Ken Richards ;
               Defendant sworn for counsel-not eligible for FPD-hearing
               reset 6/23/00. Court Reporter Name or Tape #: 00-030
               [ 0:00-m -4143 ] (dd) [Entry date 06/21/00]

Proceedings include all events.                                    BSS
0:00cr6175-ALL USA v. Richards, et al   Bee. Vol. 1           CLOSED APPEAL

6/22/00  (1)   INDICTMENT as to Ken Richards (1) count(s) 1, 2-21, 22-43,
               Judy Marquis (2) count(s) 1, 2-21, 22-43, Peggy Mejia (3)
               count(s) 1, 22-43 (Criminal Category 2) (Preliminary
               Examination cancelled.) (dd) [Entry date 06/23/00]

6/22/00  --    Magistrate identification:  Magistrate Judge Barry S.
               Seltzer (dd) [Entry date 06/23/00]

6/22/00  12    Arrest WARRANT issued as to Judy Marquis .    Warrant
               issued by Magistrate Judge Lurana S. Snow   Bail fixed at
               250,000 Corporate Surety Bond (lh) [Entry date 06/26/00]

6/22/00  13    Arrest WARRANT issued as to Peggy Mejia .    Warrant
               issued by Magistrate Judge Lurana S. Snow   Bail fixed at $
               50,000 10% Bond (lh) [Entry date 06/26/00]

6/23/00  (14)  Minutes of Inq Re Cnsl/Arraignment held on 6/23/00  before
               Magistrate Judge Lurana S. Snow as to Ken M. Richards ;
               Court Reporter Name or Tape #: 00-033 1574-1668 LSS (lh)
               [Entry date 06/27/00]

6/26/00  --    ARREST of Judy Marquis (lh) [Entry date 06/28/00]

6/26/00  16    ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
               as to Judy Marquis   Status conference set for 11:00
               7/11/00 for Judy Marquis   before Magistrate Barry S.
               Seltzer ( Signed by Magistrate Judge Lurana S. Snow on
               6/26/00) CCAP [EOD Date: 6/28/00]  CCAP (lh)
               [Entry date 06/28/00]

6/26/00  17    STANDING DISCOVERY ORDER as to Judy Marquis   all motions
               concerning matters not covered by this order must be filed
               within 28 days of this order ( Signed by Magistrate Judge
               Lurana S. Snow on 6/26/00)  Tape # 00-034  CCAP (lh)
               [Entry date 06/28/00]

6/26/00  18    Minutes of Bond Hearing held on 6/26/00  before Magistrate
               Judge Lurana S. Snow as to Ken M. Richards ;  Court
               Reporter Name or Tape #: 00-035 266-650 LSS (lh)
               [Entry date 06/28/00]

6/26/00  19    Minutes of Initial appearance held on 6/26/00  before
               Magistrate Judge Lurana S. Snow as to Judy Marquis ;  Court
               Reporter Name or Tape #: 00-034 2170-2462/2479 LSS (lh)
               [Entry date 06/28/00]

6/26/00  21    ORDER on Initial Appearance as to Judy Marquis Bond set to
               $50,000 Personal Surety for Judy Marquis., for appointment
               of counsel, ,  ( Signed by Magistrate Judge Lurana S.
               Snow  on 6/26/00)  Tape # 00-034 CCAP (lh)
               [Entry date 06/29/00]

```
Proceedings include all events.                                      BSS
0:00cr6175-ALL USA v. Richards, et al     Vol. 1 Cont.        CLOSED APPEAL
```

| 6/26/00 | 22 | ARRAIGNMENT INFORMATION SHEET for Judy Marquis (2) count(s) 1, 2-21, 22-43   NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (lh) [Entry date 06/29/00] |
|---|---|---|
| 6/26/00 | 23 | APPEARANCE BOND entered by Judy Marquis  in  Amount $ 50,000 personal surety   Approved by Magistrate Judge Lurana S. Snow .  Report to PTS as follows: as directed Additional conditions: travel extended to orlando (MD/FL)-cosigned by one parent (lh) [Entry date 06/29/00] |
| 6/27/00 | 15 | Arrest WARRANT Returned Executed as to Judy Marquis on 6/26/00 (lh) [Entry date 06/28/00] |
| 6/27/00 | 20 | REPORT Commencing Criminal Action as to Judy Marquis  DOB: 7/11/70  Prisoner # 55384-004 (lh) [Entry date 06/29/00] |
| 6/29/00 | 24 | REPORT Commencing Criminal Action as to Peggy Mejia  DOB: 3/22/80  Prisoner # 55391-004 (lh) [Entry date 07/03/00] |
| 6/29/00 | 25 | NOTICE of Appearance for Peggy Mejia by Attorney Michael Henry Bloom (lh) [Entry date 07/03/00] |
| 6/29/00 | 26 | ORDER on Initial Appearance as to Peggy Mejia   Arraignment set for 11:00 7/10/00 for Peggy Mejia ; Report re counsel set for 11:00 7/10/00 for Peggy Mejia ;   before Magistrate Barry S. Seltzer, ,  ( Signed by Magistrate Judge Lurana S. Snow  on 6/29/00)   Tape # 00-036 & 037 CCAP (lh) [Entry date 07/03/00] |
| 6/29/00 | 27 | APPEARANCE BOND entered by Peggy Mejia  in  Amount $ 25,000 10% Receipt # 401 519802   Approved by Magistrate Judge Lurana S. Snow .   Surrender passports/travel documents; Report to PTS as follows: as directed (lh) [Entry date 07/03/00] |
| 6/29/00 | 28 | APPEARANCE BOND entered by Peggy Mejia  in  Amount $ 50,000 personal surety   Approved by Magistrate Judge Lurana S. Snow . (lh) [Entry date 07/03/00] |
| 6/29/00 | 29 | Minutes of I/A on indictment held on 6/29/00  before Magistrate Judge Lurana S. Snow as to Peggy Mejia ;  Court Reporter Name or Tape #: FTL/LSS #00-036/037 3608-154 (lh) [Entry date 07/03/00] |
| 6/29/00 | -- | ARREST of Peggy Mejia (lh) [Entry date 07/03/00] |
| 6/30/00 | 30 | Arrest WARRANT Returned Executed as to Peggy Mejia on 6/29/00 (lh) [Entry date 07/03/00] |
| 7/3/00 | 31 | COSIGNATURE PAGE TO BOND/AMENDMENT as to Judy Marquis  to: [28-1] bond (lh) [Entry date 07/05/00] |

| | | |
|---|---|---|
| 7/7/00 | 32 | Minutes of inquiry re counsel/arraignment held on 7/7/00 before Magistrate Barry S. Seltzer as to Ken M. Richards ; Court Reporter Name or Tape #: 00-054 2700-2774 pg#3 BSS (lh) [Entry date 07/10/00] |
| 7/10/00 | 33 | NOTICE of Appearance for Peggy Mejia by Attorney Michael H. Bloom (lh) [Entry date 07/11/00] |
| 7/10/00 | 34 | ARRAIGNMENT INFORMATION SHEET for Peggy Mejia (3) count(s) 1, 22-43   NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (lh) [Entry date 07/11/00] |
| 7/10/00 | 35 | ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS as to Peggy Mejia   Status conference set for 11:00 7/27/00 for Peggy Mejia   before Magistrate Barry S. Seltzer ( Signed by Magistrate Barry S. Seltzer on 7/10/00) CCAP [EOD Date: 7/11/00]  CCAP (lh) [Entry date 07/11/00] |
| 7/10/00 | 36 | STANDING DISCOVERY ORDER as to Peggy Mejia   all motions concerning matters not covered by this order must be filed within 28 days of this order ( Signed by Magistrate Barry S. Seltzer on 7/10/00)  CCAP (lh) [Entry date 07/11/00] |
| 7/10/00 | 37 | Minutes of inquiry re counsel/arraignment held on 7/10/00 before Magistrate Barry S. Seltzer as to Peggy Mejia ; Court Reporter Name or Tape #: 00-055 1163-1276 pg#7 BSS (lh) [Entry date 07/11/00] |
| 7/11/00 | 38 | STATUS REPORT ORDER as to Judy Marquis  . ( Signed by Magistrate Barry S. Seltzer on 7/11/00) CCAP [EOD Date: 7/12/00]  CCAP (lh) [Entry date 07/12/00] |
| 7/11/00 | 39 | Minutes of status conference held on 7/11/00  before Magistrate Barry S. Seltzer as to Judy Marquis ;  Court Reporter Name or Tape #: 00-055 2743-2777 pg#3 BSS (lh) [Entry date 07/12/00] |
| 7/11/00 | -- | Status conference as to Judy Marquis  held (lh) [Entry date 07/12/00] |
| 7/17/00 | 40 | Minutes of arraignment on 7/17/00 which was continued to 7/24/00  before Magistrate Judge Lurana S. Snow as to Ken M. Richards ;  Court Reporter Name or Tape #: 00-130 (dp) [Entry date 07/18/00] |
| 7/24/00 | 41 | Minutes of inquiry re counsel/arraignment held on 7/24/00 before Magistrate Barry S. Seltzer as to Ken M. Richards ; Court Reporter Name or Tape #: 00-58 (lh) [Entry date 07/25/00] |
| 7/25/00 | 42 | CJA 20 as to Ken M. Richards : Appointment of Attorney Jack Ross Blumenfeld ( Signed by Magistrate Barry S. Seltzer  on 7/25/00) (lh) [Entry date 07/26/00] |

Docket as of August 10, 2001 11:32 am            Page 15

7/25/00  43    Minutes of status conference held on 7/25/00  before
               Magistrate Barry S. Seltzer as to Peggy Mejia ;   Court
               Reporter Name or Tape #: 00-059 BSS (lh)
               [Entry date 07/26/00]

7/25/00  --    Status conference as to Peggy Mejia  held (lh)
               [Entry date 07/26/00]

7/26/00  44    STATUS REPORT ORDER as to Peggy Mejia  . ( Signed by
               Magistrate Barry S. Seltzer on 7/25/00) CCAP [EOD Date:
               7/27/00]   CCAP (lh)  [Entry date 07/27/00]

7/27/00  45    ARRAIGNMENT INFORMATION SHEET for Ken M. Richards (1)
               count(s) 1, 2-21, 22-43   NOT GUILTY PLEA ENTERED as to all
               counts. Court accepts plea. (lh) [Entry date 07/31/00]

7/27/00  46    ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
               as to Ken M. Richards   Status conference set for 11:00
               8/18/00 for Ken M. Richards   before Magistrate Barry S.
               Seltzer ( Signed by Magistrate Barry S. Seltzer on 7/27/00)
               CCAP [EOD Date: 7/31/00]  CCAP (lh) [Entry date 07/31/00]

7/27/00  47    STANDING DISCOVERY ORDER as to Ken M. Richards    all
               motions concerning matters not covered by this order must
               be filed within 28 days of this order ( Signed by
               Magistrate Barry S. Seltzer on 7/27/00)  CCAP (lh)
               [Entry date 07/31/00]

7/27/00  48    NOTICE of Hearing as to Ken M. Richards, Judy Marquis,
               Peggy Mejia :  setting calendar call for 9:00 9/11/00 for
               Ken M. Richards, for Judy Marquis, for Peggy Mejia   before
               Judge William J. Zloch,  setting Jury trial for 9/12/00
               for Ken M. Richards, for Judy Marquis, for Peggy Mejia (lh)
               [Entry date 07/31/00]

7/27/00  49    ORDER RE: Trial Instructions as to Ken M. Richards, Judy
               Marquis, Peggy Mejia   ( Signed by Judge William J. Zloch
               on 7/27/00) CCAP [EOD Date: 7/31/00]   CCAP (lh)
               [Entry date 07/31/00]

7/27/00  50    Minutes of arraignment held on 7/27/00  before Magistrate
               Barry S. Seltzer as to Ken M. Richards ;   Court Reporter
               Name or Tape #: 00-060 BSS (lh) [Entry date 07/31/00]

7/31/00  51    NOTICE of Hearing as to Ken M. Richards :   continued
               status conference for 9:30 8/18/00 for Ken M. Richards (lh)
               [Entry date 08/01/00]

8/2/00   52    RESPONSE to Standing Discovery Order by USA  as to Ken M.
               Richards, Judy Marquis, Peggy Mejia (lh)
               [Entry date 08/04/00]

8/3/00   53    RESPONSE to Standing Discovery Order by USA  as to Ken M.
               Richards, Judy Marquis, Peggy Mejia (lh)

```
Proceedings include all events.                                              BSS
0:00cr6175-ALL USA v. Richards, et al    Vol. 1 cont.         CLOSED APPEAL
```

[Entry date 08/07/00]

8/9/00    (54)    RESPONSE to Standing Discovery Order by USA  as to Ken M.
                  Richards, Judy Marquis, Peggy Mejia (lh)
                  [Entry date 08/10/00]

8/15/00   (55)    ORDER as to Ken M. Richards, Judy Marquis, Peggy Mejia to
                  Insure an orderly discovery process ( Signed by Judge
                  William J. Zloch on 8/15/00) CCAP [EOD Date: 8/16/00] CCAP※
                  (lh) [Entry date 08/16/00]

8/18/00   (56)    Minutes of status conference held on 8/18/00  before
                  Magistrate Judge Lurana S. Snow as to Ken M. Richards ;
                  Court Reporter Name or Tape #: 00-044 @1 (lh)
                  [Entry date 08/21/00]

8/18/00   --      Status conference as to Ken M. Richards  held (lh)
                  [Entry date 08/21/00]

8/21/00   (57)    STATUS REPORT ORDER as to Ken M. Richards  . ( Signed by
                  Magistrate Judge Lurana S. Snow on 8/21/00) CCAP [EOD Date:
                  8/22/00]  CCAP (lh) [Entry date 08/22/00]

8/24/00   (58)    EX PARTE MOTION with Memorandum in Support by USA  as to
                  Ken M. Richards, Judy Marquis, Peggy Mejia for protective
                  order (dp) [Entry date 08/25/00]

8/24/00   (59)    NOTICE OF LIS PENDENS by USA as to Ken M. Richards, Judy
                  Marquis, Peggy Mejia  re: 2462 Sable Palm Dr. Miramar, F.
                  (dp) [Entry date 08/25/00]

8/24/00   (60)    SUPERSEDING INDICTMENT as to  David Hill (4) count(s) 1,
                  45-60, Elizabeth Maxime (5) count(s) 1, 23, 31-35, Mescal
                  Smith (6) count(s) 1, 36-44, Walter Verra (7) count(s) 1,
                  61-66, Kelsa Vialva (8) count(s) 1, 21-30,  Ken M.
                  Richards (1) count(s) 1s, 2s-66s, Judy Marquis (2) count(s)
                  1s, 2s-10s, Peggy Mejia (3) count(s) 1s, 11s-20s (Criminal
                  Category 2) (jl) [Entry date 08/29/00]

8/24/00   61      Arrest WARRANT issued as to David Hill .   Warrant
                  issued by Magistrate Judge Lurana S. Snow   Bail fixed at
                  50,000 Corporate (jl) [Entry date 08/29/00]

8/24/00   62      Arrest WARRANT issued as to Elizabeth Maxime .   Warrant
                  issued by Magistrate Judge Lurana S. Snow   Bail fixed at
                  25,000 Corporate (jl) [Entry date 08/29/00]

8/24/00   63      Arrest WARRANT issued as to Mescal Smith .   Warrant
                  issued by Magistrate Judge Lurana S. Snow   Bail fixed at
                  25.000 Corporate (jl) [Entry date 08/29/00]

8/24/00   64      Arrest WARRANT issued as to Walter Verra .   Warrant
                  issued by Magistrate Judge Lurana S. Snow   Bail fixed at
                  50,000 Corporate (jl) [Entry date 08/29/00]
```

Proceedings include all events.                                      BSS
0:00cr6175-ALL USA v. Richards, et al    Vol. 1 Cont.        CLOSED APPEAL

---

8/24/00  65      Arrest WARRANT issued as to Kelsa Vialva .   Warrant
                 issued by Magistrate Judge Lurana S. Snow   Bail fixed at
                 50,000 10 % Cash (jl) [Entry date 08/29/00]

8/25/00  (66)    ORDER as to Ken M. Richards, Judy Marquis, Peggy Mejia,
                 David Hill, Elizabeth Maxime, Mescal Smith, Walter Verra,
                 Kelsa Vialva  granting [58-1] motion for protective order
                 as to Ken M. Richards (1), Judy Marquis (2), Peggy Mejia
                 (3) ( Signed by Judge William J. Zloch on 8/25/00) CCAP
                 [EOD Date: 8/29/00] CCAP※ (jl) [Entry date 08/29/00]

8/29/00  (67)    MOTION by Ken M. Richards to continue trial (lh)
                 [Entry date 08/29/00]

8/29/00  (68)    ARRAIGNMENT INFORMATION SHEET for Ken M. Richards (1)
                 count(s) 2s-66s, 1s    NOT GUILTY PLEA ENTERED as to all
                 counts. Court accepts plea. (lh) [Entry date 08/30/00]

8/29/00  (69)    ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                 as to Ken M. Richards ( Signed by Magistrate Barry S.
                 Seltzer on 8/29/00) CCAP [EOD Date: 8/30/00]  CCAP (lh)
                 [Entry date 08/30/00]

8/29/00  (70)    STANDING DISCOVERY ORDER as to Ken M. Richards   all
                 motions concerning matters not covered by this order must
                 be filed within 28 days of this order ( Signed by
                 Magistrate Barry S. Seltzer on 8/29/00)  CCAP (lh)
                 [Entry date 08/30/00]

8/29/00  (71)    Minutes of arraignment on SS held on 8/29/00  before
                 Magistrate Barry S. Seltzer as to Ken M. Richards ;  Court
                 Reporter Name or Tape #: 00-068 pg# 4 570- (lh)
                 [Entry date 08/30/00]

9/8/00   72      NOTICE of Hearing as to Judy Marquis :  set Change of Plea
                 Hearing for 9:30 9/18/00 for Judy Marquis (lh)
                 [Entry date 09/11/00]

9/11/00  73      NOTICE of Hearing as to Peggy Mejia :  set Change of Plea
                 Hearing for 3:00 9/27/00 for Peggy Mejia (lh)
                 [Entry date 09/11/00]

9/11/00  (74)    Speedy Trial Report by USA  as to Ken M. Richards, Judy
                 Marquis, Peggy Mejia (lh) [Entry date 09/12/00]

9/11/00  (75)    Minutes of calendar call held on 9/11/00  before Judge
                 William J. Zloch as to Ken M. Richards ;  Court Reporter
                 Name or Tape #: Carl Schanzleh (lh) [Entry date 09/12/00]

Docket as of August 10, 2001 11:32 am                    Page 18

Proceedings include all events.                                          BSS
0:00cr6175-ALL USA v. Richards, et al      \...\ cont.       CLOSED APPEAL

9/12/00  (76)   ORDER as to Ken M. Richards  granting [67-1] motion to
                continue trial as to Ken M. Richards (1) terminated
                deadlines,  resetting Jury trial for 9:30 11/7/00 for Ken
                M. Richards,  set calendar call for 9:00 11/6/00 for Ken
                M. Richards, to Continue in Interest of Justice ( Signed
                by Judge William J. Zloch on 9/12/00) CCAP [EOD Date:
                9/12/00] CCAP※ (1h) [Entry date 09/12/00]

9/12/00  (77)   MOTION by Ken M. Richards to Reduce Bond (1h)
                [Entry date 09/13/00]

9/13/00  78     NOTICE of Hearing as to Judy Marquis :  set Change of Plea
                Hearing for 3:00 9/27/00 for Judy Marquis (1h)
                [Entry date 09/14/00]

9/13/00  (79)   ORDER as to Ken M. Richards Government shall respond to
                motion to reduce bond on or before 9/22/00 ( Signed by
                Magistrate Judge Lurana S. Snow on 9/13/00) CCAP [EOD Date:
                9/15/00] CCAP※ (jl) [Entry date 09/15/00]

9/22/00  80     ARRAIGNMENT INFORMATION SHEET for Peggy Mejia (3) count(s)
                1s, 11s-20s   NOT GUILTY PLEA ENTERED as to all counts.
                Court accepts plea. (1h) [Entry date 09/25/00]

9/22/00  81     ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                as to Peggy Mejia ( Signed by Magistrate Judge Lurana S.
                Snow on 9/22/00) CCAP [EOD Date: 9/25/00]  CCAP (1h)
                [Entry date 09/25/00]

9/22/00  82     STANDING DISCOVERY ORDER as to Peggy Mejia   all motions
                concerning matters not covered by this order must be filed
                within 28 days of this order ( Signed by Magistrate Judge
                Lurana S. Snow on 9/22/00)  CCAP (1h) [Entry date 09/25/00]

9/22/00  83     Minutes of arraignment on superseding held on 9/22/00
                before Magistrate Judge Lurana S. Snow as to Peggy Mejia ;
                Court Reporter Name or Tape #: FTL 00-050 (1h)
                [Entry date 09/25/00]

9/22/00  (90)   RESPONSE by USA  as to Ken M. Richards re [77-1] motion to
                Reduce Bond (1h) [Entry date 09/26/00]

9/25/00  84     ARRAIGNMENT INFORMATION SHEET for Judy Marquis (2) count(s)
                1s, 2s-10s   NOT GUILTY PLEA ENTERED as to all counts.
                Court accepts plea. (1h) [Entry date 09/26/00]

9/25/00  85     Plea Agreement as to Judy Marquis (1h) [Entry date 09/26/00]

9/25/00  86     Minutes of change of plea hearing held on 9/25/00  before
                Judge William J. Zloch as to Judy Marquis ; GUILTY: Judy
                Marquis (2) count(s) 1s  Court Reporter Name or Tape #:
                Carl Schanzleh (1h) [Entry date 09/26/00]

Docket as of August 10, 2001 11:32 am              Page 19

9/25/00    87    Minutes of arraignment on ss held on 9/25/00  before
                 Magistrate Barry S. Seltzer as to Judy Marquis ;  Court
                 Reporter Name or Tape #: 00-072 2661-2714 pg# 11 (1h)
                 [Entry date 09/26/00]

9/25/00    88    Minutes of initial appearance held on 9/25/00  before
                 Magistrate Barry S. Seltzer as to Kelsa Vialva ;  Court
                 Reporter Name or Tape #: 00-072 2719-2754 pg# 12 (1h)
                 [Entry date 09/26/00]

9/25/00    89    NOTICE of Hearing as to Judy Marquis :  setting Sentencing
                 for 10:00 12/8/00 for Judy Marquis (1h)
                 [Entry date 09/26/00]

9/28/00    --    ARREST of Elizabeth Maxime, Walter Verra (1h)
                 [Entry date 10/03/00]

9/29/00    91    ORDER on Initial Appearance as to Kelsa Vialva Bond set to
                 $ 5,000 Corp Surety for Kelsa Vialva., for Appointment of
                 Attorney, ,  ( Signed by Magistrate Barry S. Seltzer
                 on 9/29/00)  Tape # 00-075 CCAP (1h) [Entry date 10/02/00]

9/29/00    92    ARRAIGNMENT INFORMATION SHEET for Kelsa Vialva (8) count(s)
                 1, 21-30   NOT GUILTY PLEA ENTERED as to all counts. Court
                 accepts plea. (1h) [Entry date 10/02/00]

9/29/00    93    ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                 as to Kelsa Vialva    Status conference set for 11:00
                 10/13/00 for Kelsa Vialva    before Magistrate Judge Lurana
                 S. Snow ( Signed by Magistrate Barry S. Seltzer on 9/29/00)
                 CCAP [EOD Date: 10/2/00]  CCAP (1h) [Entry date 10/02/00]

9/29/00    94    STANDING DISCOVERY ORDER as to Kelsa Vialva   all motions
                 concerning matters not covered by this order must be filed
                 within 28 days of this order ( Signed by Magistrate Barry
                 S. Seltzer on 9/25/00)  CCAP (1h) [Entry date 10/02/00]

9/29/00    95     APPEARANCE BOND entered by Kelsa Vialva  in  Amount $
                 5,000 Corporate Surety (Surety Information: American
                 Bankers , Roy Zeylock , 1575 N.W. 14 St., Miami FL.)
                 Approved by Magistrate Barry S. Seltzer .  Surrender
                 passports/travel documents;  Report to PTS as follows: as
                 directed  Random urine testing; Treatment as deemed
                 necessary Full-time employment;    Avoid victims/witnesses;
                 No firearms/weapons;  Additional conditions: Travel: SD/FL
                 reside at current address, no illegal drugs or excessive
                 alcohol (1h) [Entry date 10/02/00]

9/29/00    96    Minutes of initial appearance held on 9/29/00  before
                 Magistrate Barry S. Seltzer as to Kelsa Vialva ;  Court
                 Reporter Name or Tape #: 00-075 1251-1881 pg# 7 (1h)
                 [Entry date 10/02/00]

Proceedings include all events.
0:00cr6175-ALL USA v. Richards, et al   Vol. 1 cont.                                    BSS
                                                                              CLOSED APPEAL

9/29/00  (97)    SUPPLEMENT by Ken M. Richards  to: [77-1] motion to Reduce
                 Bond (1h) [Entry date 10/02/00]

10/2/00  98      CJA 20 as to Kelsa Vialva : Appointment of Attorney Alvin
                 Ernest Entin ( Signed by Magistrate Barry S. Seltzer  on
                 9/29/00) (1h) [Entry date 10/02/00]

10/2/00  99      REPORT Commencing Criminal Action as to Kelsa Vialva  DOB:
                 4/24/1977  Prisoner # 66401-004 (1h) [Entry date 10/02/00]

10/2/00  100     Arrest WARRANT Returned Executed as to Walter Verra on
                 9/28/00 (1h) [Entry date 10/03/00]

10/2/00  101     Arrest WARRANT Returned Executed as to Elizabeth Maxime on
                 9/28/00 (1h) [Entry date 10/03/00]

10/2/00  102     Arrest WARRANT Returned Executed as to Kelsa Vialva on
                 9/29/00 (1h) [Entry date 10/03/00]

10/2/00  103     CJA 20 as to Elizabeth Maxime : Appointment of Attorney Ana
                 Maria Jhones ( Signed by Magistrate Barry S. Seltzer  on
                 10/2/00) (1h) [Entry date 10/03/00]

10/2/00  (104)   ORDER as to Ken M. Richards  denying [77-1] motion to
                 Reduce Bond as to Ken M. Richards (1) ( Signed by
                 Magistrate Judge Lurana S. Snow on 10/2/00) CCAP [EOD Date:
                 10/3/00] CCAP (1h) [Entry date 10/03/00]

10/2/00  112     ARRAIGNMENT INFORMATION SHEET for Mescal Smith (6) count(s)
                 1, 36-44   NOT GUILTY PLEA ENTERED as to all counts. Court
                 accepts plea. (jl) [Entry date 10/06/00]

10/2/00  117     ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                 as to Mescal Smith   Status conference set for 11:00
                 10/17/00 for Mescal Smith   before Magistrate Judge Lurana
                 S. Snow ( Signed by Magistrate Barry S. Seltzer on 10/2/00)
                 CCAP [EOD Date: 10/6/00]  CCAP (jl) [Entry date 10/06/00]

10/2/00  119     STANDING DISCOVERY ORDER as to Mescal Smith   all motions
                 concerning matters not covered by this order must be filed
                 within 28 days of this order ( Signed by Magistrate Barry
                 S. Seltzer on 10/2/00)  CCAP (jl) [Entry date 10/06/00]

10/2/00  120     NOTICE of Hearing as to Mescal Smith, Kelsa Vialva :
                 setting calendar call for 9:00 11/6/00 for Mescal Smith,
                 for Kelsa Vialva   before Judge William J. Zloch, set
                 Jury trial for 11/7/00 for Mescal Smith, for Kelsa Vialva
                 (jl) [Entry date 10/06/00]

10/2/00  121     ORDER RE: Trial Instructions as to Mescal Smith, Kelsa
                 Vialva   ( Signed by Judge William J. Zloch on 10/2/00)
                 CCAP [EOD Date: 10/6/00]   CCAP (jl) [Entry date 10/06/00]

Help

Proceedings include all events.                                           BSS
0:00cr6175-ALL USA v. Richards, et al    Vol. 1 cont.           CLOSED APPEAL

10/3/00   116    ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                 as to Elizabeth Maxime    Status conference set for 11:00
                 10/18/00 for Elizabeth Maxime    before Magistrate Judge
                 Lurana S. Snow ( Signed by Magistrate Barry S. Seltzer on
                 10/3/00) CCAP [EOD Date: 10/6/00]   CCAP (jl)
                 [Entry date 10/06/00]

10/3/00   118    STANDING DISCOVERY ORDER as to Elizabeth Maxime    all
                 motions concerning matters not covered by this order must
                 be filed within 28 days of this order ( Signed by
                 Magistrate Barry S. Seltzer on 10/3/00)   CCAP (jl)
                 [Entry date 10/06/00]

10/3/00   123    ORDER GRANTING ORAL MOTION TO WITHDRAW as to Elizabeth
                 Maxime for Federal Public Defender to withdraw as attorney
                 (Terminated: attorney Public Defender for Elizabeth Maxime
                 ( Signed by Magistrate Barry S. Seltzer on 10/3/00) CCAP
                 [EOD Date: 10/6/00] CCAP (jl) [Entry date 10/06/00]

10/3/00   124    Minutes of arraignment held on 10/3/00  before Magistrate
                 Barry S. Seltzer as to Elizabeth Maxime ;  Court Reporter
                 Name or Tape #: 00-076 2090-  pg# 2 (jl)
                 [Entry date 10/06/00]

10/4/00   105     Arrest WARRANT Returned Executed as to Mescal Smith on
                 9/28/00 (lh) [Entry date 10/05/00]

10/4/00   --     ARREST of Mescal Smith (lh) [Entry date 10/05/00]

10/6/00   125    NOTICE of Appearance for Elizabeth Maxime by Attorney Ana
                 M. Jhones (aj) [Entry date 10/10/00]

10/12/00 126     MOTION by Mescal Smith to continue trial date (lh)
                 [Entry date 10/13/00]

10/13/00 127     ARRAIGNMENT INFORMATION SHEET for Walter Verra (7) count(s)
                 1, 61-66    NOT GUILTY PLEA ENTERED as to all counts. Court
                 accepts plea. (lh) [Entry date 10/16/00]

10/13/00 128      APPEARANCE BOND entered by Walter Verra  in  Amount $
                 50,000 PSB    Approved by Magistrate Judge Lurana S. Snow .
                 Report to PTS as follows: as directed  Additional
                 conditions: cosigned by Papito Rigby (lh)
                 [Entry date 10/16/00]

10/13/00 129     ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                 as to Walter Verra ( Signed by Magistrate Judge Lurana S.
                 Snow on 10/13/00) CCAP [EOD Date: 10/16/00]   CCAP (lh)
                 [Entry date 10/16/00]

10/13/00 130     STANDING DISCOVERY ORDER as to Walter Verra    all motions
                 concerning matters not covered by this order must be filed
                 within 28 days of this order ( Signed by Magistrate Judge
                 Lurana S. Snow on 10/13/00)  CCAP (lh) [Entry date 10/16/00]

Proceedings include all events.                                                   BSS
0:00cr6175-ALL USA v. Richards, et al     Vol. \ cont.            CLOSED APPEAL

10/13/00 131      Minutes of PTD Hearing/Arraignment held on 10/13/00  before
                  Magistrate Judge Lurana S. Snow as to Walter Verra ;  Court
                  Reporter Name or Tape #: FTL/ 00-051 2260-2590 (lh)
                  [Entry date 10/16/00]

10/13/00 132      Minutes of Status Conference held on 10/13/00  before
                  Magistrate Judge Lurana S. Snow as to Kelsa Vialva ;  Court
                  Reporter Name or Tape #: @2360 (lh) [Entry date 10/16/00]

10/13/00 --       Status conference as to Kelsa Vialva  held (lh)
                  [Entry date 10/16/00]

10/16/00 133      RESPONSE to Standing Discovery Order by USA  as to Kelsa
                  Vialva (lh) [Entry date 10/17/00]

10/16/00 (134)    AMENDED NOTICE of Hearing as to Ken M. Richards, Peggy
                  Mejia, Elizabeth Maxime, Mescal Smith, Walter Verra, Kelsa
                  Vialva :  reset calendar call for 9:00 12/1/00 for Ken M.
                  Richards, for Peggy Mejia, for Elizabeth Maxime, for Mescal
                  Smith, for Walter Verra, for Kelsa Vialva    before Judge
                  William J. Zloch,  commencing Jury trial for 12/4/00 for
                  Ken M. Richards, for Peggy Mejia, for Elizabeth Maxime, for
                  Mescal Smith, for Walter Verra, for Kelsa Vialva (lh)
                  [Entry date 10/17/00]

10/16/00 (135)    ORDER RE: Trial Instructions as to Ken M. Richards, Judy
                  Marquis, Peggy Mejia, David Hill, Elizabeth Maxime, Mescal
                  Smith, Walter Verra, Kelsa Vialva    ( Signed by Judge
                  William J. Zloch on 10/16/00) CCAP [EOD Date: 10/17/00]
                  CCAP (lh) [Entry date 10/17/00]

10/16/00 136      Minute Order Transferring Defendant to fugitive status as
                  to David Hill (lh) [Entry date 10/17/00]

10/16/00 137      CO-SIGNATURE PAGE/SUPPLEMENT as to Walter Verra  to:
                  [128-1] bond (lh) [Entry date 10/17/00]

10/17/00 138      REPORT Commencing Criminal Action as to David Hill  DOB:
                  9/5/1960  Prisoner # 51224-004 (lh) [Entry date 10/18/00]

10/17/00 139      Minutes of Initial Appearance held on 10/17/00  before
                  Magistrate Judge Lurana S. Snow as to David Hill ;  Court
                  Reporter Name or Tape #: FTL 00-052 937-1080 (lh)
                  [Entry date 10/18/00]

10/17/00 140      Minutes of status conference held on 10/17/00  before
                  Magistrate Judge Lurana S. Snow as to Mescal Smith ;  Court
                  Reporter Name or Tape #: 00-052 847 (lh)
                  [Entry date 10/18/00]

10/17/00 --       Status conference as to Mescal Smith  held (lh)
                  [Entry date 10/18/00]

Docket as of August 10, 2001 11:32 am                    Page 24

Proceedings include all events.                                          BSS
0:00cr6175-ALL USA v. Richards, et al   Vol. 1 cont.              CLOSED APPEAL

10/17/00 141   RESPONSE to Standing Discovery Order by USA  as to Mescal
               Smith (lh) [Entry date 10/18/00]

10/17/00 142   RESPONSE to Standing Discovery Order by USA  as to
               Elizabeth Maxime (lh) [Entry date 10/18/00]

10/17/00 143   ORDER on Initial Appearance as to David Hill Bond set to $
               50,000 CSB for David Hill.   Arraignment set for 11:00
               10/18/00 for David Hill ;   before Magistrate Judge Lurana
               S. Snow, , ( Signed by Magistrate Judge Lurana S. Snow
               on 10/17/00)  Tape # 00-052 CCAP (lh) [Entry date 10/18/00]

10/17/00 --    ARREST of David Hill (lh) [Entry date 10/19/00]

10/18/00 144    Arrest WARRANT Returned Executed as to David Hill on
               10/17/00 (lh) [Entry date 10/19/00]

10/18/00 145   ARRAIGNMENT INFORMATION SHEET for David Hill (4) count(s)
               1, 45-60   NOT GUILTY PLEA ENTERED as to all counts. Court
               accepts plea. (lh) [Entry date 10/19/00]

10/18/00 146   ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
               as to David Hill   Status conference set for 11:00 11/8/00
               for David Hill   before Magistrate Judge Lurana S. Snow (
               Signed by Magistrate Judge Lurana S. Snow on 10/18/00) CCAP
               [EOD Date: 10/19/00]  CCAP (lh) [Entry date 10/19/00]

10/18/00 147   STANDING DISCOVERY ORDER as to David Hill   all motions
               concerning matters not covered by this order must be filed
               within 28 days of this order ( Signed by Magistrate Judge
               Lurana S. Snow on 10/18/00)  CCAP (lh) [Entry date 10/19/00]

10/18/00 148   STATUS REPORT ORDER as to Kelsa Vialva  . ( Signed by
               Magistrate Judge Lurana S. Snow on 10/18/00) CCAP [EOD
               Date: 10/19/00]  CCAP (lh) [Entry date 10/19/00]

10/18/00 149   Minutes of Arraignment held on 10/18/00  before Magistrate
               Judge Lurana S. Snow as to David Hill ;  Court Reporter
               Name or Tape #: FTL 00-052 3140-3201 (lh)
               [Entry date 10/19/00]

10/18/00 150   Minutes of status conference held on 10/18/00  before
               Magistrate Judge Lurana S. Snow as to Elizabeth Maxime ;
               Court Reporter Name or Tape #: 00-052 @2822 (lh)
               [Entry date 10/19/00]

10/18/00 --    Status conference as to Elizabeth Maxime  held (lh)
               [Entry date 10/19/00]

10/19/00 151   NOTICE of Hearing as to David Hill :  setting calendar
               call for 9:00 12/1/00 for David Hill   before Judge William
               J. Zloch,  set Jury trial for 12/4/00 for David Hill (lh)
               [Entry date 10/20/00]           End Vol. 1

Docket as of August 10, 2001 11:32 am                 Page 25

10/19/00 152    ORDER RE: Trial Instructions as to David Hill   ( Signed by
                Judge William J. Zloch on 10/19/00) CCAP [EOD Date:
                10/20/00]   CCAP (lh) [Entry date 10/20/00]

10/19/00 153    Minute Order that the Defendant is returned to the active
                calendar as to David Hill (lh) [Entry date 10/20/00]

10/19/00 154    CJA 20 as to Mescal Smith : Appointment of Attorney Stuart
                Adelstein ( Signed by Magistrate Judge Andrea M. Simonton
                on 10/18/00) (lh) [Entry date 10/20/00]

10/19/00 160    CJA 20 as to Walter Verra : Appointment of Attorney David
                Jonathon Joffe; Voucher number FLS 001868 (Signed by
                Magistrate Judge Andrea M. Simonton on 10/18/00, nunc pro
                tunc 9/28/00) (cp) [Entry date 11/02/00]

10/20/00 155    STATUS REPORT ORDER as to Mescal Smith  . ( Signed by
                Magistrate Judge Lurana S. Snow on 10/20/00) CCAP [EOD
                Date: 10/23/00]  CCAP (lh) [Entry date 10/23/00]

10/20/00 156    STATUS REPORT ORDER as to Elizabeth Maxime   . ( Signed by
                Magistrate Judge Lurana S. Snow on 10/20/00) CCAP [EOD
                Date: 10/23/00]  CCAP (lh) [Entry date 10/23/00]

10/31/00 157    NOTICE of Unavailabilty by Walter Verra for dates of:
                12/3/00 until 12/10/00 (lh) [Entry date 11/01/00]

10/31/00 158    NOTICE of Change of Address of Party by Walter Verra (lh)
                [Entry date 11/01/00]

11/1/00  159    CJA 20 as to David Hill : Appointment of Attorney Sandra
                Elaine Mullgrav ( Signed by Magistrate Judge Lurana S. Snow
                on 11/1/00) (lh) [Entry date 11/02/00]

11/3/00  161    STATUS REPORT ORDER as to Walter Verra  . ( Signed by
                Magistrate Barry S. Seltzer on 11/3/00) CCAP [EOD Date:
                11/6/00]  CCAP (lh) [Entry date 11/06/00]

11/3/00  162    Minutes of status conference held on 11/3/00  before
                Magistrate Barry S. Seltzer as to Walter Verra ;  Court
                Reporter Name or Tape #: 00-089 2728-2781 pg# 1 (lh)
                [Entry date 11/06/00]

11/3/00  --     Status conference as to Walter Verra  held (lh)
                [Entry date 11/06/00]

11/6/00  163    RESPONSE to Standing Discovery Order by USA  as to Walter
                Verra (lh) [Entry date 11/07/00]

11/7/00  164    RESPONSE to Standing Discovery Order by USA  as to David
                Hill (lh) [Entry date 11/08/00]

Proceedings include all events.                                            BSS
0:00cr6175-ALL USA v. Richards, et al    \ul. 2  cont.    CLOSED APPEAL

11/8/00   165    Minutes of status conference held on 11/8/00  before
                 Magistrate Judge Lurana S. Snow as to David Hill ;  Court
                 Reporter Name or Tape #: 00-056 @864 (lh)
                 [Entry date 11/09/00]

11/8/00   --     Status conference as to David Hill  held (lh)
                 [Entry date 11/09/00]

11/9/00   166    NOTICE of Hearing as to Peggy Mejia :  set Change of Plea
                 Hearing for 2:15 12/1/00 for Peggy Mejia (lh)
                 [Entry date 11/13/00]

11/14/00  167    FIRST SUPPLEMENTAL RESPONSE to Standing Discovery Order by
                 USA as to Ken M. Richards, Judy Marquis, Peggy Mejia, David
                 Hill, Elizabeth Maxime, Mescal Smith, Walter Verra, Kelsa
                 Vialva (lh) [Entry date 11/15/00]

11/15/00  168    MOTION by Ken M. Richards to continue trial, and for
                 Jack R. Blumenfeld to withdraw as attorney (lh)
                 [Entry date 11/16/00]

11/15/00 169     NOTICE of Hearing as to Walter Verra :  set Change of Plea
                 Hearing for 11:00 11/21/00 for Walter Verra (lh)
                 [Entry date 11/16/00]

11/16/00 170     RULE 32 CORRECTIONS AND OBJECTION by Judy Marquis  to
                 Presentence Investigation Report (lh) [Entry date 11/17/00]

11/20/00  171    Minutes of motion to withdraw hearing held on 11/20/00
                 before Magistrate Barry S. Seltzer as to Ken M. Richards ;
                 Court Reporter Name or Tape #: 00-091 419-925 pg# 9 (lh)
                 [Entry date 11/21/00]

11/21/00  172    ORDER as to Ken M. Richards  granting in part, denying in
                 part [168-2] motion for Jack R. Blumenfeld to withdraw as
                 attorney as to Ken M. Richards (1) [168-1] motion to
                 continue trial as to Ken M. Richards (1) for appointment
                 of Arthur Wallace, Esquire ( Signed by Magistrate Barry S.
                 Seltzer on 11/20/00) CCAP [EOD Date: 11/22/00] CCAP※ (lh)
                 [Entry date 11/22/00]

11/21/00  173    CJA 20 as to Ken M. Richards : Appointment of Attorney
                 Arthur Louis Wallace III ( Signed by Magistrate Barry S.
                 Seltzer  on 11/21/00) (lh) [Entry date 11/22/00]

11/21/00 174     Plea Agreement as to Walter Verra (lh) [Entry date 11/22/00]

11/21/00 175     Minutes of change of plea hearing held on 11/21/00  before
                 Judge William J. Zloch as to Walter Verra ; GUILTY: Walter
                 Verra (7) count(s) 1  Court Reporter Name or Tape #: Carl
                 Schanzleh (lh) [Entry date 11/22/00]

11/21/00 176     NOTICE of Hearing as to Walter Verra :  setting Sentencing
                 for 10:30 2/2/01 for Walter Verra (lh) [Entry date 11/22/00]

```
Proceedings include all events.                                      BSS
0:00cr6175-ALL USA v. Richards, et al    Vol. 2 cont.        CLOSED APPEAL
```

11/24/00 177    MOTION by Mescal Smith to continue trial date (lh)
                [Entry date 11/27/00]

11/27/00 178    MOTION by Elizabeth Maxime to continue trial (lh)
                [Entry date 11/28/00]

11/28/00 (179)  MOTION by Ken M. Richards to continue trial (lh)
                [Entry date 11/29/00]

11/30/00 180    NOTICE of Hearing as to David Hill :  set Change of Plea
                Hearing for 9:30 12/14/00 for David Hill (lh)
                [Entry date 12/01/00]

11/30/00 184    NOTICE of Hearing as to Kelsa Vialva :  set Change of Plea
                Hearing for 10:30 12/8/00 for Kelsa Vialva (lh)
                [Entry date 12/04/00]

12/1/00  181    Plea Agreement as to Peggy Mejia (lh) [Entry date 12/04/00]

12/1/00  182    Minutes of change of plea hearing held on 12/1/00  before
                Judge William J. Zloch as to Peggy Mejia ; GUILTY: Peggy
                Mejia (3) count(s) 1s  Court Reporter Name or Tape #: Carl
                Schanzleh (lh) [Entry date 12/04/00]

12/1/00  (183)  Minutes of calendar call held on 12/1/00  before Judge
                William J. Zloch as to Ken M. Richards, Elizabeth Maxime,
                Mescal Smith ;  Court Reporter Name or Tape #: Carl
                Schanzleh (lh) [Entry date 12/04/00]

12/1/00  185    NOTICE of Hearing as to Peggy Mejia :  setting Sentencing
                for 10:00 2/9/01 for Peggy Mejia (lh) [Entry date 12/04/00]

12/4/00  (186)  ORDER as to Ken M. Richards, Elizabeth Maxime, Mescal Smith
                granting [179-1] motion to continue trial as to Ken M.
                Richards (1), granting [178-1] motion to continue trial as
                to Elizabeth Maxime (5), granting [177-1] motion to
                continue trial date as to Mescal Smith (6), granting
                [126-1] motion to continue trial date as to Mescal Smith
                (6) terminated deadlines,  resetting Jury trial for 9:30
                2/13/01 for Ken M. Richards, for Elizabeth Maxime, for
                Mescal Smith,  set calendar call for 9:00 2/9/01 for Ken
                M. Richards, for Elizabeth Maxime, for Mescal Smith, to
                Continue in Interest of Justice ( Signed by Judge William
                J. Zloch on 12/4/00) CCAP [EOD Date: 12/5/00] CCAP (lh)
                [Entry date 12/05/00]

12/7/00  189    NOTICE of Hearing as to Kelsa Vialva :  reset Change of
                Plea Hearing for 9:30 12/14/00 for Kelsa Vialva (lh)
                [Entry date 12/08/00]

12/7/00  187    MOTION by Elizabeth Maxime to seal (lh)
                [Entry date 05/04/01]

Docket as of August 10, 2001 11:32 am              Page 28

Proceedings include all events.                                      BSS
0:00cr6175-ALL USA v. Richards, et al    Vol. 2 cont.        CLOSED APPEAL

12/7/00   188    EX PARTE MOTION by Elizabeth Maxime for expenses in under
                 $ 1,000.00 for investigative (1h) [Entry date 05/04/01]

12/8/00   190    Minutes of sentencing held on 12/8/00  before Judge William
                 J. Zloch as to Judy Marquis ;  Court Reporter Name or Tape
                 #: Carl Schanzleh (1h) [Entry date 12/11/00]

12/8/00   --     Sentencing  held Judy Marquis (2) count(s) 1s (1h)
                 [Entry date 12/11/00]

12/8/00   191    JUDGMENT as to  Judy Marquis (2) count(s) 1s.  Five years
                 reporting probation.  The sentence imposed herein is to run
                 concurrently with case no. 99-23044CF10A and 99-18798CF10A,
                 17th Judicial Circuit for Broward County.  Assessment of $
                 100 and Restitution in the amount of $ 24,180.94 , Judy
                 Marquis (2) count(s) 1, 2s -10s , 2 -21 , 22 -43 .
                 Dismissed on the motion of the United States.  ( Signed by
                 Judge William J. Zloch on 12/8/00) CCAP [EOD Date:
                 12/11/00]  CCAP (1h) [Entry date 12/11/00]

12/11/00  192    ORDER as to Elizabeth Maxime  granting [188-1] motion for
                 expenses in under $ 1,000.00 for investigative as to
                 Elizabeth Maxime (5) ( Signed by Judge William J. Zloch on
                 12/11/00) CCAP [EOD Date: 5/4/01] CCAP※ (1h)
                 [Entry date 05/04/01]

12/12/00  193    ORDER as to Elizabeth Maxime  granting [187-1] motion to
                 seal as to Elizabeth Maxime (5) and to Unseal ( Signed by
                 Judge William J. Zloch on 12/12/00) CCAP [EOD Date: 5/4/01]
                 CCAP※ (1h) [Entry date 05/04/01]

12/14/00  194    Judgment Returned Executed as to Judy Marquis (1h)
                 [Entry date 12/15/00]

12/14/00  195    Minutes of change of plea hearing held on 12/14/00  before
                 Judge William J. Zloch as to David Hill ; GUILTY: David
                 Hill (4) count(s) 1  Court Reporter Name or Tape #: Carl
                 Schanzleh (1h) [Entry date 12/15/00]

12/14/00  196    Plea Agreement as to David Hill (1h) [Entry date 12/15/00]

12/14/00  197    Minutes of change of plea hearing held on 12/14/00  before
                 Judge William J. Zloch as to Kelsa Vialva ; GUILTY: Kelsa
                 Vialva (8) count(s) 1  Court Reporter Name or Tape #: Carl
                 Schanzleh (1h) [Entry date 12/15/00]

12/14/00  198    Plea Agreement as to Kelsa Vialva (1h) [Entry date 12/15/00]

12/14/00  199    NOTICE of Hearing as to Kelsa Vialva :  setting Sentencing
                 for 9:30 2/26/01 for Kelsa Vialva (1h) [Entry date 12/15/00]

12/14/00  200    NOTICE of Hearing as to David Hill :  setting Sentencing
                 for 11:30 2/26/01 for David Hill (1h) [Entry date 12/15/00]

Docket as of August 10, 2001 11:32 am          Page 29

Proceedings include all events.                                          BSS
0:00cr6175-ALL USA v. Richards, et al    Vol. 2 cont.         CLOSED APPEAL

12/14/00 (201)    NOTICE of Hearing as to Ken M. Richards, Elizabeth Maxime,
                  Mescal Smith :   reset calendar call for 9:00 2/8/01 for
                  Ken M. Richards, for Elizabeth Maxime, for Mescal Smith (lh)
                  [Entry date 12/15/00]

12/14/00 202      NOTICE of Hearing as to Peggy Mejia :   resetting
                  Sentencing for 10:00 2/8/01 for Peggy Mejia (lh)
                  [Entry date 12/15/00]

12/15/00 203      NOTICE of Hearing as to Mescal Smith :   set Change of Plea
                  Hearing for 11:30 1/11/01 for Mescal Smith (lh)
                  [Entry date 12/18/00]

1/3/01    204     CJA 20 as to Judy Marquis: Appointment of Attorney Edward
                  G. Salantrie (Signed by Magistrate Judge Lurana S. Snow on
                  1/3/01 nunc pro tunc 6/26/00) (ss) [Entry date 01/05/01]

1/8/01    205     NOTICE of potential conflict by Elizabeth Maxime (lh)
                  [Entry date 01/09/01]

1/8/01    (206)   NOTICE of Hearing as to Ken M. Richards :   set Change of
                  Plea Hearing for 1:30 1/16/01 for Ken M. Richards (lh)
                  [Entry date 01/09/01]

1/10/01   207     NOTICE of Hearing as to Mescal Smith :   reset Change of
                  Plea Hearing for 10:15 1/24/01 for Mescal Smith (lh)
                  [Entry date 01/11/01]

1/12/01   208     FIRST SUPPLEMENTAL DISCOVERY RESPONSE to Standing Discovery
                  Order by USA as to Elizabeth Maxime (lh)
                  [Entry date 01/16/01]

1/16/01   (209)   Plea Agreement as to Ken M. Richards (lh)
                  [Entry date 01/17/01]

1/16/01   (210)   Minutes of change of plea hearing held on 1/16/01  before
                  Judge William J. Zloch as to Ken M. Richards ; GUILTY: Ken
                  M. Richards (1) count(s) 1s  Court Reporter Name or Tape
                  #: Carl Schanzleh (lh) [Entry date 01/17/01]

1/16/01   (211)   CONSENT TO JUDGMENT OF FORFEITURE AND STIPULATION of
                  settlement by USA, Ken M. Richards (lh)
                  [Entry date 01/17/01]

1/16/01   (212)   NOTICE of Hearing as to Ken M. Richards :   setting
                  Sentencing for 10:00 3/30/01 for Ken M. Richards (lh)
                  [Entry date 01/17/01]

1/24/01   213     PETITION and ORDER for Action on Conditions of Probation as
                  to Judy Marquis    ( Signed by Judge William J. Zloch on
                  1/23/01) CCAP [EOD Date: 1/25/01] (lh) [Entry date 01/25/01]

1/24/01   214     Plea Agreement as to Mescal Smith (lh) [Entry date 01/25/01]

1/24/01   215    Minutes of change of plea hearing held on 1/24/01  before
                 Judge William J. Zloch as to Mescal Smith ; GUILTY: Mescal
                 Smith (6) count(s) 1  Court Reporter Name or Tape #: Carl
                 Schanzleh (lh) [Entry date 01/25/01]

1/24/01   216    NOTICE of Hearing as to Mescal Smith :  setting Sentencing
                 for 9:30 4/6/01 for Mescal Smith (lh) [Entry date 01/25/01]

2/2/01    217    Minutes of sentencing held on 2/2/01  before Judge William
                 J. Zloch as to Walter Verra ;  Court Reporter Name or Tape
                 #: Carl Schanzleh (lh) [Entry date 02/05/01]

2/2/01    --     Sentencing  held Walter Verra (7) count(s) 1 (lh)
                 [Entry date 02/05/01]

2/2/01    218    JUDGMENT as to  Walter Verra (7) count(s) 1.  Probation for
                 a term of five years reporting probation. Assessment of
                 $100 , Walter Verra (7) count(s) 61-66.  Dismissed on the
                 motion of the United States.  ( Signed by Judge William J.
                 Zloch on 2/2/01) CCAP [EOD Date: 2/5/01]  CCAP (lh)
                 [Entry date 02/05/01]

2/7/01    219    MOTION by Elizabeth Maxime to expedite transcription of
                 Giglio Materials ... (lh) [Entry date 02/08/01]

2/8/01    220    Minutes of calendar call held on 2/8/01  before Judge
                 William J. Zloch as to Elizabeth Maxime ;  Court Reporter
                 Name or Tape #: Carl Schanzleh (lh) [Entry date 02/09/01]

2/8/01    221    Minutes of Sentencing held on 2/8/01  before Judge William
                 J. Zloch as to Peggy Mejia ;  Court Reporter Name or Tape
                 #: Carl Schanzleh (lh) [Entry date 02/09/01]

2/8/01    --     Sentencing  held Peggy Mejia (3) count(s) 1s (lh)
                 [Entry date 02/13/01]

2/12/01   222    ORDER as to Elizabeth Maxime  granting [219-1] motion to
                 expedite transcription of Giglio Materials ... as to
                 Elizabeth Maxime (5) ( Signed by Judge William J. Zloch on
                 2/12/01) CCAP [EOD Date: 2/13/01] CCAP (lh)
                 [Entry date 02/13/01]

2/12/01   223    JUDGMENT as to  Peggy Mejia (3) count(s) 1s.  Probation for
                 a term of five years reporting probation. Assessment of
                 $100 and Restitution in the amount of $25,800.26 , Peggy
                 Mejia (3) count(s) 1, 11s -20s , 22 -43 .  Dismissed on the
                 motion of the United States.  ( Signed by Judge William J.
                 Zloch on 2/12/01) CCAP [EOD Date: 2/13/01]  CCAP (lh)
                 [Entry date 02/13/01]

2/13/01   224    TRANSCRIPT filed as to Ken M. Richards  of Plea Colloquy
                 held 1/16/01  before Judge William J. Zloch  Pages: 1 - 52
                 (lh) [Entry date 02/14/01]                         Vol. 3

2/13/01   225    MOTION by Elizabeth Maxime to compel production of the
                 pre-sentence investigation reports of the Government's
                 Giglio/Napue witnesses (lh) [Entry date 02/14/01]

2/14/01   226    ORDER as to Elizabeth Maxime to produce the presentence
                 investigation reports [225-1] motion to compel production
                 of the pre-sentence investigation reports of the
                 Government's Giglio/Napue witnesses as to Elizabeth Maxime
                 (5) ( Signed by Judge William J. Zloch on 2/14/01) CCAP
                 [EOD Date: 2/15/01] CCAP※ (lh) [Entry date 02/15/01]

2/16/01   227    Judgment Returned Executed as to Peggy Mejia (lh)
                 [Entry date 02/20/01]

2/20/01   228    REQUEST/NOTICE for issuance of amended voucher for Court
                 Transcripts by Elizabeth Maxime (lh) [Entry date 02/21/01]

2/20/01   229    NOTICE of Hearing as to Elizabeth Maxime :  set Change of
                 Plea Hearing for 1:30 2/26/01 for Elizabeth Maxime (lh)
                 [Entry date 02/21/01]

2/22/01   230    SUPERSEDING INFORMATION as to  Elizabeth Maxime (5)
                 count(s) 1s (Criminal Category 1) (lh) [Entry date 02/23/01]

2/23/01   231    WAIVER OF INDICTMENT by Elizabeth Maxime (lh)
                 [Entry date 02/26/01]

2/23/01   232    ARRAIGNMENT INFORMATION SHEET for Elizabeth Maxime (5)
                 count(s) 1s    NOT GUILTY PLEA ENTERED as to all counts.
                 Court accepts plea. (lh) [Entry date 02/26/01]

2/23/01   233    ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                 as to Elizabeth Maxime ( Signed by Magistrate Barry S.
                 Seltzer on 2/23/01) CCAP [EOD Date: 2/26/01]  CCAP (lh)
                 [Entry date 02/26/01]

2/23/01   234    STANDING DISCOVERY ORDER as to Elizabeth Maxime    all
                 motions concerning matters not covered by this order must
                 be filed within 28 days of this order ( Signed by
                 Magistrate Barry S. Seltzer on 2/23/01)  CCAP (lh)
                 [Entry date 02/26/01]

2/23/01   235    Minutes of ss info arraignment held on 2/23/01  before
                 Magistrate Barry S. Seltzer as to Elizabeth Maxime ;  Court
                 Reporter Name or Tape #: 01-009 2560-2822 (lh)
                 [Entry date 02/26/01]

2/26/01   236    ORDER as to Elizabeth Maxime  denying [228-1] request for
                 issuance of amended voucher for transcripts ( Signed by
                 Judge William J. Zloch on 2/26/01) CCAP [EOD Date: 2/27/01]
                 CCAP※ (lh) [Entry date 02/27/01]

2/26/01   237    Plea Agreement as to Elizabeth Maxime (lh)
                 [Entry date 02/27/01]

Proceedings include all events.
0:00cr6175-ALL USA v. Richards, et al     \Vol. 2 cont.                    BSS
                                                                   CLOSED APPEAL

2/26/01  238   Minutes of change of plea hearing held on 2/26/01  before
               Judge William J. Zloch as to Elizabeth Maxime ; GUILTY:
               Elizabeth Maxime (5) count(s) 1s  Court Reporter Name or
               Tape #: Carl Schanzleh (1h) [Entry date 02/27/01]

2/26/01  239   Minutes of sentencing held on 2/26/01  before Judge William
               J. Zloch as to Kelsa Vialva ;  Court Reporter Name or Tape
               #: Carl Schanzleh (1h) [Entry date 02/27/01]

2/26/01  240   Minutes of sentencing held on 2/26/01  before Judge William
               J. Zloch as to David Hill ;  Court Reporter Name or Tape #:
               Carl Schanzleh (1h) [Entry date 02/27/01]

2/26/01  241   NOTICE of Hearing as to Elizabeth Maxime :  setting
               Sentencing for 10:00 5/14/01 for Elizabeth Maxime (1h)
               [Entry date 02/27/01]

2/26/01  --    Sentencing  held Kelsa Vialva (8) count(s) 1 (1h)
               [Entry date 02/28/01]

2/26/01  --    Sentencing  held David Hill (4) count(s) 1 (1h)
               [Entry date 02/28/01]

2/27/01  242   MOTION by Peggy Mejia to discharge surety bond (1h)
               [Entry date 02/28/01]

2/27/01  243   PETITION and ORDER for Action on Conditions of Probation as
               to Judy Marquis   ( Signed by Judge William J. Zloch on
               2/24/01) CCAP [EOD Date: 2/28/01] (1h) [Entry date 02/28/01]

2/27/01  244   JUDGMENT as to  Kelsa Vialva (8) count(s) 1.  Probation for
               a term of five years reporting probation. Assessment of
               $100 , Kelsa Vialva (8) count(s) 21-30.  Dismissed on the
               motion of the United States.  ( Signed by Judge William J.
               Zloch on 2/27/01) CCAP [EOD Date: 2/28/01]  CCAP (1h)
               [Entry date 02/28/01]

2/27/01  245   JUDGMENT as to  David Hill (4) count(s) 1.  Imprisoned for
               a total term of 21 months.  The sentence imposed is to be
               served concurrently with the sentence imposed in the
               Southern District of Florida Case No.
               98-655-cr-Middlebrooks.  Supervised Release for a term of 3
               years.  Assessment of $100 , David Hill (4) count(s) 45-60.
               Dismissed on the motion of the United States.  ( Signed by
               Judge William J. Zloch on 2/27/01) CCAP [EOD Date: 2/28/01]
               CCAP (1h) [Entry date 02/28/01]

2/28/01  246   Judgment Returned Executed as to Kelsa Vialva (1h)
               [Entry date 03/01/01]

Proceedings include all events.                                    BSS
0:00cr6175-ALL USA v. Richards, et al    Vol. 2 cont.    CLOSED APPEAL

2/28/01  247    ORDER DISCHARGING BOND as to Peggy Mejia [242-1] motion to
                discharge surety bond as to Peggy Mejia (3) ( Signed by
                Judge William J. Zloch on 2/28/01) CCAP [EOD Date: 3/1/01]
                CCAP※ (lh) [Entry date 03/01/01]

3/6/01   248    NOTICE of Hearing as to Elizabeth Maxime :  resetting
                Sentencing for 9:30 5/30/01 for Elizabeth Maxime (lh)
                [Entry date 03/07/01]

3/22/01  249    CJA 24 as to Elizabeth Maxime Authorization to Pay Amount:
                $ 68.00 for Transcript Voucher # FLST 2001810 (Signed by
                Judge William J. Zloch on 2/21/01) CCAP [EOD Date: 3/23/01]
                (ss) [Entry date 03/23/01]

3/22/01  250    CJA 24 as to Elizabeth Maxime Authorization to Pay Amount:
                $ 248.00 for Transcript Voucher # FLST 2001811 (Signed by
                Judge William J. Zloch on 2/27/01) CCAP [EOD Date: 3/23/01]
                (ss) [Entry date 03/23/01]

3/22/01  251    CJA 24 as to Elizabeth Maxime Authorization to Pay Amount:
                $ 76.00 for Transcript Voucher # FLST 2001788 (Signed by
                Judge William J. Zloch on 2/16/01) CCAP [EOD Date: 3/23/01]
                (ss) [Entry date 03/23/01]

3/22/01  252    CJA 24 as to Elizabeth Maxime Authorization to Pay Amount:
                $ 204.00 for Transcript Voucher # FLST 2001787 (Signed by
                Judge William J. Zloch on 2/21/01) CCAP [EOD Date: 3/23/01]
                (ss) [Entry date 03/23/01]

3/23/01  253    CJA 24 as to Elizabeth Maxime  Authorization to Pay
                Amount: $ 248.00 for Transcript  Voucher # flst2001811 (
                Signed by Judge William J. Zloch on 2/27/01) CCAP [EOD
                Date: 3/26/01] (lh) [Entry date 03/26/01]

3/30/01  254    MOTION by Mescal Smith to continue sentencing (lh)
                [Entry date 04/02/01]

3/30/01  255    Minutes of sentencing held on 3/30/01  before Judge William
                J. Zloch as to Ken M. Richards ;  Court Reporter Name or
                Tape #: Carl Schanzleh (lh) [Entry date 04/02/01]

3/30/01  --     Sentencing  held Ken M. Richards (1) count(s) 1s (lh)
                [Entry date 04/02/01]

3/30/01  --     JUDGMENT as to  Ken M. Richards (1) count(s) 1s.
                Imprisoned for a total term of 27 months.  Supervised
                Release for a term of three years.  Assessment of $100 and
                Restitution in the amount of $191,092.83. , Ken M. Richards
                (1) count(s) 1, 2s -66s , 2 -21 , 22 -43 .  Dismissed on
                the motion of the United States. (lh) [Entry date 04/02/01]

Proceedings include all events.                                          BSS
0:00cr6175-ALL USA v. Richards, et al      Vol. 2 cont.      CLOSED APPEAL

3/30/01  (256)    JUDGMENT as to  Ken M. Richards (1) count(s) 1s.
                  Imprisoned for a total term of 27 months.  Supervised
                  Release for a term of three years.  Assessment of $100 and
                  Restitution in the amount of $191,092.83. , Ken M. Richards
                  (1) count(s) 1, 2s -66s , 2 -21 , 22 -43 .  Dismissed on
                  the motion of the United States.  ( Signed by Judge William
                  J. Zloch on 3/30/01) CCAP [EOD Date: 4/2/01]  CCAP (lh)
                  [Entry date 04/02/01]

4/2/01   257      ORDER as to Mescal Smith  granting [254-1] motion to
                  continue sentencing as to Mescal Smith (6)  resetting
                  Sentencing for 2:00 4/23/01 for Mescal Smith ( Signed by
                  Judge William J. Zloch on 4/2/01) CCAP [EOD Date: 4/3/01]
                  CCAP※ (lh) [Entry date 04/03/01]

4/5/01   (258)    MOTION by USA  as to Ken M. Richards for judgment, and
                  Preliminary Order of Forfeiture (lh) [Entry date 04/06/01]

4/6/01   259      TRANSCRIPT filed as to Ken M. Richards  of sentencing held
                  3/30/01  before Judge Zloch  Pages: 1 - 22 (lh)
                  [Entry date 04/09/01]                           Vol. 4

4/9/01   (260)    NOTICE OF APPEAL by Ken M. Richards re: [256-1] judgment
                  order .  EOD Date: 4/2/01; Ken M. Richards (1) count(s) 1s;
                  Filing Fee: $ NO FEE REQUIRED - CJA; Copies to USCA, AUSA,
                  USM, USPO and Counsel of Record. (gf) [Entry date 04/10/01]

4/10/01  --       Certified copies of Notice of Appeal, Docket and Order
                  under appeal to USCA: as to Ken M. Richards [260-1] appeal
                  (gf) [Entry date 04/10/01]

4/16/01  (261)    JUDGMENT AND PRELIMINARY ORDER OF FORFEITURE of as to Ken
                  M. Richards granting [258-1] motion for judgment as to Ken
                  M. Richards (1), granting [258-2] motion Preliminary Order
                  of as to Ken M. Richards (1) ( Signed by Judge William J.
                  Zloch on 4/16/01) CCAP [EOD Date: 4/17/01] CCAP/M (lh)
                  [Entry date 04/17/01]

4/18/01  --       NOTICE of Receipt of Transmittal Letter from USCA as to Ken
                  M. Richards Re: [260-1] appeal  USCA Number: 01-11928-E (dl)
                  [Entry date 04/19/01]

4/23/01  262      Minutes of sentencing held on 4/23/01  before Judge William
                  J. Zloch as to Mescal Smith ;  Court Reporter Name or Tape
                  #: Carl Schanzleh (lh) [Entry date 04/24/01]

4/23/01  --       Sentencing  held Mescal Smith (6) count(s) 1 (lh)
                  [Entry date 04/25/01]

Docket as of August 10, 2001 11:32 am            Page 35

Proceedings include all events.                                      BSS
0:00cr6175-ALL USA v. Richards, et al    Vol. 'd. cont.    CLOSED APPEAL

4/24/01  263    JUDGMENT as to  Mescal Smith (6) count(s) 1.  Reporting
                Probation for a term of five years.  Assessment of $100 and
                Restitution of $23,669.29 , Mescal Smith (6) count(s)
                36-44.  Dismissed on the motion of the United States.   (
                Signed by Judge William J. Zloch on 4/24/01) CCAP [EOD
                Date: 4/25/01] CCAP (lh) [Entry date 04/25/01]

4/25/01  264    Judgment Returned Executed as to Mescal Smith (lh)
                [Entry date 04/26/01]

5/4/01   265    Proof of publication of Notice of Forfeiture for
                publication from the: Broward Daily Business Review  dated:
                4/30/01 (lh) [Entry date 05/07/01]

5/30/01  266    MOTION by USA  as to Ken M. Richards for Forfeiture (lh)
                [Entry date 05/31/01]

5/30/01  267    Minutes of sentencing held on 5/30/01  before Judge William
                J. Zloch as to Elizabeth Maxime ;   Court Reporter Name or
                Tape #: Carl Schanzleh (lh) [Entry date 05/31/01]

5/30/01  --     Sentencing  held Elizabeth Maxime (5) count(s) 1s (lh)
                [Entry date 05/31/01]

5/30/01  268    JUDGMENT as to  Elizabeth Maxime (5) count(s) 1s.
                Probation for a term of three years reporting probation.
                Joint and several restitution in the amount of $8,387.77 to
                the victim.  Assessment of $100  ( Signed by Judge William
                J. Zloch on 5/30/01) CCAP [EOD Date: 5/31/01]  CCAP (lh)
                [Entry date 05/31/01]

5/31/01  269    Judgment Returned Executed as to Ken M. Richards on 4/26/01
                at FCC - Coleman, Florida (lh) [Entry date 06/01/01]

6/1/01   271    TRANSCRIPT INFORMATION FORM as to Ken M. Richards  re:
                [260-1] appeal received. (Forwarded to Court Reporter
                Coordinator) (gf) [Entry date 06/06/01]

6/5/01   270    RELEASE OF LIS PENDENS by USA as to Ken M. Richards  re:
                2462 Sable Palm Drive, Miramar.  Grantees: Ken M. Richards
                (lh) [Entry date 06/06/01]

6/7/01   272    Judgment Returned Executed as to Elizabeth Maxime on  at (lh)
                [Entry date 06/08/01]

6/11/01  273    NOTICE of service of judgment and preliminary order of
                forfeiture by USA as to Ken M. Richards (lh)
                [Entry date 06/12/01]

6/15/01  274    APPEAL INFORMATION SHEET as to Ken M. Richards re: [260-1]
                appeal ; Transcript ordered. No financial arrangements made
                with Court Reporter. (gf) [Entry date 06/19/01]

| | | |
|---|---|---|
| 6/22/01 | 275 | NOTICE of Service of judgment and preliminary order of forfeiture by USA as to Ken M. Richards (lh) [Entry date 06/25/01] |
| 6/26/01 | 276 | FINAL ORDER OF FORFEITURE as to Ken M. Richards granting [266-1] motion for Forfeiture as to Ken M. Richards (1) ( Signed by Judge William J. Zloch on 6/26/01) [EOD Date: 6/27/01] CCAP (lh) [Entry date 06/27/01] |
| 8/10/01 | 277 | Certificate of Readiness and Transmittal of Record on Appeal to USCA as to Ken M. Richards re: [260-1] appeal by Ken M. Richards USCA # 01-11928-EE (gf) [Entry date 08/10/01] |

End Vol. 2