

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

April 05, 2002

RE: 01-11928-EE    USA v. Ken M. Richards
DC DKT NO.:  00-06175 CR-WJZ

TO:   Clarence Maddox

CC:   Arthur L. Wallace, III

CC:   Bertha R. Mitrani

CC:   Anne R. Schultz

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties



April 05, 2002

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

RE: 01-11928-EE      USA v. Ken M. Richards
DC DKT NO.: 00-06175 CR-WJZ

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

Also enclosed are the following:
　　Original Exhibits, consisting of: one psi
　　Original record on appeal or review, consisting of: four volumes

Please acknowledge receipt on the enclosed copy of this letter.

A copy of this letter and the judgment form, **but not a copy of the court's opinion or Rule 36-1 decision**, is also being mailed to counsel and pro se parties. A copy of the court's opinion or Rule 36-1 decision was previously mailed to counsel and pro se parties on the date it was issued.

　　　　　　　　Sincerely,

　　　　　　　　THOMAS K. KAHN, Clerk

　　　　　　　　Reply To: James Delaney (404) 335-6113

Encl.

MDT-1 (1-2001)

# United States Court of Appeals
For the Eleventh Circuit

No. 01-11928

District Court Docket No.
00-06175-CR-WJZ



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

Mar 6, 2002

THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KEN M. RICHARDS,
a.k.a. Ken Richards,

Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Florida

JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.



Entered:       March 6, 2002
For the Court: Thomas K. Kahn, Clerk
By:            Meoli, Anthony

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAR 6 2002
THOMAS K. KAHN
CLERK

No. 01-11928
Non-Argument Calendar

D. C. Docket No. 00-06175-CR-WJZ

UNITED STATES OF AMERICA,

FILED by _____ D.C.
APR - 9 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Plaintiff-Appellee,

versus

KEN M. RICHARDS,
a.k.a. Ken Richards,

Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Florida

(March 6, 2002)

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit
By: _____
Deputy Clerk
Atlanta, Georgia

Before EDMONDSON, BIRCH and BARKETT, Circuit Judges.

BY THE COURT:

Arthur L. Wallace, III, counsel for appellant, Ken M. Richards in this direct appeal, has filed a motion to withdraw on the ground that the appeal is without merit. Counsel has filed an accompanying brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED**, and Richards' conviction and sentence are **AFFIRMED**.